

**08 C 320**

**JUDGE GUZMAN**
**MAGISTRATE JUDGE BROWN**

