

# ILLINOIS ENVIRONMENTAL PROTECTION AGENCY

1021 North Grand Avenue East, P.O. Box 19276, Springfield, Illinois 62794-9276 – ( 217) 782-3397

James R. Thompson Center, 100 West Randolph, Suite 11-300, Chicago, IL 60601 – (312) 814-6026

Rod R. Blagojevich, Governor          Douglas P. Scott, Director

June 20, 2007

Phone: 217/782-9878
Fax: 217/782-9290
www.epa.state.il.us/foia

Attn: Mr. Steven B. Pollack
1954 First St, Unit 237
Highland Park, IL 60035 -

<span style="color:red">**08 C 320**</span>

<span style="color:red">**JUDGE GUZMAN
MAGISTRATE JUDGE BROWN**</span>

Re: Freedom of Information Act Request

Dear Mr. Pollack:

This letter is in response to your Freedom of Information Act (FOIA) (5 IL .CS 140/1 et.seq.) request dated March 31, 2007 and received by the FOIA sector, Bureau of Land (BOL), at the Illinois Environmental Protection Agency (Illinois EPA) on  April 3, 2007.

Following a search, the Illinois EPA determined there was no information in the Bureau of Land's records for the property(s) listed below.

| BOL ID | Site Name | Site Address | Site City |
|--------|-----------|--------------|-----------|
|  | ACADEMY FIREARMS TRAINING UNIT |  | NORTH CHICAGO |

Sincerely,

Jan Ogden, FOIA Coordinator
Records Management Unit
Bureau of Land

ID: 47538