

**08 C 320** Case 1:08-cv-00320    Document 1-10    Filed 01/14/2008    Page 1 of 1    **JUDGE GUZMAN**
**MAGISTRATE JUDGE BROWN**