

**U.S. Environmental Protection Agency**

**Region 2 Newsroom**

Serving New Jersey, New York, Puerto Rico, US Virgin Islands and 7 Tribal Nations

Contact Us | Search: [ ] GO

EPA Home > Region 2 > News and Speeches > 2005 > Gun Club in Pennellville, NY Agrees...No More Lead Shot for Now

# Gun Club in Pennellville, NY Agrees...No More Lead Shot for Now

FOR RELEASE: Friday, September 9, 2005

(#05102) NEW YORK -- The U.S. Environmental Protection Agency (EPA) and the Central New York Rod and Gun Club in Pennellville, New York have signed an agreement that will prevent more lead from being introduced into wetlands near the facility. The agreement, in the form of an Administrative Order of Consent, will not be finalized until the public has an opportunity to review and comment on it.

Under the agreement, the club will no longer allow members to discharge lead shot into water or wetlands. It also requires the club to comply with New York State water discharge permit requirements if it adopts an alternative involving the practice of using non-lead shot at the range. Finally, the club has the option to relocate the shooting range to a new area that will facilitate the future management and recovery of lead ammunition.

"This agreement is in large part the result of an extensive effort by EPA and shooting sport leaders to educate owners and operators of outdoor shooting ranges on how to safely manage lead shot and bullets," EPA Regional Administrator Alan J. Steinberg said.

A public meeting with EPA representatives on the proposed agreement will be held at the club in Pennellville on September 14 from 7:00 p.m. to 9:00 p.m.. EPA will accept public comments on the proposed agreement until September 20, 2005.

EPA intends to enter into similar agreements with other outdoor shooting ranges in the future. Outdoor shooting ranges are encouraged to follow the guidelines in EPA's "Best Management Practices for Lead at Outdoor Shooting Ranges" manual. This publication is available, free of charge, at the EPA Web site www.epa.gov/region2/waste/leadshot or by contacting the EPA Region 2 office at (212) 637-4145.

Written comments on the proposed Administrative Order on Consent, which would be issued under the 'potential imminent and substantial endangerment' provision (Section 7003) of the Federal Resource Conservation and Recovery Act, must be mailed to EPA, postmarked on or before September 20, 2005, at the following address:

USEPA, Region 2
Edward J. Guster III
290 Broadway, 22nd Floor
DECA-RCB
New York, N.Y. 10007

**U.S. Environmental Protection Agency**

# Region 2 Newsroom

Serving New Jersey, New York, Puerto Rico, US Virgin Islands and 7 Tribal Nations

Contact Us |   Search:    GO

EPA Home > Region 2 > News and Speeches > 2005 > Union County Agrees; No More Lead Shot

# Union County Agrees; No More Lead Shot

**FOR RELEASE: Tuesday, August 2, 2005**

(#05087) NEW YORK -- The U.S. Environmental Protection Agency (EPA) and the County of Union have signed an agreement that will protect the sensitive ecosystems and wetlands around the Lenape Park Trap and Skeet Range in Cranford, New Jersey. After signing the agreement, the County decided to close the shooting range on May 2, 2005. The County willingly cooperated with EPA in the development of the terms of the agreement, which requires that the range no longer use lead shot, following an extensive effort by EPA and shooting sports leaders to educate owners and operators of outdoor shooting ranges to safely manage lead shot and bullets.

"One of the principles of safe management of shooting ranges is to avoid dispersing lead into areas where it cannot be easily recovered," EPA Acting Regional Administrator Kathleen C. Callahan said. "Because many thousands of pounds of lead from the shooting at this facility ended up in the water and wetlands, it is not possible to recover the lead without destroying the fragile environments."

EPA and the County, while agreeing to permanently prohibit any future shooting activities at the range that use lead ammunition, also agreed that the range could be operated provided alternate shot is used and appropriate state permits are obtained. The County, however, has decided to convert the property for use as a nature preserve for the residents of Union County.

EPA intends to enter into similar agreements with other outdoor shooting ranges in the future. Outdoor shooting ranges are encouraged to follow the guidelines in EPA's "Best Management Practices for Lead at Outdoor Shooting Ranges" manual. This publication is available, free of charge, at the EPA Web site www.epa.gov/region2/waste/leadshot or by contacting the EPA Region 2 office at (212) 637-4145.

---

EPA Home | Privacy and Security Notice | Contact Us

This page was generated on Wednesday, February 7, 2007

View the graphical version of this page at:   http://www.epa.gov/region2/news/2005/05087.htm



**U.S. Environmental Protection Agency**

## Region 2: Newsroom

Recent Additions | Contact Us |   Search: [    ] GO

EPA Home > EPA Newsroom > Press Releases - Hazardous Waste > Burlington County Shooting Range Adopts EPA's Best...

# Burlington County Shooting Range Adopts EPA's Best Management Practices for Lead Shot; First County in State

Release date: 06/03/2003

Contact Information:

(#03062) U.S. Environmental Protection Agency Regional Administrator Jane M. Kenny announced today that the Burlington County Shooting Range for law enforcement personnel in Pemberton Township has formally adopted EPA-recommended best management practices for lead at outdoor ranges. The Agency developed the practices in conjunction with the shooting range industry, which played an important role in identifying the potential risks posed by lead at ranges and how best to prevent them. Shooting ranges in the U.S. deposit more than 160 million pounds of lead into the environment annually.

Burlington County volunteered to reduce the amount of lead from lead shot and bullets that enter the environment using a plan it submitted to EPA for approval earlier this year. About 2500 law enforcement personnel train at the range every year, and shoot an average of 650,000 rounds. Elements of the plan already in place include: upgrading and resurfacing the target backstop, neutralizing areas that showed high acidity in soil with lime, and record keeping to assist in timely lead shot and bullet reclamation sweeps.

"Burlington is the first county in New Jersey to get EPA approval of an environmental stewardship plan for its gun range," said Jane M. Kenny, EPA Regional Administrator. "By following EPA best management practices, shooting ranges can manage the lead on their properties quite effectively and with less environmental risk."

With the help of shooting sports organizations and the shooting range industry, EPA Region 2 created the Best Management Practices for Lead at Outdoor Ranges manual to address concerns that accumulated lead from shot and bullets may pose a risk to the environment and human health. Since the manual was published in 2001, shooting ranges nationwide have expressed a strong interest in adopting these practices. The manual has received widespread accolades: a European shooting trade association has published a handbook on the same topic based on EPA's manual; it holds up EPA's publication as a "model for other countries."

EPA's efforts to promote environmental practices at shooting ranges complement the Agency's Resource Conservation Challenge, which calls on all Americans to reduce, reuse and recycle goods to decrease the use of new natural resources. EPA's best management practices for outdoor ranges call for reclaiming lead and recycling it into new shot and bullets. This reduces the amount of virgin lead that must be mined. As EPA's recommended practices grow in popularity across the nation, the Agency expects to see an increase in lead reclamation and a reduction in the threat lead from ranges poses to the environment.

Best Management Practices for Lead at Outdoor Ranges may be downloaded for free at the EPA Web site or call **(212) 637-4145** to have one sent by mail.

Receive our News Releases Automatically by Email



## U.S. Environmental Protection Agency
### Region 2 Waste
Serving New Jersey, New York, Puerto Rico, US Virgin Islands and 7 Tribal Nations

Contact Us | Search: [    ] **GO**

EPA Home > Region 2 > Waste > Best Management Practices for Lead at Outdoor Shooting Ranges

# Best Management Practices for Lead at Outdoor Shooting Ranges

### What is the EPA *Best Management Practices (BMP) for Lead at Outdoor Shooting Ranges* manual?
The *Best Management Practices for Lead at Outdoor Shooting Ranges* manual provides owners and operators of outdoor rifle, pistol, trap, skeet and sporting clay ranges with information on lead management at their ranges. The manual explains how environmental laws are applicable to lead management and presents a number of successful best management practices available to the shooting range community. These practices have been proven to effectively reduce lead contamination. Since each range is unique in both the type of shooting activity and its environmental setting, site-specific solutions are not provided in the manual. Rather, range owners or operators may use the manual to identify and select the most appropriate best management practices for their range. The manual does not address range layout or design to meet range safety or competition requirements. It is also not intended for closing ranges. Range owners/operators are directed to other comprehensive reference materials available on that subject from the National Rifle Association of America, National Shooting Sports Foundation and other shooting associations.

### What is a Best Management Practice and How Does It Apply to Shooting Ranges?
A Best Management Practice, or BMP, is a recommended site management and/or maintenance activity, usually based on an approach that has been shown to work effectively for the purpose intended. A best management practice is based on use of readily available equipment and/or technology.

For example, best management practices for outdoor shooting ranges are practices that range owners/operators can use to minimize the impact of lead on the environment. Lead at outdoor shooting ranges may pose, in certain situations, a threat to the environment if best management practices, including reclamation and recycling, are not implemented in a timely manner.

### Benefits of Best Management Practice Implementation
Implementation of best management practices will allow the range to minimize contamination of the range and potential impacts to human health and the environment, reduce liability with regard to potential agency or citizen lawsuits, benefit economically from the recycling of lead, and enhance its role as a good member of the community and steward of the environment.

**Downloadable Reports and Related Links**

*Best Management Practices for Lead at Outdoor Shooting Ranges*

**Order BMP Manual**

Do You Use Best Management Practices for Lead at Your Outdoor Shooting Range? [49 KB] Fact Sheet

Voluntary Certificate of Recognition program

Links to Other Sites Addressing Human Health and Environmental Aspects of Shooting Ranges

Documents and Web Links related to cleanup of lead in soil

For information on this page, contact: petrucelli.steven@epa.gov