TABLE OF EXHIBITS

Exhibit A

Response by Coast Guard to FOIA request from attorney Marc Fink, Duluth MN., *Number of Rounds Discharged During Live Fire Training between Jan. 19, 2006 and Sept. 12, 2006.*

Exhibit B

U.S. EPA, Region 2, *Best Management Practices for Lead at Outdoor Shooting Ranges*, (Rev. June 2005)

Exhibit C

Letter from David Gualtieri to Steven B. Pollack, *Denial of Guilt for U.S. Coast Guard Discharge of Lead into Great Lakes* (Jan. 24, 2007)

Exhibit D

Coast Guard Press Release, *Voluntary Suspension of Non-Emergency Training* ,(Dec. 18, 2006)

Exhibit E

Coast Guard Press Release, Admission of Ongoing Violations (August 21, 2007)

Exhibit F

Freedom of Information Act (FOIA) request by Steven B. Pollack to Federal Bureau of Investigation, Environmental Documents for FBI Academy Firearms Training Unit in North Chicago, IL (March 10, 2007)

Exhibit G

Response by Federal Bureau of Investigation to FOIA Request by Steven B. Pollack, *Real Estate Appraisal and Related Studies of FBI Firearms Training Facility in North Chicago, Illinois as of April 25, 1986* (September 11, 2007)

Exhibit H

Satellite Image from Globexplorer.com, *FBI Firearms Training Facility in North Chicago, IL* (Purchased October 6, 2007)

**08 C 320**

**JUDGE GUZMAN**
**MAGISTRATE JUDGE BROWN**

Exhibit I

Response by Illinois EPA to FOIA Request by Steven B. Pollack, *Determination of No Information in IEPA's Records for Firearms Training Unit in North Chicago, IL* (June 20, 2007)

Exhibit J

NOAA Nautical Chart Panel 14905, *Portion of U.S. Government Navigation Chart, Showing Extent of Danger Zone in Lake Michigan* (Current)

Exhibit K

North Chicago Water Quality Report, *Regulated Contaminants (lead) Detected* (2006)

Exhibit L

US EPA Press Releases, *Agreements and Administrative Orders of Consent Precluding Discharge of Lead into Navigable Waters at Private and Public Outdoor Shooting Ranges* (September 9, 2005; August 2, 2005; June 3, 2003)

Exhibit M

Underwater Ordnance Recovery to District Court in Instant Case, *Proposal: Wide Area Assessment for 3,000 acres of Lake Michigan at FBI Firearms Training Facility in North Chicago, IL* (January 14, 2008)

Exhibit N

Underwater Ordnance Recovery to District Court in Instant Case, Proposal: *Removal of Lead and Artillery from 3,000 acres of Lake Michigan at FBI Firearms Training Facility in North Chicago, IL* (January 14, 2008)