# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED JANUARY 14, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**
**08 C 320**
**TG**

## (a) PLAINTIFFS
Steven B. Pollack, Blue Eco Legal Council

## DEFENDANTS
United States Department of Justice, United States Coast Guard, United States Navy, United States Marines, and United States Department of Defense

**(b)** County of Residence of First Listed Plaintiff: Lake County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant:
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Steven B. Pollack
Law Office of Steven B. Pollack
3390 Commercial Ave

Attorneys (If Known)
David S. Gualtieri
U.S. Dept. of Justice, ENRD/EDS
P.O. Box 23986

## II. BASIS OF JURISDICTION
- [ ] 1 U.S. Government Plaintiff
- [x] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

Citizen of This State: PTF 1 / DEF 1
Citizen of Another State: PTF 2 / DEF 2
Citizen or Subject of a Foreign Country: PTF 3 / DEF 3
Incorporated or Principal Place of Business In This State: PTF 4 / DEF 4
Incorporated and Principal Place of Business In Another State: PTF 5 / DEF 5
Foreign Nation: PTF 6 / DEF 6

## IV. NATURE OF SUIT

**OTHER STATUTES**: [x] 893 Environmental Matters

## V. ORIGIN
- [x] 1 Original Proceeding

## VI. CAUSE OF ACTION
28 U.S.C. 1365, 42 U.S.C. 6972, 42 U.S.C. 9659, and 28 U.S.C. 1346(b). Citizen suit for violations of the Clean Water Act,

## VII. PREVIOUS BANKRUPTCY MATTERS
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
DEMAND $ $40 Million
JURY DEMAND: [x] Yes [ ] No

## IX. This case
- [x] is not a refiling of a previously dismissed action.
- [ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE: 1/14/08
SIGNATURE OF ATTORNEY OF RECORD: /s/ Steven B. Pollack

**JUDGE GUZMAN**
**MAGISTRATE JUDGE BROWN**