AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | January 22-24, 2008 |
| NAME OF SERVER (PRINT)  U.S. Postal Service / Steven B. Pollack | TITLE  Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☒ Other (specify): Service was made by U.S. Postal Service, certified mail, pursuant to Fed. R. Civ. P. 4(i)(1),(2) on the United States and its Defendant Agencies.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  $52.95 | TOTAL  $52.95 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/24/08
           Date

Signature of Server

3390 Commercial Ave., Northbrook, IL 60062
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 0710 0004 5967 6643**
Detailed Results:

- **Delivered, January 24, 2008, 7:48 am, CHICAGO, IL 60604**
- **Arrival at Unit, January 22, 2008, 9:08 am, CHICAGO, IL 60604**
- **Acceptance, January 17, 2008, 10:09 am, DEERFIELD, IL 60015**

(< Back)    (Return to USPS.com Home >)

**Track & Confirm**
Enter Label/Receipt Number.

(Go >)

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   (Go >)



Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA





Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0710 0004 5967 6612**
Detailed Results:

- **Delivered,** January 22, 2008, 8:15 am, WASHINGTON, DC 20593
- **Notice Left,** January 20, 2008, 7:32 am, WASHINGTON, DC 20593
- **Arrival at Unit,** January 20, 2008, 3:12 am, WASHINGTON, DC 20022
- **Acceptance,** January 17, 2008, 10:11 am, DEERFIELD, IL 60015

( < Back )    ( Return to USPS.com Home > )

### Track & Confirm
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do------- Tuesday, January 22, 2008

# UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7007 0710 0004 5967 6629**
Detailed Results:

- Delivered, January 22, 2008, 7:41 am, WASHINGTON, DC 20310
- Notice Left, January 21, 2008, 7:56 am, WASHINGTON, DC 20310
- Arrival at Unit, January 21, 2008, 7:42 am, WASHINGTON, DC 20022
- Acceptance, January 17, 2008, 10:11 am, DEERFIELD, IL 60015

( < Back )    ( Return to USPS.com Home > )

### Track & Confirm

Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map   Contact Us   Forms   Govt Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20350

| | | |
|---|---|---|
| Postage | $ | $6.40 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $9.05 |

Postmark Here   01/17/2008

Sent To: United States Navy
Street, Apt. No.; or PO Box No.: 1000 Navy Pentagon
City, State, ZIP+4: Washington DC 20350-1000

7007 0710 0004 5967 6629

PS Form 3800, August 2006   See Reverse for Instructions

USPS - Track & Confirm

Case 1:08-cv-00320  Document 8  Filed 01/24/2008  Page 5 of 7

**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 0710 0004 5967 6605**
Detailed Results:

- **Delivered, January 22, 2008, 4:52 am, WASHINGTON, DC 20530**
- **Notice Left, January 20, 2008, 7:38 am, WASHINGTON, DC 20530**
- **Arrival at Unit, January 20, 2008, 1:23 am, WASHINGTON, DC 20022**
- **Acceptance, January 17, 2008, 10:13 am, DEERFIELD, IL 60015**

( < Back )    ( Return to USPS.com Home > )

### Track & Confirm
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA      



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do------- Tuesday, January 22, 2008

# USPS - Track & Confirm

**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: 7007 0710 0004 5967 6636
Detailed Results:

- Delivered, January 22, 2008, 7:41 am, WASHINGTON, DC 20310
- Notice Left, January 21, 2008, 7:56 am, WASHINGTON, DC 20310
- Arrival at Unit, January 21, 2008, 7:42 am, WASHINGTON, DC 20022
- Acceptance, January 17, 2008, 10:10 am, DEERFIELD, IL 60015

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.



( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do.........Tuesday, January 22, 2008

- Track & Confirm

UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm          FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: 7007 0710 0004 5967 6599
Detailed Results:
- Delivered, January 22, 2008, 7:41 am, WASHINGTON, DC 20310
- Notice Left, January 21, 2008, 7:56 am, WASHINGTON, DC 20310
- Arrival at Unit, January 21, 2008, 7:43 am, WASHINGTON, DC 20022
- Acceptance, January 17, 2008, 10:13 am, DEERFIELD, IL 60015

**Track & Confirm**
Enter Label/Receipt Number.
( Go > )

( < Back )   ( Return to USPS.com Home > )

## Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.   ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

WASHINGTON DC 20301   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $6.40 |
| Certified Fee | | $2.65 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $9.05 |

Postmark Here   01/17/2008

Sent To  DePartment of Defense
Street, Apt. No.; or PO Box No.  1000 Pentagon Defense
City, State, ZIP+4  Washington, DC 20301-1000

PS Form 3800, August 2006           See Reverse for Instructions

7007 0710 0004 5967 6599