UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Steven B. Pollack and Blue Eco Legal Council, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 08 C 320 |
| United States Department of Justice, United States Coast Guard, United States Navy, United States Marines and United States Department of Defense, | ) ) ) ) ) | Judge Guzman |
| Defendant. | ) | |

## **ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

        By: s/Linda A. Wawzenski
           LINDA A. WAWZENSKI
           Assistant United States Attorney
           219 South Dearborn Street
           Chicago, Illinois 60604
           (312) 353-1994
           linda.wawzenski@usdoj.gov