Exhibit A

Response by Coast Guard to FOIA request from attorney Marc Fink, Duluth MN., *Number of Rounds Discharged During Live Fire Training between Jan. 19, 2006 and Sept. 12, 2006.*

## Lake Ontario

| Unit Trained | Dates Fired | Box # | 7.62mm Ammo Used | 5.56mm Ammo Used |
|---|---|---|---|---|
| Sta Alex Bay, NY | 25,26 Jul 06 | 1 | 4,500 | 1,320 |
| Sta Niagara, NY | 27,28 Jun 06 | 3 | 2,400 | 720 |
| Sta Niagara, NY | 29-Aug-06 | 3 | 100 | 0 |
| Sta Buffalo, NY | 27, 28 Jun 06 | 3 | 2,000 | 720 |

## Lake Erie

| Unit Trained | Dates Fired | Box # | 7.62mm Ammo Used | 5.56mm Ammo Used |
|---|---|---|---|---|
| CGC Neah Bay | 16-Feb-06 | 3 | 2,400 | 0 |
| CGC Bristol Bay | 28-Feb-06 | 4 | 2,400 | 0 |
| Sta Cleveland, OH | 21, 22 Aug 06 | 3 | 3,360 | 540 |

## Lake Huron

| Unit Trained | Dates Fired | Box # | 7.62mm Ammo Used | 5.56mm Ammo Used |
|---|---|---|---|---|
| CGC Hollyhock | 19-Jan-06 | 1 | 2,400 | 0 |
| CGC Biscayne Bay | 9-Feb-06 | 6 | 2,400 | 130 |
| CGC Mackinaw | 13-Jun-06 | 6 | 3,200 | 120 |
| CGC Katmai Bay | 8-Feb-06 | 6 | 2,400 | 0 |
| Sta St. Ignace, MI | 16-Aug-06 | 6 | 2,600 | 720 |

## Lake Michigan

| Unit Trained | Dates Fired | Box # | 7.62mm Ammo Used | 5.56mm Ammo Used |
|---|---|---|---|---|
| Sta Calumet Harbor, IL | 18-21 May 06 | 8 | 11,000 | 3,800 |
| Sta Calumet Harbor, IL | 11, 12 Jun 06 | 8 | 1,000 | 378 |
| CGC Mobile Bay | 15-Jun-06 | 13 | 3,000 | 576 |
| CGC Acacia | 2-Mar-06 | 1 | 2,400 | 0 |

## Lake Superior

| Unit Trained | Dates Fired | Box # | 7.62mm Ammo Used | 5.56mm Ammo Used |
|---|---|---|---|---|
| CGC Alder | 22-Mar-06 | 6 | 2,400 | 0 |
| Sta Duluth, MN | 12-Sep-06 | 6 | 2,700 | 900 |

*All round totals under "7.62mm" column include rounds for Operational Test Fire*

**Sent:** Thursday, January 19, 2006 7:56 PM
**Subject:** R 200042Z JAN 06,COMPLETION OF GUNNERY EXERCISE,USCGC HOLLYHOCK

R 200042Z JAN 06 ZUI ASN-A09020000002
FM USCGC HOLLYHOCK
TO CCGDNINE CLEVELAND OH//R/DRE/DPW//
INFO COMCOGARD SECTOR DETROIT MI
COGARD ARMORY PORT CLINTON OH
COMLANTAREA COGARD PORTSMOUTH VA//AOFO// BT UNCLAS FOUO //N03570//
SUBJ: COMPLETION OF GUNNERY EXERCISE
A. D9INST 8361
B. MY 172217Z JAN 06
1. IN ACCORDANCE WITH REFS A AND B, CONDUCTED SUCCESSFUL GUNEX WITH THE FOLLOWING INFORMATION TO PASS.
2. TIME; 1100R TO 1618R.
3. DATE; 19 JAN 06.
4. LOCATION; 43-32.33N 082-22.15W.
5. WATER DEPTH; 153FT.
6. PERSONNEL TRAINED; GUN CREW ●, BRIDGE CREW ●.
7. EXERCISE FIRED; ███████████.
8. CAUSALITIES; NONE.
9. AMMO FIRED QTY; 2400RDS, NALC A131, LOT LC93F602L046.
TRADITIONALCOMMENTS; IT WAS REWARDING FOR THE CREW TO PUT THEIR TRAINING TO USE. I APPRECIATE THE HARD WORK PUT FORTH BY GMCM O'KELLY TO MAKE THIS OPPORTUNITY A REALITY.
BT
NNNN

| | |
|---|---|
| From: | O'Kelly, Patrick GMCM |
| Sent: | Tuesday, February 14, 2006 2:44 PM |
| To: | O'Kelly, Patrick GMCM |
| Subject: | FW: COMPLETION OF GUNNERY EXERCISE, R 082154Z FEB 06 USCGC KATMAI BAY |

R 082154Z FEB 06 ZUI ASN-A09039000066
FM USCGC KATMAI BAY
TO CCGDNINE CLEVELAND OH//R/DRM/DRE/DPW/CC// INFO COMCOGARD SECTOR SAULT STE MARIE MI COMLANTAREA COGARD PORTSMOUTH VA//AOFO// COGARD ARMORY PORT CLINTON OH USCGC MOBILE BAY USCGC BRISTOL BAY USCGC BISCAYNE BAY USCGC NEAH BAY BT UNCLAS //N03570//
SUBJ: COMPLETION OF GUNNERY EXERCISE
A. D9INST 8361
B. MY 031233Z FEB 06
C. CCGDNINE CLEVELAND OH 072108Z FEB 06
1. IN ACCORDANCE WITH REFS A THROUGH C, CONDUCTED SUCCESSFUL GUNEX WITH THE FOLLOWING INFORMATION TO PASS.
2. TIME: GUNEX START TIME 1110R FINEX 1338R.
3. DATE: 08FEB06
4. LOCATION: SAFETY ZONE BOX 6 LAKE HURON, EXACT POSITION 45-41.45'N, 083-55.11'W.
5. WATER DEPTH: 260 FT
6. NUMBER OF PERSONNEL TRAINED: GUN CREW ■, BRIDGE CREW ■.
7. EXERCISES FIRED: ███████████████████████████████████████████████ ■.
8. CAUSALITIES: EQUIPMENT: NONE, PERSONNEL: NONE.
9. AMMO FIRED: QTY, 2400 RDS, NALC A131, LOT# LC-94K602L121.
10. ADDITIONAL COMMENTS: APPRECIATE KNOWLEDGE AND ASSISTANCE OF GMCM O'KELLY. VERY SUCCESSFUL EXERCISE AND EXCEPTIONALLY EFFECTIVE TRAINING.
BT
NNNN

| | |
|---|---|
| From: | O'Kelly, Patrick GMCM |
| Sent: | Tuesday, February 14, 2006 2:43 PM |
| To: | O'Kelly, Patrick GMCM |
| Subject: | FW: COMPLETION OF GUNNERY EXERCISE, R 092029Z FEB 06 USCGC BISCAYNE BAY |

R 092029Z FEB 06 ZUI ASN-A09040000083
FM USCGC BISCAYNE BAY
TO CCGDNINE CLEVELAND OH//R/DRE/DPW/DRM/CC// INFO COMCOGARD SECTOR SAULT STE MARIE MI COGARD ARMORY PORT CLINTON OH COMLANTAREA COGARD PORTSMOUTH VA//AOFO// BT UNCLAS E F T O FOUO //N03570//
SUBJ: COMPLETION OF GUNNERY EXERCISE
A. D9INST 8361
B. MY 022019Z FEB 06
C. YOUR 072109Z FEB 06
1. IN ACCORDANCE WITH REFS A THRU C, CONDUCTED SUCCESSFUL GUNEX WITH THE FOLLOWING INFORMATION TO PASS.
2. TIME: GUNEX START TIME: 1141R FINEX: 1445R.
3. DATE: 09 FEB 06
4. LOCATION OF SAFETY ZONE: BOX 6, NORTHERN LAKE HURON. EXACT POSITION: 45-41.55N 083-54.93W.
5. WATER DEPTH: 216 FEET
6. NUMBER OF PERSONNEL TRAINED: GUN CREW ●, BRIDGE CREW ●.
7. EXERCISE/S FIRED: ██████████.
8. CAUSALITIES: EQUIPMENT (NONE), PERSONNEL (NONE).
9. AMMO FIRED: QTY: 2,400 RDS, NALC A131, LOT# LC-94K602L121. AND 130 RDS, NALC A059, LOT# LC-94M104093.
10. ADDITIONAL COMMENTS: GREATLY APPRECIATE ASSISTANCE AND TRAINING PROVIDED BY GMCM O'KELLY AND HIS STAFF. DESPITE HAVING JUST COMPLETED SHORE BASED M240 TRAINING LAST SUMMER, ORIG HAD TO QUALIFY ██████████ GUN CREWS DURING THIS GUNEX, DUE PRIMARILY TO CONTINUED HIGH NON-RATE TURNOVER. A SEMI-ANNUAL OR FLEXIBLE SCHEDULE FOR THE CUTTERS, ESP WTGBS, NEEDS TO BE MAINTAINED TO KEEP GUN CREWS QUALIFIED ON MIN CREWED SHIPS.
BT
NNNN

| | |
|---|---|
| From: | O'Kelly, Patrick GMCM |
| Sent: | Thursday, February 16, 2006 4:12 PM |
| To: | O'Kelly, Patrick GMCM |
| Subject: | FW: COMPLETION OF GUNNERY EXERCISE, R 161953Z FEB 06 USCGC NEAH BAY |

R 161953Z FEB 06 ZUI ASN-A09047000056
FM USCGC NEAH BAY
TO CCGDNINE CLEVELAND OH//R/DRM/DRE/DPW/CC// INFO COMCOGARD SECTOR BUFFALO NY COMLANTAREA COGARD PORTSMOUTH VA//AOFO// COGARD ARMORY PORT CLINTON OH USCGC MOBILE BAY USCGC KATMAI BAY USCGC BRISTOL BAY USCGC BISCAYNE BAY BT UNCLAS //N03570//
SUBJ: COMPLETION OF GUNNERY EXERCISE
A. D9INST 8361
B. MY 131837Z FEB 06
C. CCGDNINE CLEVELAND OH 152058Z FEB 06
1. IN ACCORDANCE WITH REFS A THROUGH C, CONDUCTED SUCCESSFUL GUNEX WITH THE FOLLOWING INFORMATION TO PASS.
2. TIME: GUNEX START TIME 1000R FINEX 1330R.
3. DATE: 16FEB06
4. LOCATION: SAFETY ZONE BOX 3 LAKE ERIE, EXACT POSITION 41-44.5N 081-42.5W 5. WATER DEPTH: 63 FT 6. NUMBER OF PERSONNEL TRAINED: GUN CREW ███ BRIDGE CREW ███.
7. EXERCISES FIRED: ███████████████████████████████████████.
8. CASUALTIES: EQUIPMENT: NONE, PERSONNEL: NONE.
9. AMMO FIRED: QTY, 2400 RDS, NALC A131, LOT# LC-05F603L436.
10. ADDITIONAL COMMENTS: EXTREMELY EFFECTIVE TRAINING WITH BENEFITS FOR ALL.
BT
NNNN

1

| | |
|---|---|
| From: | O'Kelly, Patrick GMCM |
| Sent: | Friday, March 03, 2006 1:06 PM |
| To: | O'Kelly, Patrick GMCM |
| Subject: | FW: COMPLETION OF GUNNERY EXERCISE, P 281855Z FEB 06 USCGC BRISTOL BAY |

P 281855Z FEB 06 ZUI ASN-ASS059000954
FM USCGC BRISTOL BAY
TO CCGDNINE CLEVELAND OH//CC/DR/DRM/R/DRE/DL/DPW// INFO USCGC NEAH BAY USCGC HOLLYHOCK COMCOGARD SECTOR DETROIT MI COMCOGARD SECTOR BUFFALO NY COGARD STA MARBLEHEAD OH COGARD STA LORAIN OH COGARD ARMORY PORT CLINTON OH COMLANTAREA COGARD PORTSMOUTH VA//AOFO// BT UNCLAS //N03570//
SUBJ: COMPLETION OF GUNNERY EXERCISE
A. D9INST 8361
B. MY 231604Z FEB 06
C. CCGDNINE CLEVELAND OH 272221Z FEB 06
1. IN ACCORDANCE WITH REFS A THROUGH C, CONDUCTED SUCCESSFUL GUNEX WITH THE FOLLOWING INFORMATION TO PASS.
2. TIME: GUNEX START TIME 1000R FINEX 1350R.
3. DATE: 28FEB06.
4. LOCATION: SAFETY BOX 4 LAKE ERIE, EXACT POSITION 41-32.9N 082- 26.5W.
5. WATER DEPTH: 51FT
6. NUMBER OF PERSONNEL TRAINED: GUN CREW ■, BRIDGE CREW ■.
7. EXERCISES FIRED: ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■.
8. CASUALTIES: EQUIPMENT: NONE, PERSONNEL: NONE.
9. AMMO FIRED: QTY 2400 RDS, NALC A131, LOT # LC05F603L436.
10. ADDITIONAL COMMENTS: NONE.
BT
NNNN

1

| | |
|---|---|
| From: | O'Kelly, Patrick GMCM |
| Sent: | Friday, March 03, 2006 1:05 PM |
| To: | O'Kelly, Patrick GMCM |
| Subject: | FW: COMPLETION OF GUNNERY EXERCISE, R 021802Z MAR 06 USCGC ACACIA |

R 021802Z MAR 06 ZUI ASN-A09061000066
FM USCGC ACACIA
TO CCGDNINE CLEVELAND OH//R/DRM/DRE/DPW/CC// INFO COMCOGARD SFO GRAND HAVEN MI COMCOGARD SECTOR LAKE MICHIGAN WI COMLANTAREA COGARD PORTSMOUTH VA//AOFO// COGARD ARMORY PORT CLINTON OH COGARD STA CHARLEVOIX MI USCGC MACKINAW USCGC NEW MACKINAW USCGC HOLLYHOCK USCGC ALDER USCGC BRISTOL BAY USCGC BUCKTHORN USCGC BISCAYNE BAY USCGC MOBILE BAY USCGC NEAH BAY USCGC KATMAI BAY BT UNCLAS //N03570//
SUBJ: COMPLETION OF GUNNERY EXERCISE
A. D9INST 8361
B. MY 231641Z FEB 06
C. CCGDNINE CLEVELAND OH R 012015Z MAR 06 1. IAW REFS A THRU C, CONDUCTED SUCCESSFUL GUNEX WITH THE FOLLOWING INFORAMTION TO PASS.
2. TIME: GUNEX START TIME 0900R, FINEX 1100R.
3. DATE: 02 MAR 06
4. LOCATION: SAFETY ZONE BOX 1 LAKE MICHIGAN, EXACT POSITION 45- 26.32'N, 085-21.78'W.
5. WATER DEPTH: 21 FT
6. NUMBER OF PERSONNEL TRAINED: GUN CREW ●, BRIDGE CREW ●
7. EXERCISES FIRED: █████████████████████████████████.
8. CASUALTIES: EQUIPMENT: NONE, PERSONNEL: NONE.
9. AMMO FIRED: QTY, 2400 RDS, NALC A131, LOT# LC-05F603L436.
10. ADDITIONAL COMMENTS: APPRECIATE KNOWLEDGE AND ASSISTANCE FROM SFO GUNNERS MATES, D9 DRE, AND LANTAREA ARMORY PORT CLINTON.
11. MY POC ████████████████████████████
BT
NNNN

1

| | |
|---|---|
| From: | O'Kelly, Patrick GMCM |
| Sent: | Monday, March 27, 2006 2:25 PM |
| To: | O'Kelly, Patrick GMCM |
| Subject: | FW: COMPLETION OF GUNNERY EXERCISE, R 231833Z MAR 06 USCGC ALDER |

R 231833Z MAR 06 ZUI ASN-A09082000084
FM USCGC ALDER
TO CCGDNINE CLEVELAND OH//DM/DRE/DPW/CC/DRM/DRMC// INFO COMLANTAREA COGARD PORTSMOUTH VA//AOFO// COMCOGARD SECTOR SAULT STE MARIE MI COGARD CEU CLEVELAND OH COGARD AIRSTA TRAVERSE CITY MI//A/O// COGARD AIRSTA DETROIT MI//A/O// COGARD MSU DULUTH MN COGARD ARMORY PORT CLINTON OH COGARD STA DULUTH MN COGARD ANT DULUTH MN COGARD STA BAYFIELD WI BT UNCLAS //N03570//
SUBJ: COMPLETION OF GUNNERY EXERCISE
A. D9INST 8361
B. MY 101626Z MAR 06
C. CCGDNINE CLEVELAND OH 211440Z MAR 06
1. IN ACCORDANCE WITH REFS A THROUGH C, CONDUCTED SUCCESSFUL GUNEX WITH THE FOLLOWING INFORMATION TO PASS.
2. TIME: GUNEX START TIME 1100S FINEX 1430S.
3. DATE: 22MAR06
4. LOCATION: SAFETY ZONE BOX 5 LAKE SUPERIOR, EXACT POSITION 47-01'-22"N, 091-18'-34"W.
5. WATER DEPTH: 540 FT
6. NUMBER OF PERSONNEL TRAINED: GUN CREW ●, BRIDGE CREW ●
7. EXERCISES FIRED: ████████████████████████████████.
8. CASUALTIES: EQUIPMENT: NONE, PERSONNEL: NONE.
9. AMMO FIRED: QTY, 2400 RDS, NALC A131, LOT# LC-94K602L121.
10. ADDITIONAL COMMENTS: APPRECIATE KNOWLEDGE AND ASSISTANCE OF GMCM O'KELLY. VERY SUCCESSFUL EXERCISE AND EXCEPTIONALLY EFFECTIVE TRAINING.
BT
NNNN

| | |
|---|---|
| From: | O'Kelly, Patrick GMCM |
| Sent: | Tuesday, May 30, 2006 8:18 AM |
| To: | O'Kelly, Patrick GMCM |
| Subject: | FW: COMPLETION OF MGBC GUNNERY EXERCISE, R 251903Z MAY 06 COGARD STA CALUMET HARBOR IL |

R 251903Z MAY 06 ZUI ASN-A09145000073
FM COGARD STA CALUMET HARBOR IL
TO CCGDNINE CLEVELAND OH//R/DRM/DRE/DPW/CC// COMCOGARD SECTOR LAKE MICHIGAN WI INFO COMLANTAREA COGARD PORTSMOUTH VA//AREO// COGARD ARMORY PORT CLINTON OH COGARD STA MICHIGAN CITY IN COGARD STA KENOSHA WI COGARD STA WILMETTE HARBOR IL COGARD STA MILWAUKEE WI COGARD MSU CHICAGO IL BT
UNCLAS //N03570//
SUBJ: COMPLETION OF MGBC GUNNERY EXERCISE A. ALCOAST 263/06 MACHINE GUN BOAT COURSE (MGBC) B. MY 041804Z MAY 06 C. CCGDNINE CLEVELAND OH 171829Z MAY 06 1. IN ACCORDANCE WITH REFS A THROUGH C, CONDUCTED SUCCESSFUL GUNEX WITH THE FOLLOWING INFORMATION TO PASS.
2. TIME: GUNEX START TIME 1000R FINEX 2200R.
3. DATE: 18 THRU 21 MAY 06
4. LOCATION: SAFETY ZONE BOX 8 LAKE MICHIGAN, EXACT POSITION 41-49.24'N, 087-16.54'W.
5. WATER DEPTH: 82 FT
6. NUMBER OF PERSONNEL TRAINED:
A. COXWAIN: ▓)
B. M240B GUNNER: ▓
C. (M16) RIFLEMAN: ▓
7. EXERCISES FIRED: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
8. CAUSALITIES:
A. EQUIPMENT: NONE
B. PERSONNEL: NONE.
9. AMMO FIRED:
A. NALC A131: 11,000 RDS, LOT# LC-05F603L436 B. NALC A071: 3,759 RDS, LOT# LC-87C006132
C. NALC A071:    41 RDS, LOT# LC-93LOO6562
10. ADDITIONAL COMMENTS:
VARIOUS ISSUES AROSE DURING THE FIRST ROUND OF TRAINING THAT AS LESSONS LEARNED WILL ASSIST OTHERS IN PLANNING FOR FUTURE GUN-EX; FIRST DAY WAS PLANNED WITH ▓ PEOPLE, IN HIND SIGHT; UNTIL CREWS ARE IN A MAINTENANCE CYCLE FOR RE-CERTIFICATION, I WOULD RECOMMEND TO LIMIT SMALLER CREW NUMBERS TO ALLOW FOR ADDITIONAL TRAINING TIME. ADDITIONALLY, THE BOATING PUBLIC WAS PROBABLY NOT AS FAMILIAR WITH GUNNERY EXERCISES IN THIS AREA AND THE TRAINING SUFFERED FROM DELAYS CAUSED BY BOTH PRIVATE AND COMMERCIAL VESSEL TRAFFIC IN THE AREA WHICH IN-TURN PLACED CREWS ON THE WATER FOR EXTENDED PERIODS BEYOND ORIGINAL PLANNING. QUALITY AND QUANTITY OF TRAINING WAS BOTH EXCEPTIONAL AND MOST APPRECIATED.
BT
NNNN

**Kennedy, Larry CDR**

| | |
|---|---|
| From: | O'Kelly, Patrick GMCM |
| Sent: | Monday, June 19, 2006 9:51 AM |
| To: | O'Kelly, Patrick GMCM |
| Subject: | FW: COMPLETION OF MGBC GUNNERY EXERCISE, R 161828Z JUN 06 COGARD STA CALUMET HARBOR IL |

R 161828Z JUN 06 ZUI ASN-A09167000066
FM COGARD STA CALUMET HARBOR IL
TO CCGDNINE CLEVELAND OH//R/DRM/DRE/DPW/CC// COMCOGARD SECTOR LAKE MICHIGAN WI INFO COMLANTAREA COGARD PORTSMOUTH VA//AREO// COGARD ARMORY PORT CLINTON OH COGARD STA MICHIGAN CITY IN COGARD STA KENOSHA WI COGARD STA WILMETTE HARBOR IL COGARD STA MILWAUKEE WI COGARD MSU CHICAGO IL BT
UNCLAS //N03570//
SUBJ: COMPLETION OF MGBC GUNNERY EXERCISE A. ALCOAST 263/06 MACHINE GUN BOAT COURSE (MGBC) B. MY 041804Z MAY 06 C. CCGDNINE CLEVELAND OH 171829Z MAY 06 1. IN ACCORDANCE WITH REFS A THROUGH C, CONDUCTED SUCCESSFUL GUNEX WITH THE FOLLOWING INFORMATION TO PASS.
2. TIME: GUNEX START TIME 1000R FINEX 2100R.
3. DATE: 11 THRU 12 JUN 06
4. LOCATION: SAFETY ZONE BOX 8 LAKE MICHIGAN, EXACT POSITION 41-49.24'N, 087-16.54'W.
5. WATER DEPTH: 82 FT
6. NUMBER OF PERSONNEL TRAINED:
A. COXWAIN: (█)
B. M240B GUNNER: (█
C. (M16) RIFLEMAN: █
7. EXERCISES FIRED: ████████████████████████████████████████
8. CAUSALITIES:
A. EQUIPMENT: NONE
B. PERSONNEL: NONE.
9. AMMO FIRED:
A. NALC A131:  1,000 RDS, LOT# LC-93F6021046
B. NALC A071:   378 RDS, LOT# LC-87C006132
10. ADDITIONAL COMMENTS:
AREA OF CONCERN WAS THE ALLOWANCE OF 35 MINUTES OF NUGHT FAM TRIGGER TIME. NEEDED MORE TIME AFTER SUNDOWN OF 2036 WITH THE WRITTEN END TIME OF 2100 HRS.
BT
NNNN

| | |
|---|---|
| From: | O'Kelly, Patrick GMCM |
| Sent: | Friday, June 16, 2006 11:52 AM |
| To: | O'Kelly, Patrick GMCM |
| Subject: | FW: COMPLETION OF GUNNERY EXERCISE, R 140131Z JUN 06 USCGC NEW MACKINAW |

R 140131Z JUN 06 ZUI ASN-ASG165000050
FM USCGC NEW MACKINAW
TO CCGDNINE CLEVELAND OH//R/DRM/DRE/DPW/CC// INFO COMCOGARD SECTOR SAULT STE MARIE MI COMLANTAREA COGARD PORTSMOUTH VA//AREO// COGARD ARMORY PORT CLINTON OH USCGC MOBILE BAY USCGC BRISTOL BAY USCGC BISCAYNE BAY USCGC NEAH BAY USCGC ALDER USCGC HOLLYHOCK USCGC KATMAI BAY BT UNCLAS //N03570//
SUBJ: COMPLETION OF GUNNERY EXERCISE
A. D9INST 8361
B. MY 251450Z MAY 06
C. CCGDNINE CLEVELAND OH 091326Z JUN 06
1. IN ACCORDANCE WITH REFS A THROUGH C, CONDUCTED SUCCESSFUL GUNEX WITH THE FOLLOWING INFORMATION TO PASS.
2. TIME: GUNEX START TIME 1100 LOCAL FINEX 1600 LOCAL.
3. DATE: 13 JUN 06
4. LOCATION: SAFETY ZONE BOX 6 LAKE HURON, EXACT POSITION 45-43.2N, 083-56.8W.
5. WATER DEPTH: 329 FT
6. NUMBER OF PERSONNEL TRAINED:
    A. GUN CREW ■
    B. BRIDGE CREW ■
7. EXERCISES FIRED:
    A. ■■■■■■■■■■■■■■■■■■■■■■
    B. ■■■■■■■■■■
    C. ■■■■■■■■
8. CAUSALITIES:
    A. EQUIPMENT: NONE
    B. PERSONNEL: NONE
9. AMMO FIRED:
    A. NALC A131, LOT# LC-89H601L638 QTY, 3200 RDS.
    B. NALC A059, LOT# LC-94M104-093 QTY, 120 RDS.
10. ADDITIONAL COMMENTS: APPRECIATE AND THANK GMCM O'KELLY FOR HIS FLEXIBILITY IN SCHEDULING UNIT'S INAUGURAL GUNEX.
BT
NNNN

**From:** O'Kelly, Patrick GMCM
**Sent:** Friday, June 16, 2006 11:52 AM
**To:** O'Kelly, Patrick GMCM
**Subject:** FW: COMPLETION OF GUNNERY EXERCISE, R 152028Z JUN 06 USCGC MOBILE BAY

R 152028Z JUN 06 ZUI ASN-A09166000065
FM USCGC MOBILE BAY
TO CCGDNINE CLEVELAND OH//R/DRM/DRE/DPW/CC// INFO COMCOGARD SECTOR LAKE MICHIGAN WI COMLANTAREA COGARD PORTSMOUTH VA//AREO// COGARD ARMORY PORT CLINTON OH USCGC KATMAI BAY USCGC BRISTOL BAY USCGC BISCAYNE BAY USCGC NEAH BAY USCGC ALDER USCGC HOLLYHOCK USCGC NEW MACKINAW USCGC BUCKTHORN BT UNCLAS //N03570//
SUBJ: COMPLETION OF GUNNERY EXERCISE
A. D9INST 8361
B. MY 252122Z MAY 06
C. CCGDNINE CLEVELAND OH 132019Z JUNE 06 1. IN ACCORDANCE WITH REFS A THROUGH C, CONDUCTED SUCCESSFUL GUNEX WITH THE FOLLOWING INFORMATION TO PASS.
2. TIME: GUNEX START TIME 1010 LOCAL FINEX 1245 LOCAL.
3. DATE: 15 JUNE06
4. LOCATION: SAFETY ZONE BOX 13 LAKE MICHIGAN, EXACT POSITION 44-40.4'N, 087-05.5'W.
5. WATER DEPTH: 500 FT
6. NUMBER OF PERSONNEL TRAINED:
 A. GUN CREW ■
 B. BRIDGE CREW ■
7. EXERCISES FIRED:

 A. ████████████████
 B. ████████
 C. ████████
8. CAUSALITIES:
 A. EQUIPMENT: NONE
 B. PERSONNEL: NONE.
9. AMMO FIRED:
 A. NALC A131, LOT# LC-94K602L121, QTY 3000 RDS.
 B. NALC A059 LOT# LC-94M104093 QTY 576 RDS
10. ADDITIONAL COMMENTS: APPRECIATE ASSISTANCE FROM GMCM O'KELLY AND ARMORY STAFF FROM SECTOR LAKE MICHIGAN.
BT
NNNN

Kennedy, Larry CDR
---

| | |
|---|---|
| From: | O'Kelly, Patrick GMCM |
| Sent: | Tuesday, July 11, 2006 1:48 PM |
| To: | O'Kelly, Patrick GMCM |
| Subject: | FW: COMPLETION OF MGBC GUNNERY EXERCISE, R 111626Z JUL 06 COGARD STA NIAGARA NY |

R 111626Z JUL 06 ZUI ASN-A09192000047
FM COGARD STA NIAGARA NY
TO CCGDNINE CLEVELAND OH//R/DRE/DRM/DPW/CC// R 031346Z JUL 06 ZUI ASN-A09184000040 FM COGARD STA NIAGARA NY TO COMCOGARD SECTOR BUFFALO NY//R/DRM/DRE/DPW/CC// INFO COMLANTAREA COGARD PORTSMOUTH VA//AREO// COGARD ARMORY PORT CLINTON OH COGARD STA ROCHESTER NY COGARD STA BUFFALO NY COGARD STA ERIE PA BT UNCLAS
SUBJ: COMPLETION OF MGBC GUNNERY EXERCISE A. ALCOAST 263/06 MACHINE GUN BOAT COURSE (MGBC) B. MY 290200Z JUNE 06 C. CCGDNINE CLEVELAND OH 261223Z JUNE 06 1. IN ACCORDANCE WITH REFS A THROUGH C, CONDUCTED SUCCESSFUL GUNEX WITH THE FOLLOWING INFORMATION TO PASS.
2. TIME: GUNEX START TIME 1000 LOCAL FINEX 2200 LOCAL.
3. DATE: 27,28 JUN 06
4. LOCATION: SAFETY ZONE BOX 3 LAKE ONTARIO, EXACT POSITION 43-22' 73"N, 078-59' 77"W.
5. WATER DEPTH: 327 FT
6. NUMBER OF PERSONNEL TRAINED:
A. COXWAIN: ▓
B. M240B GUNNER: ▓
C. (M16) RIFLEMAN: ▓
7. EXERCISES FIRED: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
8. CAUSALITIES:
A. EQUIPMENT: NONE
B. PERSONNEL: NONE.
9. AMMO FIRED:
A. NALC A131: 2,400 RDS, LOT# LC-05F603L436
B. NALC A071: 720 RDS, LOT# LC-93L006561
10. ADDITIONAL COMMENTS:
11. POC: ▓▓▓▓▓▓
BT
NNNN

1

Kennedy, Larry CDR

| | |
|---|---|
| From: | O'Kelly, Patrick GMCM |
| Sent: | Monday, July 10, 2006 5:47 PM |
| To: | O'Kelly, Patrick GMCM |
| Subject: | FW: COMPLETION OF MGBC GUNNERY EXERCISE, R 291722Z JUN 06 COGARD STA BUFFALO NY |

R 291722Z JUN 06 ZUI ASN-A09180000045
FM COGARD STA BUFFALO NY
TO CCGDNINE CLEVELAND OH//R/DRM/DRE/DPW/CC// COMCOGARD SECTOR BUFFALO NY
INFO COMLANTAREA COGARD PORTSMOUTH VA//AREO// COGARD ARMORY PORT CLINTON OH COGARD STA ROCHESTER NY COGARD STA NIAGARA NY COGARD STA ERIE PA BT UNCLAS //N03570//
SUBJ: COMPLETION OF MGBC GUNNERY EXERCISE A. ALCOAST 263/06 MACHINE GUN BOAT COURSE (MGBC) B. STA NIAGARA 161820Z JUNE 06 C. CCGDNINE CLEVELAND OH 261223Z JUNE 06 1. IN ACCORDANCE WITH REFS A THROUGH C, CONDUCTED SUCCESSFUL GUNEX WITH THE FOLLOWING INFORMATION TO PASS.
2. TIME: GUNEX START TIME 1000 LOCAL FINEX 2200 LOCAL.
3. DATE: 27,28 JUN 06
4. LOCATION: SAFETY ZONE BOX 3 LAKE ONTARIO, EXACT POSITION 43-22' 73"N, 078-59' 77"W.
5. WATER DEPTH: 327 FT
6. NUMBER OF PERSONNEL TRAINED:
A. COXWAIN: ██
B. M240B GUNNER: ██
C. (M16) RIFLEMAN: ██
7. EXERCISES FIRED: ████████████████████████████████████
8. CAUSALITIES:
A. EQUIPMENT: NONE
B. PERSONNEL: NONE.
9. AMMO FIRED:
A. NALC A131:  2,000 RDS, LOT# LC-05F603L436
B. NALC A071:   210 RDS, LOT# LC-93L006561
C. NALC A059:   510 RDS, LOT# LC-97A106030
10. ADDITIONAL COMMENTS: NONE
11. POC: ████████████
BT
NNNN

1

| | |
|---|---|
| From: | O'Kelly, Patrick GMCM |
| Sent: | Wednesday, August 02, 2006 8:03 AM |
| To: | O'Kelly, Patrick GMCM |
| Subject: | FW: COMPLETION OF MGBC GUNNERY EXERCISE, R 011305Z AUG 06 COGARD STA ALEXANDRIA BAY NY |

R 011305Z AUG 06 ZUI ASN-A09213000033
FM COGARD STA ALEXANDRIA BAY NY
TO CCGDNINE CLEVELAND OH//R/DRE/DRM/DPW/CC// INFO COMLANTAREA COGARD PORTSMOUTH VA//AREO// COGARD ARMORY PORT CLINTON OH COMCOGARD SECTOR BUFFALO NY COGARD STA NIAGARA NY COGARD STA OSWEGO NY COGARD STA ROCHESTER NY COGARD STA SACKETS HARBOR NY BT UNCLAS //N08360//
SUBJ: COMPLETION OF MGBC GUNNERY EXERCISE A. ALCOAST 263/06 MACHINE GUN BOAT COURSE (MGBC) B. MY 121727Z JULY 06 C. CCGDNINE CLEVELAND OH 241902Z JULY 06 1. IN ACCORDANCE WITH REFS A THROUGH C, CONDUCTED SUCCESSFUL GUNEX WITH THE FOLLOWING INFORMATION TO PASS.
2. TIME: GUNEX START TIME 0900 LOCAL FINEX 2200 LOCAL.
3. DATE: 25, 26 JULY 06.
4. LOCATION: SAFETY ZONE BOX 1 LAKE ONTARIO, EXACT POSITION 43 39.8'N 076 27.5W.
5. WATER DEPTH: 386 FT.
6. NUMBER OF PERSONNEL TRAINED:
A. COXSWAIN: ███
B. M240B GUNNER: ███
C. (M16) RIFLEMAN: ███
7. EXERCISES FIRED: ███████████████████████████████████████.
8. CAUSALITIES:
A. EQUIPMENT: NONE
B. PERSONNEL: NONE.
9. AMMO FIRED:
A. NALC A131:  4,500 RDS, LOT# LC089H601L636
B. NALC A059:   480 RDS, LOT# LC94F104-072
C. NALC A059:   840 RDS, LOT# LC97A106-030
10. ADDITIONAL COMMENTS: SPECIAL THANKS TO GUNNERS MATES AND CG STA SACKETS HARBOR FOR USE OF THERE FACILITY AS A STAGING AREA, AND USE OF THEIR BOAT AND CREW AS A SAFETY OBSERVER.
11. POC: ███████████████████████
BT
NNNN

| | |
|---|---|
| From: | O'Kelly, Patrick GMCM |
| Sent: | Friday, August 18, 2006 9:02 AM |
| To: | O'Kelly, Patrick GMCM |
| Subject: | FW: COMPLETION OF MGBC GUNNERY EXERCISE, R 171603Z AUG 06 COGARD STA ST IGNACE MI |

R 171603Z AUG 06 ZUI ASN-A09229000041
FM COGARD STA ST IGNACE MI
TO CCGDNINE CLEVELAND OH//DRE/DRM/DPW/CC// INFO COMLANTAREA COGARD PORTSMOUTH VA//AREO// COGARD ARMORY PORT CLINTON OH COMCOGARD SECTOR SAULT STE MARIE MI COGARD STA CHARLEVOIX MI COGARD STA SAULT STE MARIE MI COGARD STA ALPENA MI USCGC NEW MACKINAW USCGC BISCAYNE BAY USCGC KATMAI BAY BT UNCLAS //N08360//
SUBJ: COMPLETION OF MGBC GUNNERY EXERCISE A. ALCOAST 263/06 MACHINE GUN BOAT COURSE (MGBC) B. COMCOGARD SECTOR SAULT STE MARIE MI 141618Z AUG 06 C. CCGDNINE CLEVELAND OH 161433Z AUG 06 1. IN ACCORDANCE WITH REFS A THROUGH C, CONDUCTED SUCCESSFUL GUNEX WITH THE FOLLOWING INFORMATION TO PASS.
2. TIME: GUNEX START TIME 1630 LOCAL FINEX 2200 LOCAL.
3. DATE: 16 AUG 06.
4. LOCATION: SAFETY ZONE BOX 6 LAKE HURON, EXACT POSITION 45 41' 52"N 083 54' 27"W.
5. WATER DEPTH: 319 FT.
6. NUMBER OF PERSONNEL TRAINED:
A. COXSWAIN: [redacted]
B. M240B GUNNER: [redacted]
C. (M16) RIFLEMAN: [redacted]
7. EXERCISES FIRED: [redacted]
8. CAUSALITIES:
A. EQUIPMENT: NONE
B. PERSONNEL: NONE.
9. AMMO FIRED:
A. NALC A131: 2,600 RDS, LOT# LC089H601L636
B. NALC A071: 720 RDS, LOT# LC93L006-561
10. ADDITIONAL COMMENTS:
11. POC: [redacted]
BT
NNNN

| | |
|---|---|
| From: | O'Kelly, Patrick GMCM |
| Sent: | Thursday, August 24, 2006 1:37 PM |
| To: | O'Kelly, Patrick GMCM |
| Subject: | FW: COMPLETION OF MGBC GUNNERY EXERCISE, R 241528Z AUG 06 COGARD STA CLEVELAND HARBOR OH |

R 241528Z AUG 06 ZUI ASN-A09236000053
FM COGARD STA CLEVELAND HARBOR OH
TO CCGDNINE CLEVELAND OH//DRE/DRM/DPW/CC// INFO COMLANTAREA COGARD PORTSMOUTH VA//AREO// COGARD ARMORY PORT CLINTON OH COMCOGARD SECTOR BUFFALO NY COGARD STA ERIE PA COGARD STA FAIRPORT OH COGARD STA ASHTABULA OH COGARD STA LORAIN OH COGARD STA MARBLEHEAD OH USCGC NEAH BAY BT
UNCLAS //N08360//
SUBJ: COMPLETION OF MGBC GUNNERY EXERCISE A. ALCOAST 263/06 MACHINE GUN BOAT COURSE (MGBC) B. MY 091209Z AUG 06 C. CCGDNINE CLEVELAND OH 211137Z AUG 06 1. IN ACCORDANCE WITH REFS A THROUGH C, CONDUCTED SUCCESSFUL GUNEX WITH THE FOLLOWING INFORMATION TO PASS.
2. TIME: GUNEX START TIME 1630 LOCAL FINEX 2200 LOCAL.
3. DATE: 21,22 AUG 06.
4. LOCATION: SAFETY ZONE BOX 3 LAKE ERIE, EXACT POSITION 41.42 N / 081.47 W.
5. WATER DEPTH: 65 FT.
6. NUMBER OF PERSONNEL TRAINED:
A. COXSWAIN: ▮
B. M240B GUNNER: ▮
C. (M16) RIFLEMAN: ▮
7. EXERCISES FIRED: ▬▬▬▬▬▬▬▬▬▬▬▬.
8. CAUSALITIES:
A. EQUIPMENT: NONE
B. PERSONNEL: NONE.
9. AMMO FIRED:
A. NALC A131:  3,360 RDS, LOT# LC06A603L516
B. NALC A071:   540 RDS, LOT# LC93L006-561
C. NALC A023:    10 RDS, LOT# RAC03L001-004
10. ADDITIONAL COMMENTS: CONDUCTED FAM FIRE WITH DISTRICT COMMANDER AND RESPONSE CHIEF ON M240B, M16 AND M870 POLICE.
11. POC: ▬▬▬▬▬▬▬▬
BT
NNNN

Kennedy, Larry CDR

| | |
|---|---|
| From: | O'Kelly, Patrick GMCM |
| Sent: | Monday, September 18, 2006 4:11 PM |
| To: | O'Kelly, Patrick GMCM |
| Subject: | FW: COMPLETION OF MGBC GUNNERY EXERCISE, R 131433Z SEP 06 COGARD STA DULUTH MN |

R 131433Z SEP 06 ZUI ASN-A09256000041
FM COGARD STA DULUTH MN
TO CCGDNINE CLEVELAND OH//R/DRE/DRM//
INFO COMLANTAREA COGARD PORTSMOUTH VA//AREO// COMCOGARD SECTOR SAULT STE MARIE MI COGARD ARMORY PORT CLINTON OH USCGC ALDER COGARD MSU DULUTH MN COGARD STA BAYFIELD WI BT UNCLAS //N03570//
SUBJ: COMPLETION OF MGBC GUNNERY EXERCISE A. ALCOAST 263/06 MACHINE GUN BOAT COURSE (MGBC) B. COMCOGARD SECTOR SAULT 281515Z AUG 06 C. CCGDNINE CLEVELAND OH 112111Z SEP 06 1. IN ACCORDANCE WITH REFS A THROUGH C, CONDUCTED SUCCESSFUL GUNEX WITH THE FOLLOWING INFORMATION TO PASS.
2. TIME: GUNEX START TIME 1200 LOCAL FINEX 2200 LOCAL.
3. DATE: 12 SEP 06
4. LOCATION: SAFETY ZONE BOX 6 LAKE SUPERIOR, EXACT POSITION 45-59' 3"N, 091-23' 8"W.
5. WATER DEPTH: 530 FT
6. NUMBER OF PERSONNEL TRAINED:
A. COXWAIN: ███
B. M240B GUNNER: ███
C. (M16) RIFLEMAN: ███
7. EXERCISES FIRED: ████████████████████████████████
8. CAUSALITIES:
A. EQUIPMENT: NONE
B. PERSONNEL: NONE.
9. AMMO FIRED:
A. NALC A131:  2,700 RDS, LOT# LC-89H601L636
B. NALC A071:    900 RDS, LOT# LC-93L006561
10. ADDITIONAL COMMENTS: NONE
11. POC: ████████████████████
BT
NNNN