Exhibit E

Coast Guard Press Release, Admission of Ongoing Violations (August 21, 2007)

For more information contact:

    Chief Petty Officer Robert K. Lanier
    Ninth Coast Guard District
    voice: (216) 902-6022
    voice: (216) 214-3859
    fax: (216) 902-6027
    1240 East 9th Street
    Suite 2073
    Cleveland, OH 44199
    Robert.K.Lanier@uscg.mil

*Ninth District External Affairs*
**U.S. Coast Guard**



# Press Release

Date: August 21, 2007

Contact: Chief Petty Officer Robert K. Lanier
(216) 902-6022 office

**NINTH COAST GUARD DISTRICT CONTINUES
TO EVALUATE ALTERNATIVE TRAINING METHODS
MILES Gear is one of several alternatives being evaluated for use by Coast Guard
personnel to enhance operational capabilities**

CLEVELAND - Ninth Coast Guard District personnel will be witness to a demonstration of a multi-integrated laser engagement system (MILES) on Thursday, August 23, on Lake Erie.

The demonstration is one of several methods that Coast Guard leadership is evaluating to better prepare its personnel in providing security for the critical infrastructure of the Great Lakes and its ports, waterways and coastal areas.

MILES technology will allow Coast Guard units to train boat crews without using live-ammunition and expending projectiles.  MILES provides tactical engagement simulation for direct fire, force-on-force exercises using eye safe lasers that has used world-wide for many years.

"The demonstration will educate Coast Guard leadership on the capabilities of MILES gear," said Rear Admiral John E. Crowley, Jr., commander of the Ninth Coast Guard District.  "This is one of several alternatives I am considering as a way of training our Coast Guard men and

women on the Great Lakes for enhanced security of this national treasure."

In 2006, the Coast Guard held a number of public meetings throughout the Great Lakes region with plans to establish permanent water training areas to conduct live-fire training exercises. Many citizen expressed concern about the impact that the exercises may have on the environment and public safety. The Coast Guard heard those comments and responded with a number of training alternatives that include:

- The use of Department of Defense-certified weapons ranges to conduct live-fire training outside of the Great Lakes. This required Ninth District boat crews to conducted weapons training while outside the Great Lakes, in areas such as Fort Knox, Ky.
- The departure of Coast Guard crews to East Coast cutters to train to ensure an adequate level of proficiency on the weapons.

These temporary solutions increase the economic impact on the Coast Guard and impact Coast Guard readiness on the Great Lakes while the crews are away from their normal duties. MILES may offer a solution to lessen the impact.

Pooled still and video imagery will be made available to the media upon completion of the demonstration.

For additional information or to obtain information on the pooled photographer/videographer, contact Chief Petty Officer Robert K. Lanier, Ninth Coast Guard District Public Affairs, at (216) 902-6022.

###