Exhibit F

Freedom of Information Act (FOIA) request by Steven B. Pollack to Federal Bureau of Investigation, Environmental Documents for FBI Academy Firearms Training Unit in North Chicago, IL (March 10, 2007)



2859 Summit Ave • Highland Park, IL 60035 • 847-436-9566

Record/Information Dissemination Section
Federal Bureau of Investigation
Department of Justice
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535

March 10, 2007

RE: Freedom of Information Act Request - FBI Academy Firearms Training Unit in North Chicago, IL

Dear Freedom of Information Act Officer:

  I am requesting internal FBI documents regarding the FBI Academy Firearms Training Unit in North Chicago.  This training apparently takes place at the Great Lakes Naval Base in Illinois along the coast of Lake Michigan.

  The documents I am seeking pertain to the training protocols with regard to lead bullets being discharged into Lake Michigan.  I am requesting the following documents:

  1. Schematics of the firing ranges including orientation of fire in relation to Lake Michigan and engineered systems for containing the discharged bullets
  2. Documents quantifying the amount of bullets discharged into the environment both historically and from current training
  3. Documents detailing range remediation protocols for the discharged lead bullets
  4. Environmental impact assessments and studies on the fate of bullets discharged into the environment and Lake Michigan
  5. Documents showing compliance with the Toxic Release Inventory for the discharge of lead into the environment

  It appears from certain news stories that the FBI also allows other federal agencies to train at this facility.  The above request is for all training conducted at this facility and not just that conducted by the FBI.

   I would like to now make a request for waiver of fees because the requested information is in the public interest and will likely contribute significantly to public understanding of the operations and activities of the government and is not primarily in my commercial interest.  I am an environmental attorney and executive director of the Blue Eco Legal Council, an unincorporated membership organization whose purpose is protection of the Great Lakes environment through oversight of the regulatory community and citizen suit enforcement of the federal environmental laws.

Sincerely,


Steven B. Pollack