Exhibit I

Response by Illinois EPA to FOIA Request by Steven B. Pollack, *Determination of No Information in IEPA's Records for Firearms Training Unit in North Chicago, IL* (June 20, 2007)

# ILLINOIS ENVIRONMENTAL PROTECTION AGENCY

1021 NORTH GRAND AVENUE EAST, P.O. BOX 19276, SPRINGFIELD, ILLINOIS 62794-9276 – (217) 782-3397
JAMES R. THOMPSON CENTER, 100 WEST RANDOLPH, SUITE 11-300, CHICAGO, IL 60601 – (312) 814-6026

ROD R. BLAGOJEVICH, GOVERNOR        DOUGLAS P. SCOTT, DIRECTOR

June 20, 2007

Phone: 217/782-9878
Fax: 217/782-9290
www.epa.state.il.us/foia

Attn: Mr. Steven B. Pollack
1954 First St, Unit 237
Highland Park, IL 60035 -

Re: Freedom of Information Act Request

Dear Mr. Pollack:

This letter is in response to your Freedom of Information Act (FOIA) (5 IL .CS 140/1 et.seq.) request dated March 31, 2007 and received by the FOIA sector, Bureau of Land (BOL), at the Illinois Environmental Protection Agency (Illinois EPA) on April 3, 2007.

Following a search, the Illinois EPA determined there was no information in the Bureau of Land's records for the property(s) listed below.

| BOL ID | Site Name | Site Address | Site City |
|---|---|---|---|
|  | ACADEMY FIREARMS TRAINING UNIT |  | NORTH CHICAGO |

Sincerely,

*Jan Ogden*

Jan Ogden, FOIA Coordinator
Records Management Unit
Bureau of Land

ID: 47538