Exhibit J

NOAA Nautical Chart Panel 14905, *Portion of U.S. Government Navigation Chart, Showing Extent of Danger Zone in Lake Michigan* (Current)

33 C.F.R. § 334.830 Lake Michigan; small-arms range adjacent to United States Naval Training Center, Great Lakes, Ill.

(2365)    (b) The regulations

(1) When firing affecting the danger zone is in progress, the enforcing agency will post guards at such locations that the waters in the danger zone may be observed and arrange signals whereby these guards may stop the firing should any person or vessel be seen in the waters of the danger zone. When firing is in progress, the enforcing agency will cause red flags to be displayed on shore near the rifle butts, which may be readily discernible to a person in a vessel within the danger zone.

(3) If such flags are displayed **it will indicate that firing is in progress and that the waters in the danger zone are subject to impact by rounds missing or ricocheting off the impact berm** and should not be entered until the flags are lowered.

(emphasis added)



United States Coast Pilot 6, Great Lakes and their Connecting Waterways (2007).