UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Steven B. Pollack and<br>Blue Eco Legal Council,<br><br>    Plaintiffs,<br><br>v.<br><br>United States Department of Justice,<br>United States Coast Guard,<br>United States Navy,<br>United States Marines, and<br>United States Department of Defense,<br><br>    Defendants. | )<br>)<br>)<br>) Case Number:   08-cv-320<br>) Assigned Judge:   Guzman<br>) Magistrate Judge:   Brown<br>)<br>)<br>) CWA, RCRA, CERCLA, AND<br>) PUBLIC NUISANCE FTCA CASE<br>)<br>)<br>)<br>) |

## MOTION FOR PRELIMINARY INJUNCTION AND
## FOR PRELIMINARY MANDATORY INJUNCTION

    Plaintiffs ask this Court to issue a preliminary injunction under Rule 65 of the Federal Rules of Civil Procedure to prevent irreparable harm to Plaintiffs by enjoining the Defendants from discharging any additional lead munitions into Lake Michigan or other navigable waters without a Clean Water Act discharge permit.

    Plaintiffs also ask this Court to issue a preliminary mandatory injunction under Rule 65 of the Federal Rules of Civil Procedure and authorized by the Solid Waste Disposal Act (RCRA) to prevent irreparable harm to Plaintiffs by ordering the Defendants to conduct a wide area preliminary assessment of Defendants' accumulated lead munitions in Lake Michigan, which pose imminent and substantial endangerment to human health and the environment.

    Plaintiffs additionally ask this Court to grant the above motions without a bond requirement or at most a nominal bond.

                                                              Respectfully submitted,

                                                              s/ Steven B. Pollack
                                                              Steven B. Pollack, Attorney
                                                              Executive Director, Blue Eco Legal Council
                                                              3390 Commercial Ave
                                                              Northbrook, IL 60062
                                                              847-436-9566