UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Steven B. Pollack and ) | |
| Blue Eco Legal Council, ) | |
| ) | |
| Plaintiffs, ) | Case Number:   08-cv-320 |
| ) | Assigned Judge:   Guzman |
| v.   ) | Magistrate Judge:   Brown |
| ) | |
| United States Department of Justice, ) | |
| United States Coast Guard, ) | CWA, RCRA, CERCLA, AND |
| United States Navy, ) | PUBLIC NUISANCE FTCA CASE |
| United States Marines, and ) | |
| United States Department of Defense, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

To:  David S. Gualtieri
     U.S. Dept. of Justice, ENRD/EDS
     P.O. Box 23986
     Washington, DC 20026-3986

PLEASE TAKE NOTICE that on **March 14, 2008**, at 9:30 a.m., I will appear before Judge Guzman in the courtroom usually occupied by him, Room 1219, in the Everett McKinley Dirkson Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his stead, and then and there presentPlaintiffs' MOTION FOR PRELIMINARY INJUNCTION AND FOR PRELIMINARY MANDATORY INJUNCTION at which time and place you may appear, if you see fit.

                                      Respectfully submitted,

                                      s/ Steven B. Pollack
                                      Steven B. Pollack, Attorney
                                      Executive Director, Blue Eco Legal Council
                                      3390 Commercial Ave
                                      Northbrook, IL 60062
                                      847-436-9566