## CERTIFICATE OF SERVICE

The undersigned Plaintiff hereby certifies that in accordance with Fed. R. Civ. P. 5, LR5.5, the following documents:

**Motion For Preliminary Injunction and For Preliminary Mandatory Injunction**

**Brief In Support Of Plaintiff's Motion For Preliminary Injunction and For Preliminary Mandatory Injunction**

Were sent by first-class mail on March 6, 2008 to the following:

David S. Gualtieri
U.S. Dept. of Justice, ENRD/EDS
P.O. Box 23986
Washington, DC 20026-3986

    Respectfully submitted,

    s/ Steven B. Pollack
    Steven B. Pollack, Attorney
    Executive Director, Blue Eco Legal Council
    3390 Commercial Ave
    Northbrook, IL 60062
    847-436-9566