UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Steven B. Pollack and </br> Blue Eco Legal Council, </br> </br>     Plaintiffs, </br> </br> v. </br> </br> United States Department of Justice, </br> United States Coast Guard, </br> United States Navy, </br> United States Marines, and </br> United States Department of Defense, </br> </br>     Defendants. | ) </br> ) </br> ) </br> ) Case Number:   08-cv-320 </br> ) Assigned Judge:  Guzman </br> ) Magistrate Judge: Brown </br> ) </br> ) </br> ) CWA, RCRA, CERCLA, AND </br> ) PUBLIC NUISANCE FTCA CASE </br> ) </br> ) </br> ) </br> ) |

**NOTICE OF MOTION**

To:   David S. Gualtieri
        U.S. Dept. of Justice, ENRD/EDS
        P.O. Box 23986
        Washington, DC 20026-3986

     PLEASE TAKE NOTICE that on **March 14, 2008**, at 9:30 a.m., I will appear before Judge Guzman in the courtroom usually occupied by him, Room 1219, in the Everett McKinley Dirkson Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his stead, and then and there presentPlaintiffs' MOTION FOR PRELIMINARY INJUNCTION AND FOR PRELIMINARY MANDATORY INJUNCTION at which time and place you may appear, if you see fit.

                                           Respectfully submitted,

                                           s/ Steven B. Pollack
                                           Steven B. Pollack, Attorney
                                           Executive Director, Blue Eco Legal Council
                                           3390 Commercial Ave
                                           Northbrook, IL 60062
                                           847-436-9566