## <u>CERTIFICATE OF SERVICE</u>

The undersigned Plaintiff hereby certifies that in accordance with Fed. R. Civ. P. 5, LR5.5, the following documents:

<u>MOTION TO COMPEL PROPERTY INSPECTION ON MARCH 17, 2008</u>

Was filed electronically and sent by first-class mail on March 11, 2008 to the following:

David S. Gualtieri
U.S. Dept. of Justice, ENRD/EDS
P.O. Box 23986
Washington, DC 20026-3986


Respectfully submitted,

<u>s/ Steven B. Pollack</u>
Steven B. Pollack, Attorney
Executive Director, Blue Eco Legal Council
3390 Commercial Ave
Northbrook, IL 60062
847-436-9566