UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Steven B. Pollack and ) | |
| Blue Eco Legal Council, ) | |
| ) | |
| Plaintiffs, ) Case Number: | 08-cv-320 |
| ) Assigned Judge: | Guzman |
| v. ) Magistrate Judge: | Brown |
| ) | |
| United States Department of Justice, ) | |
| United States Coast Guard, ) CWA, RCRA, CERCLA, AND | |
| United States Navy, ) PUBLIC NUISANCE FTCA CASE | |
| United States Marines, and ) | |
| United States Department of Defense, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

To: David S. Gualtieri
    U.S. Dept. of Justice, ENRD/EDS
    P.O. Box 23986
    Washington, DC 20026-3986

PLEASE TAKE NOTICE that on **March 14, 2008**, at 9:30 a.m., I will appear before Judge Guzman in the courtroom usually occupied by him, Room 1219, in the Everett McKinley Dirkson Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his stead, and then and there present Plaintiffs' MOTION TO COMPEL PROPERTY INSPECTION ON MARCH 17, 2008 at which time and place you may appear, if you see fit.

        Respectfully submitted,

        s/ Steven B. Pollack
        Steven B. Pollack, Attorney
        Executive Director, Blue Eco Legal Council
        3390 Commercial Ave
        Northbrook, IL 60062
        847-436-9566