UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Steven B. Pollack, et al.
                                               Plaintiff,

v.                                                             Case No.: 1:08–cv–00320
                                                              Honorable Ronald A. Guzman

United States Department of Justice, et al.
                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 14, 2008:

       MINUTE entry before Judge Ronald A. Guzman :Status hearing held and continued to 3/21/2008 at 09:00 AM. Defendant's oral motion to extend time to answer or otherwise plead is granted. Defendant is given to 4/30/2008 to file its motion to dismiss and supporting memoranda and its response to plaintiff's motion for preliminary injunction, [13]. Defendant's oral motion to stay discovery is granted until further order of court. Plaintiff's motion to compel property inspection is denied without prejudice. The parties are given to 3/20/2008 to file a joint proposed discovery schedule.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.