Exhibit 2

News Story, Chuck Goudie, Channel 7 ABC, *FBI Investigates Bears Fight: Bureau's beer rules possibly violated* (Nov. 17, 2005)

abc7chicago.com: FBI investigates Bears fight 11/17/05





HOME

WLS Chicago, IL

SEE IT ON TV? CHECK HERE

- Wireless
- contact us
- contests & promotions
- desktop alerts
- newsletters
- registration

**News**

# FBI investigates Bears fight

Thursday, November 17, 2005 | 7:35 PM

**Bureau's beer rules possibly violated**

 By Chuck Goudie

**November 17, 2005 (WLS) --** The Bears brawl has turned into a federal investigation. Teammates Fred Miller and Olin Kruetz

**abc7 News Team**



**got into a fight last week at an FBI facility in the northern suburbs.**

Miller was treated for a broken jaw and missed one game. Now, the FBI is investigating what happened at the agency's shooting range in north Chicago.

A Bears tackle isn't the only one with his jaw out of joint. Thursday afternoon some top FBI officials in Chicago, and at headquarters in Washington, wanted to know how the fisticuffs happened at an FBI facility up north and whether any bureau beer rules were broken that might have fueled the fracas.

"There is an investigation underway," said Robert Grant, FBI Chicago.

Story continues below

Advertisement



It is not a criminal investigation, but what happened at the FBI regional training center 10 days ago has raised questions about the

- Local
- National/World
- Strange
- Entertainment

Chuck Goudie

Chuck Goudie's reputation for being one of Chicago's toughest investigative reporters spans more than two decades....

**Story Tools**

E-Mail story  Print

**Share**

Digg this Article

Add this article to Del.icio.us

**Most Popular**

- Viewed
- Emailed
- Searched

1. Teen found in dumpster one of 3 mourned
2. Man found dead in vehicle on South Side
3. Man fatally shot in head on West Side
4. Missing woman found dead in wrecked car
5. Major shake-up in Chicago PD

**Top Stories**

1. Teen found in dumpster one of 3 mourned
2. Major shake-up in Chicago PD
3. Englewood basketball team celebrates success
4. McCain comes to Ill. to fundraise

- Consumer
- Business
- Politics
- I-Team
- Healthbeat
- Sports
- More …

Students sing, delivers message of peace

### Weather



**54°**
**M/CLOUDY**

Forecast Next 24 Hours
Metrovision Radar
State Forecasts   Weather Maps
Int'l Forecasts   School Closings

Advertisement

▶ **My Dashboard**

**On Now**
6:00 PM - ABC 7 News at 6PM

**Primetime**
- 7:00 PM - Grey's Anatomy
- 8:00 PM - 20/20

- More TV Listings
- My Dashboard Page

Bears players who attended a private event there.

After the Bears took live ammo target practice using FBI weapons, including machine guns, the players and agents retreated to a picnic area about 200 yards away where beer was served. FBI officials say this outdoor barbeque area is frequently used by VIPs and community groups that are invited to meet agents and see how the bureau operates.

"The issue of alcohol, the bureau has a very specific policy when giving approval to consume alcohol. I am not going to comment any further on that, because I have to find out if the procedures were followed," Grant said.

It was well after the live fire shooting drill and into the social hour that Bears Fred Miller and Olin Kreutz exchanged first words, then punches. Miller ended up with a busted jaw, the donnybrook ending only when FBI agents stepped in.

At first the players tried to cover up what happened by concocting a story that the injury happened elsewhere.

Bears coach Lovie Smith on Thursday:

"I don't have any other info. I think you know exactly what happened out there. Evidently, there was a barbeque afterward and it went from there."

Almost on the eve of the big Carolina Panthers game, Bears coach Lovie Smith apparently doesn't want to be distracted by two of his

nothing criminal about that, but the FBI is looking into whether any internal alcohol and weapons policies were violated by agents.

There was a security camera on a building near where the Bears came to blows, but that camera doesn't go to a recorder, according to an FBI official. It is plugged into a monitor and watched by a security guard.

This incident has attracted attention only because it involved a couple of Chicago Bears, one of whom ended up injured. But it has focused attention on the FBI's relationship with pro sports teams.

You can't just walk up to the FBI range like it's a golf course and pay to shoot a few rounds. But the bureau does invite movers and shakers, local celebrities, athletes and some community leaders to come out and see what they do.

That FBI outreach program usually includes a well-supervised live ammo session on the range. Rarely does it result in mouths also being shot off, a fistfight or this much public attention.

As for why Bears players were VIPs at an official shooting range, authorities say the FBI has a long relationship with them and other pro teams in Chicago.

"They're celebrities. Like other celebrities, they can be subject to extortion that the average citizen is not," Grant said. "They can be subject to gambling influence, that the average citizen is not, and they can be subject to attempts to influence them with illegal drugs."

The late Walter Payton, one of the most famous Bears players, was

the victim of an extortion attempt by somebody named Scorpio, according to FBI records. Payton was threatened by mail. A letter dated January 1982 to Payton and a friend said, "I am going to kill both of you," signed "Scorpio of Chicago."

There are only two FBI training ranges in the nation. One is at the National Academy in Quantico, Virginia, and the other is up in North Chicago. Because of that, FBI officials admit there really isn't much protocol for the VIP tours, but FBI officials insist there was no drinking during target practice.

You can see the ABC7 report by clicking on the video icon above. You will need Windows Media Player 9 or higher to view this video. You can get it FREE by clicking here. **NOTE: Video clips will only be available for 5-days from the date they were created. ALSO: Video clips will play in a separate window on Mac OS X machines, you may also see a video help screen.**

*(Copyright ©2008 WLS-TV/DT. All Rights Reserved.)*

E-Mail story  Print Article

Case 1:08-cv-00320    Document 23-3    Filed 03/20/2008    Page 8 of 8



**abc7chicago.com home** Site Map RSS Sales Media Kit Contact Us Technical Help Report a Bug ABC.com ABCNews.com
Privacy Policy Safety Information for this site Terms of Use Copyright ©2008 ABC Inc., WLS-TV/DT Chicago, IL. All Rights Reserved.