Exhibit 3

Calendar of Events, Chicago Crime Commission, *FBI Day at the Range* (July 2007)

Chicago Crime Commission



**LIMITED COLLECTOR'S EDITION**    *organized crime, gangs and drugs, racketeering, crime scene investigations...*

Combating Crime Since 1919

HOME  ABOUT  CONTACT  REPORT CORRUPTION    COMMUNITY

HOME  PROGRAMS  PUBLICATIONS  RESOURCES  CONTRIBUTIONS  EVENTS  NEWS ROOM  REPORT CRIME

DONATE

**Logged in as Steven Pollack**
**You are our Public User**
**since Mar 15, 2008**

Logout
Content page
Account history
Personal details
Forum
Change password
Edit event guests
Member List
Request Official membership
Search our website
Shopping Cart
What to do
Donate
Buy publications
Quick Navigation:
-- Select a link --

## Events calendar

| « | | | July 2007 | | | | » |
|---|---|---|---|---|---|---|---|
| »» | S | M | T | W | T | F | S |
| › | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| › | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| › | 8 | 9 | 10 Annual Dinner Committe Meeting | 11 | 12 | 13 | 14 |
| › | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| › | 22 | 23 FBI day at the range | 24 | 25 | 26 | 27 | 28 |
| › | 29 | 30 | 31 | 1 | 2 | 3 | 4 |

**Legend**

☐ Upcoming Events    ☐ Past Events    ☐ Selected day / period    ☐ Today

Click Here for Calendar Details

**Show All Events**

### Past Events for July :

1. 

   **Annual Dinner Committe Meeting**
   Annual Dinner Meeting to plan and approve dinner invitations and ticket prices.

2. 
   **FBI day at the range**
   FBI day at the range Available by invitation only – Great opportunity for prospective and new members to become acquainted with crime issues The C... (click for more details)

Copyright © 2008 ; Chicago Crime Commission. All rights reserved.

tns://www.chicagocrimecommission.org/Members/Calendar.aspx?type=month&date=2%2f1%2f2008+12%3a00%3a...