UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Steven B. Pollack and <br> Blue Eco Legal Council, <br>       Plaintiffs, <br><br> v. <br><br> United States Department of Justice, <br> United States Coast Guard, <br> United States Navy, <br> United States Marines, and <br> United States Department of Defense, <br><br>       Defendants. | ) <br> ) <br> ) <br> ) Case Number:    08-cv-320 <br> ) Assigned Judge:  Guzman <br> ) Magistrate Judge: Brown <br> ) <br> ) <br> ) CWA, RCRA, CERCLA, AND <br> ) PUBLIC NUISANCE FTCA CASE <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFFS MOTION TO EXPEDITE**
**MOTION FOR PRELIMINARY INJUNCTION**

    Plaintiffs Steven B. Pollack and Blue Eco Legal Council ask this Court to expedite the briefing schedule for their previously filed Motion for Preliminary Injunction in light of their newly requested Temporary Restraining Order and the time limits imposed by Fed. R. Civ. P. 65(b)(2).

                                                  Respectfully submitted,

                                                  s/ Steven B. Pollack
                                                  Steven B. Pollack, Attorney
                                                  Executive Director, Blue Eco Legal Council
                                                  3390 Commercial Ave
                                                  Northbrook, IL 60062
                                                  847-436-9566

## CERTIFICATE OF SERVICE

I hereby certify that on the date below the foregoing PLAINTIFFS MOTION TO EXPEDITE MOTION FOR PRELIMINARY INJUNCTION was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: March 28, 2008                     Respectfully submitted,

/s/ Steven B. Pollack
Steven B. Pollack
Attorney for Plaintiffs
3390 Commercial Ave
Northbrook, IL 60062
847-436-9566