UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Steven B. Pollack and ) | |
| Blue Eco Legal Council, ) | |
| ) | |
| Plaintiffs, ) | Case Number:    08-cv-320 |
| ) | Assigned Judge:   Guzman |
| v.  ) | Magistrate Judge: Brown |
| ) | |
| United States Department of Justice, ) | |
| United States Coast Guard, ) | CWA, RCRA, CERCLA, AND |
| United States Navy, ) | PUBLIC NUISANCE FTCA CASE |
| United States Marines, and ) | |
| United States Department of Defense, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   David S. Gualtieri
       U.S. Dept. of Justice, ENRD/EDS
       P.O. Box 23986
       Washington, DC 20026-3986

PLEASE TAKE NOTICE that on **April 1, 2008**, at 9:30 a.m., I will appear before Judge Guzman in the courtroom usually occupied by him, Room 1219, in the Everett McKinley Dirkson Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his stead, and then and there present Plaintiffs' MOTION FOR TEMPORARY RESTRAINING ORDER at which time and place you may appear, if you see fit.

Respectfully submitted,

s/ Steven B. Pollack
Steven B. Pollack, Attorney
Executive Director, Blue Eco Legal Council
3390 Commercial Ave
Northbrook, IL 60062
847-436-9566