**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Steven B. Pollack, et al.
                                                    Plaintiff,

v.                                                  Case No.: 1:08−cv−00320
                                                    Honorable Ronald A. Guzman

United States Department of Justice, et al.
                                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 31, 2008:

    MINUTE entry before Judge Honorable Ronald A. Guzman:Set hearing as to motion for leave to file[26], motion to expedite[28], motion for temporary restraining order[27] :Motion Hearing set for 4/1/2008 at 9:30 a.m. is reset to 10:30 AM. on Court's own motion. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.