# Exhibit 2

Waukegan News Sun (IL)
FBI sued over lead bullet casings in lake
January 18, 2008
By Frank Abderholden

NORTH CHICAGO -- A Northbrook group has filed suit to stop the FBI from using a shooting range in North Chicago and force the FBI to pay $35.2 million for an environmental assessment and cleanup.

Blue Eco Legal Council is also asking for $20 million in compensation that would be split between the Alliance for the Great Lakes and the Natural Resource Defense Council.

The lawsuit claims that the FBI range uses more than 2,900 acres of Lake Michigan as an impact area for discarded lead bullets, and the city of North Chicago's water intake for drinking water is within the zone, while the drinking water intake for Great Lakes Naval Base is just outside the zone.

"By filing this lawsuit, we hope to set an important precedent and to force federal officials to stop poisoning our children," said Steve Pollack, attorney and executive director for the group. "This is simply another case of the federal government believing they're above the law."

Ross Rice, a spokesman for the FBI in Chicago, said Wednesday that officials had not seen the lawsuit. He said the firing range in North Chicago recently underwent several renovations that included increasing the height of berms.

"You would have to intentionally point the weapon above the berm to get it to go into Lake Michigan," Rice said.

Pollack also said North Chicago's last public water quality report indicated lead was detected in the water supply. But according to the Illinois Environmental Protection Agency, the last report found there was lead -- 11 parts per billion -- but that was below the actionable level of 15 parts per billion.

The test involves 30 water samples drawn from various homes and other water users in the city. Some water pipes in older homes leach lead from the old waterline.

"The bottom line is they are well under the standards," said Maggie Carson, IEPA spokeswoman. "These are established with public health issues in mind so the public health is protected."

Pollack contends the federal Clean Water Act does not allow anyone to discharge lead into waterways. He also said it is dangerous because water at a certain pH level will bio-accumulate in organisms which are eaten by fish, which are then eaten by other animals, and the lead makes its way up the food chain.

"It just keeps accumulating," he said.

The Blue Eco Legal Council was among several groups that also objected in October 2007 to Coast Guard plans to periodically close 2,500 square miles of the Great Lakes for live-fire machine gun exercises. That plan was withdrawn.

"Lake Michigan is a public drinking water source. Lead has been proven to cause learning disabilities and permanent brain damage in children," Pollack said.