## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

Steven B. Pollack, et al.

                                              Plaintiff,

v.                                                                                   Case No.: 1:08–cv–00320
                                                                                 Honorable Ronald A. Guzman

United States Department of Justice, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 1, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman:Motion hearing held on 4/1/2008. Motion by Plaintiffs for leave to file Second Amended Complaint [26] is granted. Motions by Plaintiffs for temporary restraining order [27], for preliminary injunction [13] and to expedite preliminary injunction [28]are entered and continued generally. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.