# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STEVEN B. POLLACK and BLUE ECO LEGAL COUNCIL, )<br>)<br>) Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>JUSTICE, UNITED STATES COAST )<br>GUARD, UNITED STATES NAVY, )<br>UNITED STATES MARINE CORPS, and )<br>UNITED STATES DEPARTMENT OF )<br>DEFENSE, )<br>)<br>Defendants. ) | No. 08 C 320<br>Judge Guzmán |

## NOTICE OF JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

TO ALL PARTIES AND THEIR COUNSEL:

PLEASE TAKE NOTICE that on April 24, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, all parties to this action shall jointly move before the Honorable Ronald Guzmán, United States District Judge, for entry of the protective order attached to the accompanying motion.

Respectfully submitted,

Date: April 16, 2008  _____

MATTHEW R. OAKES
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone:   (202) 514-2686

Fax. No.:       (202) 514-8865

PATRICK J. FITZGERALD
United States Attorney

LINDA WAWZENSKI
Assistant United States Attorney
219 S. Dearborn Street, Fifth Floor
Chicago, IL 60604
(312) 353-1994

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the date below the foregoing NOTICE OF JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: _____                                   _____
                                                                                   Counsel for the United States

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN B. POLLACK and BLUE ECO LEGAL COUNCIL, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES COAST GUARD, UNITED STATES NAVY, UNITED STATES MARINE CORPS, and UNITED STATES DEPARTMENT OF DEFENSE, <br><br> Defendants. | No. 08 C 320 <br> Judge Guzmán |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil procedure, Plaintiffs Steven B. Pollack and the Blue Eco Legal Council ("Plaintiffs") and Defendants United States Department of Justice, United States Coast Guard, United States Navy, United States Marine Corps, and United States Department of Defense (collectively, "United States"), jointly move the Court to enter the attached Protective Order to protect law enforcement and commercially sensitive information related to the FBI's purchase of ammunition. This motions relates specifically to the protection of a document titled "r_Ammon Budget 2005 – 2008" (bates stamp FBI000XX-XX), which contains information related to the types and amount of ammunition purchased by the FBI between 2005 and 2008. After discussions among counsel, the parties have agreed as follows:

(1)     The United States' production of documents in this matter is pursuant to this Court order and not contrary to the Privacy Act of 1974. 5 U.S.C. § 552a(b)(11).

(2)     The "r Ammon Budget 2005 – 2008" document shall be produced by the United States for inspection and copying by Plaintiffs shall be held in confidence by counsel.  That document shall be made available only to counsel, consultants, and advisors of counsel, and to the parties represented by counsel.  Unless otherwise agreed to by counsel or ordered by the Court, that document shall be used only for the purpose of this litigation, and the originals and all copies shall be returned by Plaintiffs at the termination of this case to the counsel for the United States.

(3)     All persons having access to the document subject to the agreed upon Protective Order shall first agree not to further disclose the document, or the information it contains, other than in conformance with the Protective Order (or such further Order as the Court may enter).  Each person with access to the documents shall execute an Acknowledgment of Stipulation and Order and serve all counsel.  The Acknowledgment has been attached to the agreed upon Protective Order as Exhibit "A".

WHEREFORE, the Court should enter the attached protective order.

Date: _____                                    UNITED STATES OF AMERICA

                                                    _____
                                                    MATTHEW R. OAKES
                                                    Environmental Defense Section
                                                    Env't and Natural Resources Division
                                                    United States Department of Justice
                                                    P.O. Box 23986
                                                    Washington, D.C. 20026-3986
                                                    (202) 514-2686

                                                    PATRICK J. FITZGERALD
                                                    United States Attorney

                                                    LINDA WAWZENSKI
                                                    Assistant United States Attorney

                                             219 S. Dearborn Street, Fifth Floor  
                                             Chicago, IL 60604  
                                             (312) 353-1994  

Date: _____                            STEVEN B. POLLACK and  
                                             BLUE ECO LEGAL COUNCIL  

                                             _____  
                                             STEVEN B. POLLACK  
                                             Blue Eco Legal Council  
                                             3390 Commercial Ave.  
                                             Northbrook, IL 60062

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the date below the foregoing JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: _____                                       _____
                                                                                         Counsel for the United States

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEVEN B. POLLACK and BLUE ECO LEGAL COUNCIL, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF JUSTICE,  UNITED STATES COAST GUARD, UNITED STATES NAVY, UNITED STATES MARINE CORPS, and UNITED STATES DEPARTMENT OF DEFENSE, )<br>)<br>Defendants. ) | No. 08 C 320<br>Judge Guzmán |

**(Proposed) PROTECTIVE ORDER**

Plaintiffs Steven B. Pollack and the Blue Eco Legal Council ("Plaintiffs") have requested the discovery of documents from the United States pertaining to the use, by the Federal Bureau of Investigation and other agencies of the United States, of the FBI North Chicago Regional Training Facility in North Chicago, Illinois.  Responsive documents include a document titled "r_Ammon Budget 2005 – 2008" (bates stamp FBI000XX-XX), which contains information related to the types and amount of ammunition purchased by the FBI between 2005 and 2008. After discussions among counsel, the parties have agreed as follows:

(1)  The United States' production of documents in this matter is pursuant to this Court order and not contrary to the Privacy Act of 1974.  5 U.S.C. § 552a(b)(11).

(2)  The "r Ammon Budget 2005 – 2008" document shall be produced by the United States for inspection and copying by Plaintiffs shall be held in confidence by counsel.  That

document shall be made available only to counsel, consultants, and advisors of counsel, and to the parties represented by counsel. Unless otherwise agreed to by counsel or ordered by the Court, that document shall be used only for the purpose of this litigation, and the originals and all copies shall be returned by Plaintiffs at the termination of this case to the counsel for the United States.

      (3)    All persons having access to the document subject this Protective Order shall first agree not to further disclose the document, or the information it contains, other than in conformance with this Protective Order (or such further Order as the Court may enter). Each person with access to the documents shall execute an Acknowledgment of Stipulation and Order and serve all counsel. The Acknowledgment has been attached as Exhibit "A".

IT IS SO ORDERED.

Dated: _____                                    _____

                                                                                JUDGE RONALD A. GUZMÁN

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN B. POLLACK and BLUE ECO LEGAL COUNCIL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES COAST GUARD, UNITED STATES NAVY, UNITED STATES MARINE CORPS, and UNITED STATES DEPARTMENT OF DEFENSE, | ) ) ) ) ) ) ) ) | No. 08 C 320 Judge Guzmán |
| Defendants. | | |

## ACKNOWLEDGMENT OF STIPULATION AND ORDER

I, _____, hereby acknowledge, under penalty of perjury, that I have read the Protective Order entered by the Court on _____, 2008. I am familiar with the specific terms of the Protective Order and agree to be bound by its terms. I further understand that I am subject to the contempt powers of this Court for violation of the Protective Order.

Date: _____        _____