**2006 SPECIFICATION MANUAL**



# FERRET®- 40
## LIQUID/POWDER - OC, CN, CS & PRACTICE

**BACKGROUND**: The 40MM Ferret® comes from the design of Defense Technology's 40-14 and T40-14 Barricade Penetrating Rounds and the original 40MM Ferrets from Federal Laboratories. The FERRET®-40 is designed to deliver chemical agents in barricade situations from a 40MM launcher.

| Code Recognition: | Liquid | | | | Powder | | | |
|---|---|---|---|---|---|---|---|---|
| | OC | CN | CS | P | OC | CN | CS | P |
| **CURRENT PART ID:** | *1260* | *1261* | *1262* | *1263* | *1290* | *1291* | *1292* | *1293* |
| DEFENSE TECHNOLOGY: | 40-14OC | 40-14CN | 40-14CS | 40-14P | 40-T14OC | 40-T14CN | 40-T14CS | 40-T14P |
| FEDERAL LABORATORIES | SGA420 | SGA410 | SGA400 | P-400 | N/A | N/A | N/A | N/A |

**PRODUCT SPECIFICATIONS** *(Subject to change without notice. All specifications are averages.)*

| Diameter: | 1.6 inches [40MM] |
|---|---|
| Length: | 4.8 inches [12.2 cm] |
| Maximum Range: | 200 yards [182.9 meters] |
| Max. Effective Range: | 50 yards [45.7 meters] |
| Velocity: | 650 fps [198 mps] |
| Active Agent: | Liquid / Powder |
| CN: | 0.53 oz. [15.0 g] / 0.21 oz. [6.0 g] |
| CS: | 0.28 oz. [8.0 g] / 0.21 oz. [6.0 g] |
| OC: | 0.16 oz. [4.5 g] / 0.02 oz. [0.59 g] |
| Discharge Time: | Instantaneous on impact |
| Warranty: | Operation: 5 Years from Date of Manufacture<br>Training: 6 years from Date of Manufacture |



*Note: Powder Model has "castle" top*

Labels: Agent, Body, Plastic Shell Case, Powder, Primer

**OPERATION:** The Ferret®-40 is a frangible projectile filled with chemical agent. Spin stabilization from fins and barrel rifling affords maximum standoff distance and accuracy for safety. The Ferret®-40 is non-burning and suitable for indoor use. Used primarily by tactical teams, it is designed to penetrate barriers, such as windows, particleboard doors, and interior walls. Upon impacting the barrier, the nose cone ruptures and instantaneously delivers the agent payload inside of a structure.

**APPLICATION**: In a tactical deployment situation, the Ferret®-40 is primarily used to dislodge barricaded subjects from confined areas. Its purpose is to minimize the risks to all parties through pain compliance, temporary discomfort and/or incapacitation of potentially violent or dangerous subjects.

*WARNING: This product is to be used only by authorized and trained Law Enforcement, Correction, or Military Personnel. This product may cause serious injury or death to you or others. This product may cause serious damage to property. Handle, store and use with extreme care and caution. Use only as instructed.*

The Ferret®-40 is available with either a liquid or powder carrier. Liquid carriers provide additional weight over powder carriers improving penetration potential. Once delivered, powder carriers tend to keep the agent airborne longer and may have more effect. Liquid carriers contain red dye to aid in shot placement.

Shot placement and trajectory considerations should be based on hardness of the barrier. However, accuracy is dependent on the operator and the condition of the launcher. The Ferret®-40 possesses greater penetration capabilities than the 37MM Ferret®. DIRECT FIRING THE FERRET AT ANY INDIVIDUAL CAN CAUSE DEATH OR SERIOUS BODILY INJURY.



**DEFENSE TECHNOLOGY**
**FEDERAL LABORATORIES®**