# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Steven B. Pollack and ) | |
| Blue Eco Legal Council, ) | |
| ) | |
| Plaintiffs, ) | Case Number:   08-cv-320 |
| ) | Assigned Judge:   Guzman |
| v. ) | Magistrate Judge:   Brown |
| ) | |
| United States Department of Justice, ) | |
| United States Coast Guard, ) | CWA, RCRA, CERCLA, AND |
| United States Navy, ) | PUBLIC NUISANCE FTCA CASE |
| United States Marines, and ) | |
| United States Department of Defense, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   Matthew Oakes, Esq.
       U.S. Dept. of Justice, ENRD/EDS
       P.O. Box 23986
       Washington, DC 20026-3986

   PLEASE TAKE NOTICE that on **April 24, 2008**, at 9:30 a.m., I will appear before Judge Guzman in the courtroom usually occupied by him, Room 1219, in the Everett McKinley Dirkson Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his stead, and then and there present PLAINTIFFS' MOTION TO COMPEL PRODUCTION, PROPERTY INSPECTION, AND FOR RULE 37 SANCTIONS at which time and place you may appear, if you see fit.

                                                      Respectfully submitted,

                                                      s/ Steven B. Pollack
                                                      Steven B. Pollack, Attorney
                                                      Executive Director, Blue Eco Legal Council
                                                      3390 Commercial Ave
                                                      Northbrook, IL 60062
                                                      847-436-9566

Dated: April 22, 2008