INITIAL ASSESSMENT STUDY

NAVAL COMPLEX (NC) GREAT LAKES, ILLINOIS

UIC: N00210

Prepared by:

Rogers, Golden & Halpern
1216 Arch Street, Sixth Floor
Philadelphia, Pennsylvania 19107

in association with

BCM Eastern Inc.
One Plymouth Meeting Mall
Plymouth Meeting, Pennsylvania 19462

Contract No. N62474-84-C-3386

<u>Initial Assessment Study Team Members</u>

Jack A. Halpern, Principal-in-Charge
Roger D. Moose, Project Manager/Hydrogeologist
Ron Kaiserman, Site Coordinator/Hydrogeologist
Terence Vogt, Environmental Engineer
Stephen P. Risotto, Biologist
Larry Johnson, BCM, Industrial Hygienist
Sandy Dechert, Technical Writer
Rob Zeiders, Geologist

<u>Naval Energy and Environmental Support Activity</u>

John Accardi, Project Manager

Elizabeth Loecker, Environmental Engineer

Prepared for:

ENVIRONMENTAL RESTORATION DEPARTMENT
Naval Energy and Environmental Support Activity
Port Hueneme, California 93043

March 1986

combustor is still stored. A contract is expected to be let soon to have an off-base contractor remove the coal which remains there (NAVFACENGCOM, personal communication, 1985).

2.5 SITES RECOMMENDED FOR REMEDIAL MEASURES. One of the 14 sites examined by the IAS team is recognized by the Navy as being contaminated with hazardous wastes. The site is the NTC Rifle Range; it is shown in Figure 2-14.

2.5.1 Site 10, NTC Rifle Range. The NTC Rifle Range (Figure 2-14) is located on a 14.2-acre plot at the extreme northeastern corner of NC Great Lakes. The Rifle Range has been located at this site since the land was purchased in 1918. In the past, this had been the primary firearms training and practice facility for the activity. No Navy training takes place there at the present time; it is currently being used by the Department of Justice, Federal Bureau of Investigation as a training and practice facility.

In August 1984, NORTHNAVFACENGCOM conducted a preliminary investigation to determine the amount of environmental contamination at the site. Unfired rounds of old ammunition were found in the uppermost soil layer throughout the site, and may extend down to 8 feet below the surface. It appeared that these items had been buried in the soil and had surfaced due to erosion. NORTHNAVFACENGCOM investigators concluded that a serious safety hazard would exist were the Navy to access the land without first sweeping the entire site for ordnance.

The cost for demilitarizing the site has been estimated at approximately $554,000, which is close to the fair market value of the site (NORTHNAVFACENGCOM ESR #21-696-250, September, 1984). Because of the documented site contamination, Site 10, NTC Rifle Range, is not recommended for a Confirmation Study; however, it is recommended for cleanup under this program, if and when the site ceases to be used as a rifle range.

# Exhibit 1



Figure 2-14

Site 10, NTC Rifle Range

Initial Assessment Study
Naval Complex
Great Lakes, Illinois

# Exhibit 1



Figure 3-8

Site 10, NTC Rifle Range

Initial Assessment Study
Naval Complex
Great Lakes, Illinois



March 1986

# INITIAL ASSESSMENT STUDY OF NAVAL COMPLEX GREAT LAKES, ILLINOIS

## NEESA 13-102



**NAVAL ENERGY AND ENVIRONMENTAL SUPPORT ACTIVITY**

Port Hueneme, California 93043

Case 1:08-cv-00320    Document 4-12    Filed 04/28/2008    Page 5 of 13

**RELEASE OF THIS DOCUMENT REQUIRES PRIOR NOTIFICATION OF THE CHIEF OFFICIAL OF THE STUDIED ACTIVITY**

combustor is still stored. A contract is expected to be let soon to have an off-base contractor remove the coal which remains there (NAVFACENGCOM, personal communication, 1985).

**2.5 SITES RECOMMENDED FOR REMEDIAL MEASURES.** One of the 14 sites examined by the IAS team is recognized by the Navy as being contaminated with hazardous wastes. The site is the NTC Rifle Range; it is shown in Figure 2-14.

**2.5.1 Site 10, NTC Rifle Range.** The NTC Rifle Range (Figure 2-14) is located on a 14.2-acre plot at the extreme northeastern corner of NC Great Lakes. The Rifle Range has been located at this site since the land was purchased in 1918. In the past, this had been the primary firearms training and practice facility for the activity. No Navy training takes place there at the present time; it is currently being used by the Department of Justice, Federal Bureau of Investigation as a training and practice facility.

In August 1984, NORTHNAVFACENGCOM conducted a preliminary investigation to determine the amount of environmental contamination at the site. Unfired rounds of old ammunition were found in the uppermost soil layer throughout the site, and may extend down to 8 feet below the surface. It appeared that these items had been buried in the soil and had surfaced due to erosion. NORTHNAVFACENGCOM investigators concluded that a serious safety hazard would exist were the Navy to access the land without first sweeping the entire site for ordnance.

The cost for demilitarizing the site has been estimated at approximately $554,000, which is close to the fair market value of the site (NORTHNAVFACENGCOM ESR #21-696-250, September, 1984). Because of the documented site contamination, Site 10, NTC Rifle Range, is not recommended for a Confirmation Study; however, it is recommended for cleanup under this program, if and when the site ceases to be used as a rifle range.

8.9 SITE 9, CAMP MOFFETT DISPOSAL AREA. A 1980 excavation to repair a portion of the roadway in Camp Moffett which had collapsed uncovered a variety of galley-type wastes. These wastes included stainless steel serving trays and food wastes. The excavation went to the limit of reach of the backhoe which was available (approximately 8 feet below the surface) and did not reach the bottom of the fill. No effort was made to determine the lateral extent of the fill; however, examination of older aerial photographs and topographic maps of the area suggests that the area was formerly a narrow, V-shaped ravine, a former tributary of Pettibone Creek (Figure 8-9). No other information is available about the Camp Moffett Disposal Area.

8.10 SITE 10, NTC RIFLE RANGE. The NTC Rifle Range (Figure 8-10) is located on a 14.2-acre plot at the extreme northeastern corner of NC Great Lakes. The Rifle Range has been located in this particular area since the land was purchased in 1918. It is currently being used by the Department of Justice, Federal Bureau of Investigation as a training and practice facility.

In August 1984, the Northern Division, Naval Facilities Engineering Command (NORTHNAVFACENGCOM) conducted a preliminary site investigation to determine the amount of environmental contamination at the site. Unfired rounds of old ammunition and other ordnance items were found regularly in the uppermost soil layer throughout the site. It appeared that these items had been buried in the soil and surfaced due to erosion. Investigators concluded that a serious safety hazard would exist were the Navy to change the land use of this property without sweeping the entire site for ordnance.

The site also has a high contamination potential for lead, due to the presence of almost 70 years worth of lead accumulation in the soil. Investigators concluded that the lead had a high potential for contaminating ground and surface waters due to its exposure to a variety of weather and environmental conditions. The cost for demilitarizing the site has been estimated at approximately $554,000, which is close to the fair market value of the site (NORTHNAVFACENGCOM ESR #21-696-250, September, 1984).

8.11 SITE 11, BE/E SCHOOL GYRO COMPASS ROOM. Building 2B (rooms 329, 330, 330A, and 330B) housed 15 gyro compasses from 1942 until 1976 (Figure 8-11). Each mechanism contained 10 to 15 pounds of elemental mercury. Reserve mercury was stored in a locker located in room 330C, on the third floor of Building 2B. The gyromechanisms were dismantled in 1976 and sent via Supply to DRMO (then DPDO).

A large (more than 3 feet in diameter) puddle of mercury was discovered under the storage locker in room 330C in 1979 during conversion of the rooms from laboratories into classrooms. Further investigation revealed the presence of mercury in between the floor tiles and the baseboard edging in the room. The other rooms were monitored for mercury vapor. Mercury vapor levels were reportedly negligible and these other rooms were not cleaned further. School personnel called PWC, which contacted Preventative Medicine and the Fire Department. Personnel from all three groups were present while



March 1986

# INITIAL ASSESSMENT STUDY OF NAVAL COMPLEX GREAT LAKES, ILLINOIS

## NEESA 13-102



NAVAL ENERGY AND ENVIRONMENTAL SUPPORT ACTIVITY

Port Hueneme, California 93043

RELEASE OF THIS DOCUMENT REQUIRES PRIOR NOTIFICATION OF THE CHIEF OFFICIAL OF THE STUDIED ACTIVITY

combustor is still stored. A contract is expected to be let soon to have an off-base contractor remove the coal which remains there (NAVFACENGCOM, personal communication, 1985).

**2.5 SITES RECOMMENDED FOR REMEDIAL MEASURES.** One of the 14 sites examined by the IAS team is recognized by the Navy as being contaminated with hazardous wastes. The site is the NTC Rifle Range; it is shown in Figure 2-14.

**2.5.1 Site 10, NTC Rifle Range.** The NTC Rifle Range (Figure 2-14) is located on a 14.2-acre plot at the extreme northeastern corner of NC Great Lakes. The Rifle Range has been located at this site since the land was purchased in 1918. In the past, this had been the primary firearms training and practice facility for the activity. No Navy training takes place there at the present time; it is currently being used by the Department of Justice, Federal Bureau of Investigation as a training and practice facility.

In August 1984, NORTHNAVFACENGCOM conducted a preliminary investigation to determine the amount of environmental contamination at the site. Unfired rounds of old ammunition were found in the uppermost soil layer throughout the site, and may extend down to 8 feet below the surface. It appeared that these items had been buried in the soil and had surfaced due to erosion. NORTHNAVFACENGCOM investigators concluded that a serious safety hazard would exist were the Navy to access the land without first sweeping the entire site for ordnance.

The cost for demilitarizing the site has been estimated at approximately $554,000, which is close to the fair market value of the site (NORTHNAVFACENGCOM ESR #21-696-250, September, 1984). Because of the documented site contamination, Site 10, NTC Rifle Range, is not recommended for a Confirmation Study; however, it is recommended for cleanup under this program, if and when the site ceases to be used as a rifle range.

**8.9 SITE 9, CAMP MOFFETT DISPOSAL AREA.** A 1980 excavation to repair a portion of the roadway in Camp Moffett which had collapsed uncovered a variety of galley-type wastes. These wastes included stainless steel serving trays and food wastes. The excavation went to the limit of reach of the backhoe which was available (approximately 8 feet below the surface) and did not reach the bottom of the fill. No effort was made to determine the lateral extent of the fill; however, examination of older aerial photographs and topographic maps of the area suggests that the area was formerly a narrow, V-shaped ravine, a former tributary of Pettibone Creek (Figure 8-9). No other information is available about the Camp Moffett Disposal Area.

**8.10 SITE 10, NTC RIFLE RANGE.** The NTC Rifle Range (Figure 8-10) is located on a 14.2-acre plot at the extreme northeastern corner of NC Great Lakes. The Rifle Range has been located in this particular area since the land was purchased in 1918. It is currently being used by the Department of Justice, Federal Bureau of Investigation as a training and practice facility.

In August 1984, the Northern Division, Naval Facilities Engineering Command (NORTHNAVFACENGCOM) conducted a preliminary site investigation to determine the amount of environmental contamination at the site. Unfired rounds of old ammunition and other ordnance items were found regularly in the uppermost soil layer throughout the site. It appeared that these items had been buried in the soil and surfaced due to erosion. Investigators concluded that a serious safety hazard would exist were the Navy to change the land use of this property without sweeping the entire site for ordnance.

The site also has a high contamination potential for lead, due to the presence of almost 70 years worth of lead accumulation in the soil. Investigators concluded that the lead had a high potential for contaminating ground and surface waters due to its exposure to a variety of weather and environmental conditions. The cost for demilitarizing the site has been estimated at approximately $554,000, which is close to the fair market value of the site (NORTHNAVFACENGCOM ESR #21-696-250, September, 1984).

**8.11 SITE 11, BE/E SCHOOL GYRO COMPASS ROOM.** Building 2B (rooms 329, 330, 330A, and 330B) housed 15 gyro compasses from 1942 until 1976 (Figure 8-11). Each mechanism contained 10 to 15 pounds of elemental mercury. Reserve mercury was stored in a locker located in room 330C, on the third floor of Building 2B. The gyromechanisms were dismantled in 1976 and sent via Supply to DRMO (then DPDO).

A large (more than 3 feet in diameter) puddle of mercury was discovered under the storage locker in room 330C in 1979 during conversion of the rooms from laboratories into classrooms. Further investigation revealed the presence of mercury in between the floor tiles and the baseboard edging in the room. The other rooms were monitored for mercury vapor. Mercury vapor levels were reportedly negligible and these other rooms were not cleaned further. School personnel called PWC, which contacted Preventative Medicine and the Fire Department. Personnel from all three groups were present while

INITIAL ASSESSMENT STUDY

NAVAL COMPLEX (NC) GREAT LAKES, ILLINOIS

UIC: N00210

Prepared by:

Rogers, Golden & Halpern
1216 Arch Street, Sixth Floor
Philadelphia, Pennsylvania 19107

in association with

BCM Eastern Inc.
One Plymouth Meeting Mall
Plymouth Meeting, Pennsylvania 19462

Contract No. N62474-84-C-3386

Initial Assessment Study Team Members

Jack A. Halpern, Principal-in-Charge
Roger D. Moose, Project Manager/Hydrogeologist
Ron Kaiserman, Site Coordinator/Hydrogeologist
Terence Vogt, Environmental Engineer
Stephen P. Risotto, Biologist
Larry Johnson, BCM, Industrial Hygienist
Sandy Dechert, Technical Writer
Rob Zeiders, Geologist

Naval Energy and Environmental Support Activity

John Accardi, Project Manager

Elizabeth Luecker, Environmental Engineer

Prepared for:

ENVIRONMENTAL RESTORATION DEPARTMENT
Naval Energy and Environmental Support Activity
Port Hueneme, California 93043

March 1986

combustor is still stored. A contract is expected to be let soon to have an off-base contractor remove the coal which remains there (NAVFACENGCOM, personal communication, 1985).

**2.5 SITES RECOMMENDED FOR REMEDIAL MEASURES.** One of the 14 sites examined by the IAS team is recognized by the Navy as being contaminated with hazardous wastes. The site is the NTC Rifle Range; it is shown in Figure 2-14.

2.5.1 **Site 10, NTC Rifle Range.** The NTC Rifle Range (Figure 2-14) is located on a 14.2-acre plot at the extreme northeastern corner of NC Great Lakes. The Rifle Range has been located at this site since the land was purchased in 1918. In the past, this had been the primary firearms training and practice facility for the activity. No Navy training takes place there at the present time; it is currently being used by the Department of Justice, Federal Bureau of Investigation as a training and practice facility.

In August 1984, NORTHNAVFACENGCOM conducted a preliminary investigation to determine the amount of environmental contamination at the site. Unfired rounds of old ammunition were found in the uppermost soil layer throughout the site, and may extend down to 8 feet below the surface. It appeared that these items had been buried in the soil and had surfaced due to erosion. NORTHNAVFACENGCOM investigators concluded that a serious safety hazard would exist were the Navy to access the land without first sweeping the entire site for ordnance.

The cost for demilitarizing the site has been estimated at approximately $554,000, which is close to the fair market value of the site (NORTHNAVFACENGCOM ESR #21-696-250, September, 1984). Because of the documented site contamination, Site 10, NTC Rifle Range, is not recommended for a Confirmation Study; however, it is recommended for cleanup under this program, if and when the site ceases to be used as a rifle range.



Figure 2-14
Site 10, NTC Rifle Range

**Initial Assessment Study**
Naval Complex
Great Lakes, Illinois