# Exhibit 2

# DEPARTMENT OF JUSTICE

# FEDERAL BUREAU OF INVESTIGATION



Exhibit 2

## DELETION CODES

H.    THE LAW ENFORCEMENT PRIVILEGE - THE DISCLOSURE OF THIS INFORMATION WOULD IMPEDE OR IMPAIR THE EFFECTIVENESS OF AN INVESTIGATIVE TECHNIQUE, METHOD OR PROCEDURE OF THE FBI.

I.    INFORMATION, THE DISCLOSURE OF WHICH WOULD DIVULGE OPINIONS, RECOMMENDATIONS, AND ADVICE GENERATED IN THE DECISION-MAKING PROCESS OF THE GOVERNMENT.

J.    INFORMATION, THE DISCLOSURE OF WHICH IS PROHIBITED BY FEDERAL STATUTE (WITH CITATION TO THE APPROPRIATE STATUTE).

K.    INFORMATION PROTECTED UNDER THE ATTORNEY-CLIENT PRIVILEGE.

L.    INFORMATION OR MATERIAL PROTECTED UNDER THE  WORK PRODUCT DOCTRINE.

M.    INFORMATION WHICH IS NOT RESPONSIVE.

N.    INFORMATION ORIGINATING WITH ANOTHER GOVERNMENT AGENCY WHICH MUST BE REFERRED TO THAT AGENCY FOR REVIEW.  THE USE OF THIS CODE DOES NOT WAIVE ANY APPLICABLE PRIVILEGE WHICH MAY BE APPLIED BY THE ORIGINATING AGENCY.

O-1.    DELETIONS NOT MADE BY CIVIL DISCOVERY REVIEW UNIT.

P.    THE PRIVACY ACT OF 1974, 5 U.S.C. § 552a

P-1    INFORMATION, THE DISCLOSURE OF WHICH WOULD BE AN UNWARRANTED INVASION OF PERSONAL PRIVACY.

S.    PERSONAL IDENTIFYING INFORMATION RELATED TO LAW ENFORCEMENT PERSONNEL AND THEIR FAMILY MEMBERS, THE DISCLOSURE OF WHICH IS ROUTINELY GUARDED FOR SECURITY REASONS.

## FIREARMS INSTRUCTOR SCHEDULE FOR THE YEAR 2007

### FIRST SHOOT

| Date | Instructor |
|------|------------|
| 2/13/07 | (S) |
| 2/20/07 | |
| 2/26/07 | |
| 2/27/07 | |
| 2/28/07 | |
| 3/1/07 | |
| 3/5/07 | |
| 3/6/07 | |
| 3/8/07 | |
| 3/15/07 | |
| 3/26/07 | |
| 3/27/07 | |



### GLOCK TRANSITION

| Date | Instructor |
|------|------------|
| 3/7/07 | (S) |
| 3/28/07 | |

### SECOND SHOOT

| Date | Instructor |
|------|------------|
| 4/2/07 | (S) |
| 4/3/07 | |
| 4/5/07 | |
| 4/10/07 | |

Exhibit 2

## SECOND SHOOT (Cont)

| Date | Instructor |
|------|------------|
| 4/11/07 | |
| 4/12/07 | |
| 4/24/07 | |
| 5/7/07 | |
| 5/8/07 | |
| 5/10/07 | |
| 5/22/07 | |
| 6/11/07 | |



## THIRD SHOOT

| Date | Instructor |
|------|------------|
| 7/11/07 | |
| 7/24/07 | |
| 8/2/07 | |
| 8/6/07 | |
| 8/7/07 | |
| 8/9/07 | |
| 8/20/07 | |
| 8/21/07 | |
| 9/4/07 | |
| 9/6/07 | |
| 9/24/07 | |
| 9/25/07 | |



# Exhibit 2

**FOURTH SHOOT**

| Date | Instructor |
|------|------------|
| 10/9/07 | (S) |
| 10/10/07 | |
| 10/11/07 | |
| 10/15/07 | |
| 10/16/07 | |
| 10/22/07 | |
| 10/23/07 | |
| 10/25/07 | |
| 11/5/07 | |
| 11/6/07 | |
| 11/08/07 | |
| 11/13/07 | |

**CHICAGO FIREARMS INSTRUCTOR TRYOUT**

4/9/07    Shoot Phase I

4/23/07    Classroom Presentation Phase II

**CHICAGO FIREARMS INSTRUCTOR SHOOT**

5/21/07    Guest Instructor & Vendor Day

7/10/07    Guest Instructor & Vendor Day

10/26/07   Guest Instructor & Vendor Day

**SKILL BUILDING DAY**

| | |
|---|---|
| 3/29/07 | (S) |
| 6/12/07 | |
| 9/27/07 | |
| 11/15/07 | |

# Exhibit 2

**LIAISON DAY SHOOTS**

### National Academy Shoot

| Date | Instructor |
|------|------------|
| 4/25/07 | (S) ███████████████████ |
| 5/23/07 | |
| 6/27/07 | |
| 7/25/07 | |
| 8/22/07 | |
| 9/26/07 | |
| 10/24/07 | |

### Support Conference

| Date | Instructor |
|------|------------|
| 6/25/07 | |
| 6/26/07 | |

### Citizen Academy Shoot

| Date | Instructor |
|------|------------|
| 6/29/07 | (S) ███████████████████ |

### CEO Shoot

| Date | Instructor |
|------|------------|
| 7/23/07 | (S) ███████████████████ |

### AUSA Shoot

| Date | Instructor |
|------|------------|
| 7/30/07 | (S) ███████████████████ |

FBI000004

Exhibit 2

**Retired FBI Agent Shoot**

| Date | Instructor |
|------|------------|
| 9/7/07 | (S) ██████████████████████ |

## POLICE SCHOOL TRAINING CALENDAR

Police School instruction will be conducted by Range Staff, Chicago Division Tactical Instructors, subject matter specialists, and/or Police Training cadre with specialized training.  All training will be conducted at the Chicago Regional Training Facility (RTF) unless otherwise noted.

(H) ██████████████████████

| Date | Instructor |
|------|------------|
| 3/19/07 | |
| 3/20/07 | |
| 3/21/07 | |
| 3/22/07 | |
| 3/23/07 | |

(H) ████████████████

| Date | Instructor |
|------|------------|
| 4/16/07 | |
| 4/17/07 | |
| 4/18/07 | |
| 4/19/07 | |
| 4/20/07 | |

(H) ██████████████████

| Date | Instructor |
|------|------------|
| 4/30/07 | |

# Exhibit 2

5/1/07

5/2/07

5/3/07

5/4/07

## BASIC FIREARMS INSTRUCTOR

| Date | Instructor |
|------|------------|
| 5/14/07 | |
| 5/15/07 | |
| 5/16/07 | |
| 5/17/07 | |
| 5/18/07 | |

## FBI FOA (NEW AGENT) JUMP START

| Date | Instructor |
|------|------------|
| 6/4/07 | |
| 6/5/07 | |
| 6/6/07 | |
| 6/7/07 | |
| 6/8/07 | |

(H) ████████████

| Date | Instructor |
|------|------------|
| 6/18/07 | |
| 6/19/07 | |
| 6/20/07 | |
| 6/21/07 | |
| 6/22/07 | |

# Exhibit 2

**(H)** ███████████████

| Date | Instructor |
|------|------------|
| 7/16/07 | |
| 7/17/07 | |
| 7/18/07 | |
| 7/19/07 | |
| 7/20/07 | |

## LAW ENFORCEMENT TRAINING FOR SAFETY AND SURVIVAL (LETSS)

| Date | Instructor |
|------|------------|
| 8/27/07 | |
| 8/28/07 | |
| 8/29/07 | |
| 8/30/07 | |
| 8/31/07 | |

**(H)** ███████████████

| Date | Instructor |
|------|------------|
| 9/17/07 | |
| 9/18/07 | |
| 9/19/07 | |
| 9/20/07 | |
| 9/21/07 | |

## CARBINE INSTRUCTOR

| Date | Instructor |
|------|------------|
| 10/1/07 | |
| 10/2/07 | |

Exhibit 2

## CARBINE INSTRUCTOR    (Cont.)

| **Date** | **Instructor** |
|----------|----------------|
| 10/3/07 | |
| 10/4/07 | |
| 10/5/07 | |

(H) ████████████████████████

| **Date** | **Instructor** |
|----------|----------------|
| 10/29/07 | |
| 10/30/07 | |
| 10/31/07 | |
| 11/1/07 | |
| 11/2/07 | |

FBI000008

Exhibit 2

## FIREARMS INSTRUCTOR SCHEDULE FOR THE YEAR 2008
## AGENT FIREARMS TRAINING

### FIRST SHOOT

| Date | Instructor |
|------|-----------|
| 3/10/08 | (S) |
| 3/11/08 | |
| 3/12/08 | |
| 3/13/08 | |
| 3/17/08 | |
| 3/18/08 | |
| 3/19/08 | |
| 3/20/08 | |
| 3/21/08 | |
| 3/24/08 | |
| 3/25/08 | |
| 3/26/08 | |

### SKILL BUILDING DAY #1

| Date | Instructor |
|------|-----------|
| 3/31/08 | (S) |

### GLOCK TRANSITION

| Date | Instructor |
|------|-----------|
| 4/1/08 | (S) |
| 4/2/08 | |

### SECOND SHOOT

| Date | Instructor |
|------|-----------|
| 4/7/08 | (S) |

FBI000009

# Exhibit 2

## SECOND SHOOT

| Date | Instructor |
|------|------------|
| 4/8/08 | (S) |
| 4/9/08 | |
| 4/10/08 | |
| 5/5/08 | |
| 5/6/08 | |
| 5/7/08 | |
| 5/8/08 | |
| 6/2/08 | |
| 6/3/08 | |
| 6/4/08 | |
| 6/5/08 | |



## SKILL BUILDING DAY # 2

| Date | Instructor |
|------|------------|
| 6/6/08 | (S) |

## THIRD SHOOT

| Date | Instructor |
|------|------------|
| 7/7/08 | (S) |
| 7/8/08 | |
| 7/9/08 | |
| 7/10/08 | |
| 8/4/08 | |
| 8/5/08 | |
| 8/6/08 | |

FBI000010

**THIRD SHOOT**

| Date | Instructor |
|------|------------|
| 8/7/08 |  (S) |
| 9/2/08 | |
| 9/3/08 | |
| 9/4/08 | |
| 9/29/08 | |

**SKILL BUILDING DAY # 3**

| Date | Instructor |
|------|------------|
| 9/30/08 | (S) |

**FOURTH SHOOT**

| Date | Instructor |
|------|------------|
| 10/1/08 | (S) |
| 10/2/08 | |
| 10/6/08 | |
| 10/7/08 | |
| 10/8/08 | |
| 10/9/08 | |
| 10/14/08 | |
| 10/15/08 | |
| 10/16/08 | |
| 10/20/08 | |
| 10/21/08 | |
| 10/23/08 | |

FBI000011

Exhibit 2

## SKILL BUILDING DAY # 4

| Date | Instructor |
|------|------------|
| 11/3/08 | (S) ██████████████████ |

## FIREARMS INSTRUCTOR SHOOT

| Date | Instructor |
|------|------------|
| 6/30/08 | Staff & Vendor Day |
| 10/10/08 | Staff & Vendor Day |

## LIAISON SHOOTS & SPECIAL EVENTS

## NATIONAL ACADEMY SHOOT

| Date | Instructor |
|------|------------|
| 4/23/08 | (S) ██████████████████ |
| 5/28/08 | ██████████████████ |
| 6/25/08 | ██████████████████ |
| 8/20/08 | ██████████████████ |
| 9/17/08 | ██████████████████ |
| 10/22/08 | ██████████████████ |

## SUPPORT CONFERENCE SHOOT

| Date | Instructor |
|------|------------|
| 6/23/08 | (S) ██████████████████ |
| 6/24/08 | ██████████████████ |

## CITIZEN ACADEMY SHOOT

| Date | Instructor |
|------|------------|
| 6/27/08 | (S) ██████████████████ |

# Exhibit 2

## AUSA SHOOT

| Date | Instructor |
| --- | --- |
| 7/21/08 | (S) ███████████████████████ |

## FBI 100TH ANNIVERSARY

| 7/23/08 | (S) ███████████████████████ |
| --- | --- |

## RETIRED FBI AGENT SHOOT

| Date | Instructor |
| --- | --- |
| 8/8/08 | (S) ███████████████████████ |

## CEO SHOOT

| Date | Instructor |
| --- | --- |
| 10/3/08 | (S) ███████████████████████ |

FBI000013

# Exhibit 2

## 2008 Police School Training Calendar 2008

1   3/3-3/7/08     (H) ██████████████████████

2   4/3-4/4/08     (H) █████████████

3   4/14-4/18/08   (H) █████████

4   4/28-5/2/08    (H) ████████████████████████████

5   5/12-5/16/08   **BASIC FIREARMS INSTRUCTOR**

6   5/19-5/23/08   (H) ████████████████████

7   6/9-6/13/08    **PAUL HOWE SHOOT HOUSE INSTRUCTOR SCHOOL**

8   6/16-6/20/08   (H) █████████

9   6/30-7/3/08    **Rock River M-4 Armorer (Pending Approval)**

10  7/14-7/18/08   ████████████████
*  (H) ████████████████████████████████████████

11  7/28-8/1/08    **BASIC FIREARMS INSTRUCTOR** (S) ███████████

12  8/11-8/15/08   (H) ███████████████ **(Pending Approval)**

13  8/25-8/29/08   **LETSS STREET SURVIVAL**

14  9/8-9/19/08    **FTU FIREARMS INSTRUCTOR (Pending Approval)**

15  9/22-9/26/08   (H) █████████

16  10/20-10/24/08 SWAT @ (H) ███████████ **(Pending Approval)**

17  10/27-10/31/08 (H) ████████████████

**(All course dates are subject to change)**

# Exhibit 2

## CHICAGO DIVISION FIREARMS INSTRUCTORS

**Name**             **Extension**        **Cell**



FBI000015

Exhibit 2

| **Name** | **Extenson** | **Cell** |



*PFI (Primary Firearms Instructor)

**DT Instructors**

*PDTI (Primary Defensive Tactics Instructor)

**Tactical Instructors**

Don Henke

*PTI (Primary Tactical Instructor)

Exhibit 2

# Range Schedule for Outside Agency Access to the Firearms Range

FBI000017

Exhibit 2

| | | | Full Name | Company | File As | Business Ph... | Business Fax | H... |
|---|---|---|---|---|---|---|---|---|
| | | | (S) | Buffalo Grove Police | Buffalo Grove Police | (S) | | |
| | | | | Burbank Police Depa... | Burbank Police Department | | | |
| | | | | Burbank Police Depa... | Burbank Police Department | | | |
| | | | | Chicago Heights Police | Chicago Heights Police | | | |
| | | | | Chicago SWAT | Chicago SWAT | | | |
| | | | | Cook County Sheriff's... | Cook County Sheriff's Police Depart... | | | |
| | | | | Crystal Lake Police D... | Crystal Lake Police Department | | | |
| | | | | Defense Criminal Inv... | Defense Criminal Investigative Ser... | | | |
| | | | | Department of Veter... | Department of Veteran Affairs Police | | | |
| | | | | Dupage County Sheriff | Dupage County Sheriff | | | |
| | | | | Elgin Police Departm... | Elgin Police Department | | | |
| | | | | Evanston Police Dep... | Evanston Police Department | | | |
| | | | | Huntley Police | Huntley Police | | | |
| | | | | Illinois Department o... | Illinois Department of Corrections -... | | | |
| | | | | Lake County Sheriff's... | Lake County Sheriff's Office | | | |
| | | | | Lake Villa Police Dep... | Lake Villa Police Department | | | |
| | | | | Lindenhurst Police D... | Lindenhurst Police Department | | | |
| | | | | Lisle Police Department | Lisle Police Department | | | |
| | | | | McHenry County She... | McHenry County Sheriff's Office - T... | | | |
| | | | | McHenry Police Depa... | McHenry Police Department | | | |
| | | | | Mundelein Police De... | Mundelein Police Department | | | |
| | | | | NCIS | NCIS | | | |
| | | | | NIPAS | NIPAS | | | |
| | | | | North Chicago Police | North Chicago Police | | | |
| | | | | North Chicago Police ... | North Chicago Police Department | | | |
| | | | | Oak Park Police Dep... | Oak Park Police Department | | | |
| | | | | Ops NCO 16th BN | Ops NCO 16th BN | | | |
| | | | | Palos Park Police De... | Palos Park Police Department | | | |
| | | | | Quincy Police Depart... | Quincy Police Department | | | |
| | | | | Rochelle Police Depa... | Rochelle Police Department | | | |
| | | | | Rockford Police Depa... | Hopkins | | | |
| | | | | Rosemont Public Saf... | Rosemont Public Safety Department | | | |
| | | | | Round Lake Beach P... | Round Lake Beach Police Departm... | | | |
| | | | | Round Lake Police D... | Round Lake Police Department | | | |
| | | | | Schaumburg Police D... | Schaumburg Police Department | | | |
| | | | | South Barrington Poli... | South Barrington Police Department | | | |
| | | | | South Suburban Eme... | South Suburban Emergency Respo... | | | |
| | | | | U.S. Immigration an... | U.S. Immigration and Customs Enf... | | | |
| | | | | United States Marsha... | United States Marshals Service | | | |
| | | | | Village of Island Lake... | Village of Island Lake | | | |
| | | | | Warrenville Police De... | Warrenville Police Department | | | |
| | | | | Waukegan Police De... | Waukegan Police Department | | | |
| | | | | Wilmette Police Depa... | Wilmette Police Department | | | |
| | | | | Zion Police Department | Zion Police Department | | | |

FBI000018

# Exhibit 2

| Mobile Phone | Jour... | Categories |
|---|---|---|
| (S) | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |
| | ☐ | |

FBI000019

Exhibit 2

PAGE 02/04

# March 2008

| | March 2008 | | April 2008 |
|---|---|---|---|
| | S M T W T F S | | S M T W T F S |
| | 1 | | 1 2 3 4 5 |
| | 2 3 4 5 6 7 8 | | 6 7 8 9 10 11 12 |
| | 9 10 11 12 13 14 15 | | 13 14 15 16 17 18 19 |
| | 16 17 18 19 20 21 22 | | 20 21 22 23 24 25 26 |
| | 23 24 25 26 27 28 29 | | 27 28 29 30 |
| | 30 31 | | |

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | | | | **March 1** 8:30am Rosemont Pd |
| | | | | | **2** 8:30am Rosemont Pd |
| **3** FORWARD SURVEILLANCE TAPE TO RADIO SHOP 8:30am (H) | **4** 8:30am (H) | **5** 8:30am (H) | **6** 8:30am (H) | **7** 8:00am 8:30am (H) | **8** 8:30am GLPD |
| | | | | 9:00am | **9** 8:30am GLPD |
| **10** 8:30am 1st Agent Shoot Wilm | **11** 8:30am 1st Agent Shoot Chic | **12** 8:30am 1st Agent Wilmette P | **13** 8:30am (P) to bring DOJ & I | **14** 9:00am RMD OGC Tour (P) | **15** 9:00am Rosemont Pd |
| | | 9:00am 1st Agent Shoot Wilm | | | **16** 9:00am Rosemont Pd |
| **17** 9:00am 1st Agent Shoot NCIS | **18** 9:00am 1st Agent Shoot NIPA | **19** 9:00am 1st Agent Shoot 10:00am LPD | **20** 10:00am 1st Agent Shoot Rou | **21** 10:00am 1st Agent Shoot | **22** 10:00am McHenry Pd |
| | | | | | **23** 10:00am South Barrington Pd |
| **24** 10:00am 1st Agent Shoot | **25** 10:00am 1st Agent Shoot | **26** 10:00am 1st Agent Shoot Ch | **27** 10:00am SWAT NIPAS | **28** 10:00am (H) | **29** 10:00am Great Lakes Pd |
| | | | | | **30** 10:00am North Chicago Pd |
| **31** 10:00am 1st Skill Building Day | | | | | |

(P)        (CG) (FBI)

2

(Best Copy)

3/19/2008 12:15 PM

FBI RANGE        847680669        03/19/2008  12:44

**FBI000020**

Exhibit 2

PAGE  03/04

FBI RANGE

8476880669

12:44

03/19/2008

# April 2008

| | April 2008 | | | | | | | May 2008 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | K | T | W | T | F | S | S | M | T | W | T | F | S |
| | | | 1 | 2 | 3 | 4 | 5 | | | | | 1 | 2 | 3 |
| | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| | 27 | 28 | 29 | 30 | | | | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | **April 1** | **2** | **3** | **4** | **5** |
| | 10:00am Glock Transition Schoo | 10:00am Hold | 10:00am CY-1 Tenative | 10:00am CY-1 Tenative | 10:00am Rosemont Pd |
| | | | | | **6** |
| | | | | | 10:00am Rosemont Pd |
| **7** | **8** | **9** | **10** | **11** | **12** |
| 10:00am 2nd Agent Shoot | 10:00am 2nd Agent Shoot   NIE | 10:00am 2nd Agent  NIPAS | 10:00am 2nd Agent CPD | 10:00am Rosemont Pd | 10:00am GLPD |
| | | | | | **13** |
| | | | | | 10:00am GLPD |
| **14** | **15** | **16** | **17** | **18** | **19** |
| 10:00am (H) ■■■ | 10:00am (H) ■■■ R | 10:00am (H) ■■■<br>10:30am Round Lake Beach Pd | 10:30am (H) ■■■ | 10:30am (H) ■■■ | 10:30am Rosemont Pd |
| | | | | | **20** |
| | | | | | 10:30am Rosemont Pd |
| **21** | **22** | **23** | **24** | **25** | **26** |
| 10:30am CE-1  Zion Pd | 10:30am CE-1  Chicago Pd | 10:30am National Academy   R | 10:30am SWAT | 10:30am SWAT | 10:30am Lake Villa Pd |
| | | | | | **27** |
| | | | | | 10:30am Evanston Pd |
| **28** | **29** | **30** | | | |
| 10:30am Springfield Trip | 10:30am Springfield Trip<br>11:00am IDNR  1800-2400 | 11:00am Springfield  IDNR180(<br><br>11:30am | | | |

(P) ■■■      (CG) (FBI)                                    1                                    3/19/2008 12:08 PM

(Best Copy)

FBI000021

Exhibit 2

PAGE 04/04

# May 2008

| May 2008 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| June 2008 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | | | | | |

FBI RANGE

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | | **May 1** (H) ▮▮▮▮ | **2** FORWARD SURVEILLANCE TAPE (H) TO RADIO SHOP | **3** GLPD |
| | | | | | **4** GLPD |
| **5** 2nd Agent Shoot McHenry PD 1700-2400 | **6** 2nd Agent Shoot CPD 1700-2400 | **7** 2nd Agent Shoot LFPD 1700-2400 | **8** 2nd Agent Shoot NIPAS 1700-2400 | **9** RMD | **10** RPD |
| | | | | | **11** RPD |
| **12** Basic FI School DCIS 0700-1100 Shaumburg PD 1700-2400 | **13** Basic FI School RLPD 1700-2400 | **14** Basic FI School | **15** Basic FI School | **16** Basic FI School | **17** RPD |
| | | | | | **18** RPD |
| **19** Office FTX | **20** Office FTX | **21** Office FTX | **22** Office FTX | **23** Office FTX | **24** SBPD |
| | | | | | **25** Zion PD |
| **26** Holiday | **27** NCIS 1700-2400 | **28** Lake Forest PD 1700-2400 NA | **29** Chicago PD 1700-2400 NA | **30** Firearms Inst. Shoot | **31** NCPD |

(P) ▮▮▮▮▮ (OG) (FBI)

2

3/19/2008 12:08 PM

(Best Copy)

8476888669

12:44

03/19/2008

**FBI000022**

# FBI REGIONAL TRAINING CENTER



## FBI Chicago
## 890 Foss Park
## North Chicago, Illinois
## 847 688-0667 or 0668
## 847 688-0669 (fax)

---

**PRECEDENCE**
- ☐ Immediate
- ☐ Priority
- ☒ Routine

**CLASSIFICATION**
- ☐ Top Secret
- ☐ Secret
- ☐ Confidential
- ☐ Sensitive
- ☒ Unclassified

Time Transmitted: **(P)**
Sender's Initials: **(P)**
Number of Pages: **3**
(including coversheet)

To: _Great Lakes Pd_   Date: _1/25/08_
Name of Office

Facsimile Number: **(P)**

Attn: _Front Desk_
Name          Room          Telephone

From: CHICAGO DIVISION – FIREARMS RANGE
Name of Office

Subject: _76¢ Firearms Range Weekend & Night Schedule – January & February 2008; Please release ~~_____~~ gate key to the following departments to use the Firearms Range_

Originator's Name: **(P)**   Telephone: **(P)**

Originator's Facsimile Number: **(P)**

Approved: _Donald Henke_

Brief Description of Communication Faxed: _____

_____

_____

Exhibit 2

# January 2008



| January 2008 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

| February 2008 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | |

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | January 1, 2008 | 2 | 3 | 4 | 5 |
| | | | | | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 |
| | | | | | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 |
| | | | | | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 6:00am McHenry Pd |
| | | | | | 27 6:00am Round Lake Pd |
| 28 | 29 | 30 | 31 | | |

(Best Copy)

**FBI000024**

Exhibit 2

# February 2008



| | February 2008 | | | | | | | March 2008 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S | S | M | T | W | T | F | S |
| | | | | | 1 | 2 | | | | | | | 1 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 | 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 24 | 25 | 26 | 27 | 28 | 29 | | 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| | | | | | | | 30 | 31 | | | | | |

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | | | February 1 | 2<br>6:00am Evanston Pd |
| | | | | | 3<br>6:00am Zion Pd |
| 4 | 5 | 6 | 7<br>1:00pm Chicago Pd 1000-1800 | 8 | 9<br>6:00am North Chicago Pd |
| | | | | | 10 |
| 11 | 12 | 13 | 14 | 15<br>5:00pm North Chicago Pd 1700 | 16<br>6:00am Round Lake Pd |
| | | | | | 17<br>6:00am Round Lake Pd |
| 18<br>6:00am Holiday | 19 | 20 | 21<br>1:00pm Chicago Pd 1000-1800 | 22 | 23<br>6:00am Great Lakes Pd |
| | | | | | 24<br>6:00am Great Lakes Pd |
| 25 | 26 | 27 | 28<br>5:00pm NIPAS O/S 1700-2400 | 29 | |

(Best Copy)

FBI000025

# FBI REGIONAL TRAINING CENTER

## FBI Chicago
## 890 Foss Park
## North Chicago, Illinois
### 847 688-0667 or 0668
### 847 688-0669 (fax)



| PRECEDENCE | CLASSIFICATION | |
|---|---|---|
| ☐ Immediate | ☐ Top Secret | Time Transmitted: ___ (P) |
| ☐ Priority | ☐ Secret | Sender's Initials: _____ |
| ☒ Routine | ☐ Confidential | Number of Pages: __2__ |
| | ☐ Sensitive | (including coversheet) |
| | ☒ Unclassified | |

To: _Great Lakes Pd_                                    Date: _10/5/07_
       Name of Office

Facsimile Number: ___(P)_____

Attn: _Front Desk -_
      Name          Room      Telephone

From: **CHICAGO DIVISION - FIREARMS RANGE**
                Name of Office

Subject: _FBI Firearms Range_
_Weekend + Night Schedule For_
_Gate Key Distribution - October 2007_

Special Handling Instructions: _____

Originator's Name ___(P)_____   Telephone: ___(P)___

Originator's Facsimile Number: ___(P)___

Approved: _Donald Henke_ (P)

Brief Description of Communication Faxed: _____

FBI000026

Exhibit 2

# October 2007



| | October 2007 | | | | | | | November 2007 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S | S | M | T | W | T | F | S |
| | 1 | 2 | 3 | 4 | 5 | 6 | | | | | 1 | 2 | 3 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 28 | 29 | 30 | 31 | | | | 25 | 26 | 27 | 28 | 29 | 30 | |

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| October 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | Riverwoods Pd |
| | | | | | 7 |
| | | | | | Evanston Pd |
| 8 | 9 | 10 | 11 | 12 | 13 |
| H O L I D A Y | | North Chgo Pd 17-2400 | (H) ▮ 16-2400 | Vet Affairs Pd 17-2400 | Evanston Pd |
| Riverwoods Pd | | | | | 14 |
| | | | | | Lake Villa Pd |
| 15 | 16 | 17 | 18 | 19 | 20 |
| | | | | | Great Lakes Pd |
| | | | | | 21 |
| | | | | | Great Lakes Pd |
| 22 | 23 | 24 | 25 | 26 | 27 |
| NCIS 16-2400 | North Chgo Pd 17-2400 | (H) ▮ 16-2400 | NIPAS 16-2400 | | Island Lake Pd |
| | | | | | 28 |
| | | | | | Zion Pd |
| 29 | 30 | 31 | | | |

FBI000027

# FBI REGIONAL TRAINING CENTER

## FBI Chicago
## 890 Foss Park
## North Chicago, Illinois
### 847 688-0667 or 0668
### 847 688-0669 (fax)



---

**PRECEDENCE**

☐ Immediate
☐ Priority
☑ Routine

**CLASSIFICATION**

☐ Top Secret
☐ Secret
☐ Confidential
☐ Sensitive
☑ Unclassified

Time Transmitted: ▮▮▮▮ (P)
Sender's Initials: _____
Number of Pages: 2
(including coversheet)

To: _Great Lakes Pd_

Name of Office

Date: 5/2/07  4/29/07

Facsimile Number: ▮▮▮ (P) ▮▮▮▮▮▮

Attn: _Front Desk_ (P) ▮▮▮▮▮

Name          Room          Telephone

From: **CHICAGO DIVISION - FIREARMS RANGE**

Name of Office

Subject: _FBI Firearms Range_
_Night + Weekend Schedule for_
_Gate Keys - May 2007_

Special Handling Instructions: _____

---

Originator's Name: ▮▮▮▮▮▮ (P)     Telephone: ▮▮▮▮ (P)

Originator's Facsimile Number: 847 688-0669

Approved: _D. Henke_

Brief Description of Communication Faxed: _____

_____

_____

FBI000028

Exhibit 2

# May 2007

May 2007
S M T W T F S
        1  2  3  4  5
6  7  8  9  10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

June 2007
S M T W T F S
              1  2
3  4  5  6  7  8  9
10 11 12 13 14 15 16
17 18 19 20 21 22 23
24 25 26 27 28 29 30

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | May 1 FBI Ranger Training Springfield | 2 FBI Ranger Training Springfield | 3 FBI Ranger Training NCPD 1700-2400 Springfield | 4 FBI Ranger Training Springfield | 5 Evanston PD |
| | | | | | 6 Rosemont PD |
| 7 NCIS 1600-2400 | 8 | 9 Zion PD 1600-2400 | 10 (H) 1600-2400 | 11 SPD Rifle | 12 Buffalo Grove PD |
| | | | | | 13 Rosemont PD |
| 14 Round Lake PD 1700-2400 | 15 McHenry PD 1700-2400 | 16 | 17 | 18 | 19 Great Lakes PD |
| | | | | | 20 Great Lakes PD |
| 21 | 22 (H) 1600-2400 | 23 Lindenhurst PD 1700-2400 | 24 | 25 | 26 Rosemont PD |
| | | | | | 27 South Barrington PD |
| 28 HOLIDAY | 29 Zion PD | 30 | 31 NIPAS 1700-2400 | *Evanston Pd 1500-2400* | *Buffalo Grove Pd* *Lake Villa Pd* |

(P)                    (CG) (FBI)                    2                    4/30/2007 10:11 AM

(Best Copy)

FBI000029

# FBI REGIONAL TRAINING CENTER



## FBI Chicago
## 890 Foss Park
## North Chicago, Illinois
### 847 688-0667 or 0668
### 847 688-0669 (fax)

---

| PRECEDENCE | CLASSIFICATION | |
|---|---|---|
| ☐ Immediate | ☐ Top Secret | Time Transmitted: **(P)** |
| ☐ Priority | ☐ Secret | Sender's Initials: |
| ☐ Routine | ☐ Confidential | Number of Pages: 2 |
| | ☐ Sensitive | (including coversheet) |
| | ☐ Unclassified | |

To: _Great Lakes Pd_     Date: _4/6/07_
Name of Office

Facsimile Number: **(P)**

Attn: _Front Desk_ **(P)**
Name          Room     Telephone

From: **CHICAGO DIVISION – FIREARMS RANGE**
Name of Office

Subject: _FBI Firearms Range_
_Night & Weekend Schedule For Gate Keys_
_April, 2007_

Special Handling Instructions: _____

Originator's Name: **(P)**     Telephone: **(P)**

Originator's Facsimile Number: **(P)**

Approved: **(P)**

Brief Description of Communication Faxed: _____

Exhibit 2

# April 2007

April 2007
S M T W T F S
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 17 18 19 20 21
22 23 24 25 26 27 28
29 30

May 2007
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | | | | North Chicago PD |
| | | | | | Buffalo Grove PD |
| | | | | | Rosemont PD |
| | 1066-2400 (H) | 1700-2400 Round Lake Beach Pd | 1600-2400 (H) | | GLPD |
| | | | | | GLPD |
| | | | | | North Chicago PD |
| | | | | | Rosemont PD |
| | (H) | 1500-2400 Round Lake Beach Pd | NIPAS 1700-2400 | | Island Lake PD |
| | | | | | Round Lake PD |
| | | | | | |

(P) ███   (CG) (FBI)

1

4/6/2007 2:30 PM

(Best Copy)

FBI000031

# FBI REGIONAL TRAINING CENTER
## Exhibit 2
## FBI Chicago
## 890 Foss Park
## North Chicago, Illinois
## 847 688-0667 or 0668
## 847 688-0669 (fax)



**PRECEDENCE**

(P)

☐ Immediate
☐ Priority
☒ Routine

**CLASSIFICATION**

☐ Top Secret
☐ Secret
☐ Confidential
☐ Sensitive
☒ Unclassified

Time Transmitted:
Sender's Initials: (P)
Number of Pages: 2
(including coversheet)

To: _Great Lakes Pd_          Date: 3/2/07
Name of Office

Facsimile Number: (P)

Attn: _Front Desk_
Name          Room          Telephone

From: **CHICAGO DIVISION - FIREARMS RANGE**
Name of Office

Subject: _FBI Firearms Range_
_Night & Weekend Schedule_
_for Gate Keys - March 2007_

Special Handling Instructions: _____

Originator's Name: (P)          Telephone: (P)

Originator's Facsimile Number: (P)

Approved: _Donald Henke_ (P)

Brief Description of Communication Faxed: _____

# March 2007

| March 2007 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| April 2007 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 |  |  |  |  |  |

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
|  |  |  | March 1 | 2 USA Rangers | 3 Rosemont PD |
|  |  |  |  |  | 4 Rosemont PD |
| 5 | 6 | 7 | 8 NCPD | 9 | 10 Round Lake PD |
|  | (H) ▮▮▮ |  |  |  | 11 South Barrington PD |
| 12 (H) ▮▮▮ Wilmette PD | 13 ▮▮▮ Wilmette PD | 14 | 15 Wilmette PD | 16 | 17 GLPD |
|  |  |  |  |  | 18 GLPD |
| 19 | 20 | 21 | 22 (H) ▮▮▮ | 23 | 24 Rosemont PD |
|  |  |  |  |  | 25 Rosemont PD |
| 26 Mundeline PD | 27 | 28 | 29 NIPAS | 30 | 31 North Chicago PD |

(P) ▮▮▮ (CG) (FBI)

2

(Best Copy)

2/12/2007 9:02 AM

FBI000033



# Exhibit @



# FBI Chicago
## 890 Foss Park
## North Chicago, Illinois
### 847 688-0667 or 0668
### 847 688-0669 (fax)

---

| PRECEDENCE | CLASSIFICATION | |
|---|---|---|
| ☐ Immediate | ☐ Top Secret | **(P)** [redacted] |
| ☐ Priority | ☐ Secret | Time Transmitted: _10:12 AM_ |
| ☒ Routine | ☐ Confidential | Sender's Initials: **(P)** [redacted] |
| | ☐ Sensitive | Number of Pages: _3_ |
| | ☒ Unclassified | (including coversheet) |

To: _Great Lakes Police Dept._  Date: _6/05/06_
Name of Office

Facsimile Number: _____ **(P)** [redacted]

Attn: _Front Desk_
Name        Room        Telephone

From: **CHICAGO DIVISION - FIREARMS RANGE**
Name of Office

Subject: _FBI Firearms Range_
_Night & Weekend Schedule_
_June and July 2006_

Special Handling Instructions: _____

---

Originator's Name: **(P)** [redacted]  Telephone: **(P)** [redacted]

Originator's Facsimile Number: **(P)** [redacted]

Approved: _Donald Henke_

Brief Description of Communication Faxed: _____

_____

_____

**FBI000034**

Exhibit 2



# June 2006



| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|--------|---------|-----------|----------|--------|---------|
|  |  |  |  |  |  |
|  |  |  |  |  | Elmhurst Pd |
|  |  |  |  |  | VAPD 0800-1700 |
|  |  | (H) |  |  | GLPD |
|  |  |  |  |  | GLPD |
|  | North Chgo PD 1800-0200 | Chicago PD 1600-2200 | NIPAS |  |  |

(P)            (CG) (FBI)                                          2                                          6/5/2006 8:54 AM

(Best Copy)

**FBI000035**

Exhibit 2

# July 2006

July 2006
S M T W T F S
1
2 3 4 5 6 7 8
9 10 11 12 13 14 15
16 17 18 19 20 21 22
23 24 25 26 27 28 29
30 31

August 2006
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | | | | July 1 |
| | | | | | GLPD |
| | | | | | 2 |
| | | | | | GLPD |
| 3 | 4 | 5 | 6 | 7 | 8 |
| | GLPD | US Probation 0800-1700 | LHST PD 1600-2400 | | North Chicago PD |
| | | | | | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 |
| DCIS 0600-1100 | | | | | Northwestern PD 00-2400 |
| | | | | | 16 |
| | | | | | Northwestern PD 00-2400 |
| 17 | 18 | 19 | 20 | 21 | 22 |
| | | | | | Rosemont PD |
| | | | | | 23 |
| | | | | | Zion PD 0800-2400 |
| 24 | 25 | 26 | 27 | 28 | 29 |
| NCIS 1500-1800 | North Chgo PD 1700-2400 | (H) ▮▮▮▮ 1600-2200 | NIPAS 1700-2400 | | Schaumburg PD |
| | | | | | 30 |
| 31 | | | | | |

(Best Copy)

**FBI000036**



# Exhibit Q

## FBI Chicago
## 890 Foss Park
## North Chicago, Illinois
## 847 688-0667 or 0668
## 847 688-0669 (fax)

---

| PRECEDENCE | CLASSIFICATION | |
|---|---|---|
| ☐ Immediate | ☐ Top Secret | Time Transmitted: _____ |
| ☐ Priority | ☐ Secret | Sender's Initials: **(P)** |
| ☒ Routine | ☐ Confidential | Number of Pages: _____ |
| | ☐ Sensitive | (including coversheet) |
| | ☒ Unclassified | |

To: _**Great Lakes Police Dept**_    Date: _5/15/06_
        Name of Office

Facsimile Number: _**(P)**_

Attn: _**Front Desk**_
      Name           Room    Telephone

From: **CHICAGO DIVISION - FIREARMS RANGE**
          Name of Office

Subject: _FBI Firearms Range_
_Night & Weekend Schedule_
_May 2006_

Special Handling Instructions: _____

---

Originator's Name: **(P)**    Telephone: **(P)**

Originator's Facsimile Number: **(P)**

Approved: _Donald Henke_

Brief Description of Communication Faxed: _____

_____

_____

Exhibit 2

# May 2006

| | May 2006 | | | | | | | June 2006 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S | S | M | T | W | T | F | S |
| | 1 | 2 | 3 | 4 | 5 | 6 | | | | | 1 | 2 | 3 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 28 | 29 | 30 | 31 | | | | 25 | 26 | 27 | 28 | 29 | 30 | |

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| | | | | | |
| 8 | 9 | 10 | 11 | 12 | 13 |
| | | | | | |
| 15 | 16 | 17 | 18 | 19 | North Chicago PD |
| | | | | | South Barrington PD 0800-2400 |
| 22 | 23 | 24 NIPAS 1700-2400 | 25 McHenry PD 1600-2400 | 26 Rosemont PD | 27 |
| | | | | | Rosemont PD |
| 29 Rosemont PD | 30 | 31 | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| (P)          (CG) (FBI) | | 1 | 5/15/2006 12:00 PM |

**FBI000038**

# FBI REGIONAL TRAINING CENTER
## Exhibit B
### FBI Chicago
# 890 Foss Park
# North Chicago, Illinois
## 847 688-0667 or 0668
## 847 688-0669 (fax)



---

| PRECEDENCE | CLASSIFICATION | |
|---|---|---|
| ☐ Immediate | ☐ Top Secret | Time Transmitted: _____ |
| ☐ Priority | ☐ Secret | Sender's Initials: **(P)** |
| ☒ Routine | ☐ Confidential | Number of Pages: ___2___ |
| | ☐ Sensitive | (including coversheet) |
| | ☒ Unclassified | |

To: _*Great Lakes Police Dept*_  Date: 3/17/06
       Name of Office

Facsimile Number: **(P)**

  Attn: _Front Desk_
       Name       Room   Telephone

From: **CHICAGO DIVISION - FIREARMS RANGE**
              Name of Office

Subject: _FBI Firearms Range_
_Night & Weekend Schedule_
_March 2006_

Special Handling Instructions: _____

---

Originator's Name: **(P)**    Telephone: **(P)**

Originator's Facsimile Number: **(P)**

Approved: _deh_

Brief Description of Communication Faxed: _____

_____

_____

FBI000039

Exhibit 2



# March 2006

March 2006
S  M  T  W  T  F  S
        1  2  3  4
5  6  7  8  9  10  11
12  13  14  15  16  17  18
19  20  21  22  23  24  25
26  27  28  29  30  31

April 2006
S  M  T  W  T  F  S
                    1
2  3  4  5  6  7  8
9  10  11  12  13  14  15
16  17  18  19  20  21  22
23  24  25  26  27  28  29
30

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|--------|---------|-----------|----------|--------|---------|
|        |         |           |          |        |         |
|        |         |           |          |        |         |
|        |         |           |          |        | RPD  0000-2400 |
|        |         |           |          |        | RPD  0000-2400 |
|        | RLPD 1600-2400 | (H)  1600-2400 |          |        | RPD  0000-2400 |
|        |         |           |          |        | RPD  0000-2400 |
| NCPD 2200-0200 | (H)  1500-2400 | (H)  1000-2400 | NIPAS 1700-2400 |  | *april 1, 2006* *RPD 0000-2400* |

(P) [redacted] CG) (FBI)

2

3/17/2006 9:13 AM

FBI000040

# FBI REGIONAL TRAINING CENTER
## FBI Chicago
## 890 Foss Park
## North Chicago, Illinois
### 847  688-0667  or 0668
### 847  688-0669  (fax)



PRECEDENCE

☐ Immediate
☐ Priority
☒ Routine

CLASSIFICATION

☐ Top Secret
☐ Secret
☐ Confidential
☐ Sensitive
☒ Unclassified

Time Transmitted: (P)
Sender's Initials:
Number of Pages: 2
(including coversheet)

To: _Great Lakes Police Dept._   Date: 12/9/05
Name of Office

Facsimile Number: (P)

Attn: _Front Desk_
Name          Room          Telephone

From: CHICAGO DIVISION - FIREARMS RANGE
Name of Office

Subject: _Firearms Range Night & Weekend Schedule December 2005_

Special Handling Instructions: _____

Originator's Name: (P)          Telephone: (P)

Originator's Facsimile Number: (P)

Approved: (P)

Brief Description of Communication Faxed: _____

FBI000041

Exhibit 2



# December 2005

| | December 2005 | | January 2006 | |
|---|---|---|---|---|
| | S M T W T F S | | S M T W T F S | |
| | 1 2 3 | | 1 2 3 4 5 6 7 | |
| | 4 5 6 7 8 9 10 | | 8 9 10 11 12 13 14 | |
| | 11 12 13 14 15 16 17 | | 15 16 17 18 19 20 21 | |
| | 18 19 20 21 22 23 24 | | 22 23 24 25 26 27 28 | |
| | 25 26 27 28 29 30 31 | | 29 30 31 | |

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | | December 1 8:30am Updated: Drug Rip Scl | 2 | MGLPD |
| | | | | | MGLPD |
| 5 | 6 | 7 | 8 | 9 | 10 Schaumburg Pd 0600-2400 |
| | | | | | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 |
| | | | | | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 |
| | | | | | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |

**FBI000042**

# FBI REGIONAL TRAINING CENTER
## FBI Chicago
## 890 Foss Park
## North Chicago, Illinois
## 847 688-0667 or 0668
## 847 688-0669 (fax)



---

| PRECEDENCE | CLASSIFICATION | |
|---|---|---|
| ☐ Immediate | ☐ Top Secret | Time Transmitted: _8:47A_ |
| ☐ Priority | ☐ Secret | Sender's Initials: **(P)** |
| ☒ Routine | ☐ Confidential | Number of Pages: _2_ |
| | ☐ Sensitive | (including coversheet) |
| | ☒ Unclassified | |

To: _Great Lakes Police Dept._   Date: _11/22/05_
   Name of Office

Facsimile Number: **(P)**

Attn: _Front Desk_
   Name          Room          Telephone

From: __CHICAGO DIVISION - FIREARMS RANGE__
   Name of Office

Subject: _Firearms Range_
_Night & Weekend Schedule (Holiday weekend)_
_November 2005_

Special Handling Instructions: _____

Originator's Name: **(P)**        Telephone: **(P)**

Originator's Facsimile Number: **(P)**

Approved: **(P)**

Brief Description of Communication Faxed: _____

_____

_____

Exhibit 2

# November 2005

November 2005
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30

December 2005
S M T W T F S
1 2 3
4 5 6 7 8 9 10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30 31

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|--------|---------|-----------|----------|--------|---------|
|  |  |  |  |  |  |
|  |  |  | 8:30-11:00 (H) ▮ |  |  |
|  |  |  | Top Gun Shoot |  |  |
|  |  |  |  |  | GLPD |
|  |  |  |  |  | MGLPD |
|  |  |  |  |  |  |

(P) ▮                    (CG) (FBI)

11/22/2005 8:46 AM

**FBI000044**

FD-448 (Rev. 2-16-95)

# FBI REGIONAL TRAINING CENTER
## FBI Chicago
## 890 Foss Park
## North Chicago, Illinois
### 847 688-0667  or 0668
### 847 688-0669  (fax)



| PRECEDENCE | CLASSIFICATION | |
|---|---|---|
| ☐ Immediate | ☐ Top Secret | Time Transmitted: (P) |
| ☐ Priority | ☐ Secret | Sender's Initials: |
| ☒ Routine | ☐ Confidential | Number of Pages: 2 |
| | ☐ Sensitive | (including coversheet) |
| | ☒ Unclassified | |

To: _Great Lakes Police Dept._     Date: _8/1/05_
   Name of Office

Facsimile Number: (H) ████████████████

Attn: _Front Desk_
   Name          Room          Telephone

From: **CHICAGO DIVISION – FIREARMS RANGE**
   Name of Office

Subject: _Firearms Range_
_Night & Weekend Schedule_
_August 2005 - Also Included_

Special Handling Instructions: _Is July 2005 schedule_
_per request_

Originator's Name: (P) ████████████   Telephone: (P) ███████████

Originator's Facsimile Number: ████████████

Approved: (P) ████████████

Brief Description of Communication Faxed: _____

_____

_____

**FBI000045**

# August 2005

August 2005
S  M  T  W  T  F  S
      1  2  3  4  5  6
7  8  9  10 11 12 13
14 15 16 17 18 19 20
21 22 23 24 25 26 27
28 29 30 31

September 2005
S  M  T  W  T  F  S
            1  2  3
4  5  6  7  8  9  10
11 12 13 14 15 16 17
18 19 20 21 22 23 24
25 26 27 28 29 30

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| MGLPD 10AM-1400 | MGLPD 10AM-1400 | MGLPD 10AM-1400 | VA PD 0700 | Rosemont PD 0800-1800 | Rosemont PD |
|  |  |  |  |  | Rosemont PD |
|  | Glencoe PD | Chicago PD 1800-2400 | Glencoe PD |  | GLPD 0600-2400 |
|  |  |  |  |  | GLPD 0600-2400 |
| Riverwoods PD 1700 |  |  | NIPAS 1700 |  | North Chicago PD 0600-1700 |
|  |  |  |  |  | Lake Villa PD 0600-1700 |
| McHenry PD 1700 | North Chicago 0200-0800 | Chicago PD 1700-2400 | Chicago PD 1800-2400 | Chicago PD 1800-2400 | Round Lake PD 0600-2400 |
|  |  |  |  |  | Zion PD 0600-2400 |
|  |  |  |  |  |  |

(P)

(CG) (FBI)                    1                    8/1/2005 11:46 AM

**FBI000046**

# Exhibit 2

```
┌─────────────────────────────────────────┐
│    TRANSMISSION VERIFICATION REPORT       │
└─────────────────────────────────────────┘
```

```
                              TIME  : 07/31/2005 20:05
                              NAME  :
                              FAX   :
                              TEL   :
```

```
┌───────────────────────────────────────────────────────────────────┐
│    DATE,TIME                 07/31  20:03                            │
│    FAX NO./NAME              818476807039                           │
│    DURATION                  00:01:57                               │
│    PAGE(S)                   03                                     │
│    RESULT                    OK                                     │
│    MODE                      STANDARD                               │
│                              ECM                                    │
└───────────────────────────────────────────────────────────────────┘
```

(Best Copy)

FBI000047

# FBI REGIONAL TRAINING CENTER
## FBI Chicago
## 890 Foss Park
## North Chicago, Illinois
### 847 688-0667 or 0668
### 847 688-0669 (fax)



| PRECEDENCE | CLASSIFICATION | |
|---|---|---|
| ☐ Immediate | ☐ Top Secret | Time Transmitted: ▮(P)▮ |
| ☐ Priority | ☐ Secret | Sender's Initials: |
| ☒ Routine | ☐ Confidential | Number of Pages: 2 |
| | ☐ Sensitive | (including coversheet) |
| | ☐ Unclassified | |

To: _Great Lakes Police Dept._  Date: _7/1/05_
Name of Office

Facsimile Number: ▮(P)▮

Attn: _Front Desk_
Name        Room        Telephone

From: __CHICAGO DIVISION - FIREARMS RANGE__
Name of Office

Subject: _Night & Weekend Schedule for FBI Firearms Range_

Special Handling Instructions: _____

Originator's Name: ▮(P)▮     Telephone: ▮(P)▮

Originator's Facsimile Number: ▮(P)▮

Approved: _Don Henke,_ ▮(P)▮

Brief Description of Communication Faxed: _Please call to confirm receipt of attached schedule - Thanks_ ▮(P)▮

▮(P)▮

FBI000048



# July 2005

July 2005
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

August 2005
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | | | | Probation 0800-1700 | GLPD 0600-2400 |
| | | | | | GLPD 0600-2400 |
| | | | | | NCPD 0800-1700 |
| | | | | | 0600-2400 VAPD |
| | | | | | (H) 0800-1700 |
| | | | | | 0600-2400 NORTHWESTERN PD |
| CPD 1700-2400 | | | | | GLPD 0600-2400 |
| | NCPD 2000-0200 | MGLPD 1700-2400 | | | SHAUMBURG PD |
| | | | | | ILPD 0600-1700 |

(H) _____ CG) (FBI)                    2                    7/1/2005 1:46 PM

FBI000049

# Exhibit 2

```
                    TRANSMISSION VERIFICATION REPORT

                                            TIME  : 06/30/2005 22:01
                                            NAME  :
                                            FAX   :
                                            TEL   :


        DATE,TIME                  06/30  22:00
        FAX NO./NAME               818476887039
        DURATION                   00:01:08
        PAGE(S)                    02
        RESULT                     OK
        MODE                       STANDARD
                                   ECM
```

FBI000050

Case 1:08-cv-06810   Document 8-7   Filed 12/23/2008   Page 1 of 12

# FBI REGIONAL TRAINING CENTER
## Exhibit 2



**FBI Chicago**
**890 Foss Park**
**North Chicago, Illinois**
**847 688-0667 or 0668**
**847 688-0669 (fax)**

---

**PRECEDENCE**

- [ ] Immediate
- [ ] Priority
- [x] Routine

**CLASSIFICATION**

- [ ] Top Secret
- [ ] Secret
- [ ] Confidential
- [ ] Sensitive
- [x] Unclassified

Time Transmitted: _____
Sender's Initials: _____ **(P)**
Number of Pages: __2__
(including coversheet)

To: _Great Lakes Police Dept._           Date: _6/2/05_
Name of Office

Facsimile Number: ___**(P)**___

Attn: _Front Desk_
Name        Room        Telephone

From: **CHICAGO DIVISION – FIREARMS RANGE**
Name of Office

Subject: _Night & Weekend Schedule for FBI Firearms Range Use June 2005_

Special Handling Instructions: _____

---

Originator's Name: **(P)** _____  Telephone: **(P)** _____

Originator's Facsimile Number: **(P)** _____

Approved: **(P)** _____

Brief Description of Communication Faxed: _Please call to acknowledge receipt of this schedule – Thanks_ **(P)**

---

**FBI000051**

# Exhibit 2

# June 2005



| June 2005 | | | | | | | July 2005 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S | S | M | T | W | T | F | S |
|   |   |   | 1 | 2 | 3 | 4 |   |   |   |   |   | 1 | 2 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 26 | 27 | 28 | 29 | 30 |   |   | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|   |   |   |   |   |   |   | 31 |   |   |   |   |   |   |

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
|  |  | **June 1** | **2** | **3** | **4** ITOA Shoot |
|  |  |  |  |  | **5** MGLPD 0600-2400 |
| **6** North Chicago PD 2000-2400 | **7** Mundeleine PD 1800-2400 | **8** Riverwoods PD 1700 | **9** Chicago PD 1700-2400 | **10** | **11** MGLPD 0600-2400 |
|  |  |  |  |  | **12** MGLPD 0600-2400 |
| **13** LSPD 1700 | **14** Chicago PD 1700-2400 | **15** | **16** Round Lake PD 1730 | **17** | **18** Chicago PD 0800-1700 |
|  |  |  |  |  | **19** ILPD 0600-1700 |
| **20** North Chicago PD 2000-0800 | **21** | **22** Golf PD 1600-2400 | **23** | **24** | **25** Lake Villa PD 0600-1700 |
|  |  |  |  |  | **26** Mundeleine PD 0600-2400 |
| **27** | **28** | **29** | **30** |  |  |

(P)          (CG) (FBI)                                    2                                    6/2/2005 11:40 AM

FBI000052

# Exhibit 2

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 06/01/2005 20:00
                                    NAME  :
                                    FAX   :
                                    TEL   :
```

```
        DATE,TIME              06/01  19:59
        FAX NO./NAME           818476887039
        DURATION              00:01:12
        PAGE(S)               02
        RESULT               OK
        MODE                 STANDARD
                             ECM
```

FBI000053



# 5I REGIONAL TRAINING CENTER
## FBI Chicago
## 890 Foss Park
## North Chicago, Illinois
## 847 688-0667 or 0668
## 847 688-0669 (fax)

---

**PRECEDENCE**

- [ ] Immediate
- [ ] Priority
- [ ] Routine

**CLASSIFICATION**

- [ ] Top Secret
- [ ] Secret
- [ ] Confidential
- [ ] Sensitive
- [ ] Unclassified

Time Transmitted: ▓▓▓ (P)
Sender's Initials: ▓▓▓
Number of Pages: 2
(including coversheet)

To: _Great Lakes Police Dept_    Date: 3/30/05
    Name of Office

Facsimile Number: ▓▓▓ (P)

Attn: _Front Desk_
    Name        Room    Telephone

From: **CHICAGO DIVISION – FIREARMS RANGE**
    Name of Office

Subject: _Weekend & Night Schedule for FBI Firearms Range Use April 2005_

Special Handling Instructions: _____

Originator's Name: ▓▓▓ (P)    Telephone: ▓▓▓ (P)

Originator's Facsimile Number: ▓▓▓ (P)

Approved: _Don Henke_

Brief Description of Communication Faxed: _Please call Michele to Confirm Receipt of schedule at_ ▓▓▓ (P) _Thanks!_

**FBI000054**

Exhibit 2

# April 2005



| | Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|---|
| | | | | | April 1 | 2 |
| | | | | | | Rosemont PD 0800-1800 |
| | | | | | | |
| | | | | | | 3 |
| | | | | | | Rosemont PD 0800-1800 |
| 4 | | 5 | 6 | 7 | 8 | 9 |
| | | MGLPD 1700-2400 | MGLPD 1700-2400 | CPD 1700-2400 | | MGLPD 0600-2400 |
| | | | | | | 10 |
| | | | | | | MGLPD 0600-2400 |
| 11 | | 12 | 13 | 14 | 15 | 16 |
| | McHenry PD 1700-2400 | Lincoln Park Zoo | Chicago PD 1700-2400 | McHenry PD 0600-2400 | | ARMY 330TH 0600-2400 |
| | | NCIS 1700-2400 | | | | |
| | | | | | | 17 |
| | | | | | | Round Lake PD 0600-2400 |
| 18 | | 19 | 20 | 21 | 22 | 23 |
| | | NCPD 2000-0200 | | NIPAS 1700 | | Rosemont PD 0800-1800 |
| | | | | | | 24 |
| | | | | | | Rosemont PD 0800-1800 |
| 25 | | 26 | 27 | 28 | 29 | 30 |
| | MGLPD 1700-2400 | MGLPD 1700-2400 | McHenry PD 1700-2400 | | | Zion PD 0600-2400 |
| | | Probation 0800-1700 | | | | |

(P) ████████  (CG) (FBI)                    2                    3/31/2005 11:02 AM

**FBI000055**

# Exhibit 2

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT       │
└─────────────────────────────────────────┘
```

```
                                    TIME  : 03/30/2005 20:20
                                    NAME  :
                                    FAX   :
                                    TEL   :
```

```
┌──────────────────────────────────────────────────────────────────────┐
│                                                                        │
│     DATE,TIME              03/30  20:18                                 │
│     FAX NO./NAME           81047680807039                              │
│     DURATION               00:01:08                                    │
│     PAGE(S)                02                                          │
│     RESULT                 OK                                          │
│     MODE                   STANDARD                                    │
│                            ECM                                         │
│                                                                        │
└──────────────────────────────────────────────────────────────────────┘
```

FBI000056

FD-48 (Rev. 2-16-95)

# FBI REGIONAL TRAINING CENTER
## FBI Chicago
## 890 Foss Park
## North Chicago, Illinois
### 847 688-0667 or 0668
### 847 688-0669 (fax)



| PRECEDENCE | CLASSIFICATION | |
|---|---|---|
| ☐ Immediate | ☐ Top Secret | Time Transmitted: ███ (P) |
| ☐ Priority | ☒ Secret | Sender's Initials: ███ |
| ☒ Routine | ☒ Confidential | Number of Pages: ___2___ |
| | ☒ Sensitive | (including coversheet) |
| | ☐ Unclassified | |

To: _Great Lakes Pd_          Date: _3/8/05_
    Name of Office

Facsimile Number: (P) ███████████

Attn: _Front Desk_
      Name          Room     Telephone

From: **CHICAGO DIVISION - FIREARMS RANGE**
           Name of Office

Subject: _Weekend & Night Schedule_
         _for FBI Firearms Range Use_
         _March 2005_

Special Handling Instructions: _____

_____

Originator's Name: ████████████ (P)    Telephone: ████████ (P)

Originator's Facsimile Number: ██████ (P)

Approved: _Don Henke_

Brief Description of Communication Faxed: _____

_____

_____

FBI000057

Exhibit 2

# March 2005

FBI000058



| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|---|---|---|---|---|---|
| | March 1 | 2 | 3 | 4 | Rosemont PD 0800-1800 |
| | | | | | Rosemont PD 0800-1800 |
| 7 | 8 | 9 | 10 | 11 | Rosemont PD 0800-1800 |
| | | | | | Rosemont PD 0800-1800 |
| 14 | 15 | 16 | 17 | 18 | Rosemont PD 0800-1800 |
| | | | | | Rosemont PD 0800-1800 |
| 21 | 22 | 23 | 24 | 25 | Rosemont PD 0800-1800 |
| | | | | | North Chicago PD 0600-22400 |
| 28 | 29 North Chicago PD 1700-2400 | 30 | 31 | | |

**March 2005**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | | | | | |

**April 2005**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

# Exhibit 2

TRANSMISSION VERIFICATION REPORT

```
                                        TIME  : 03/07/2005 18:08
                                        NAME  :
                                        FAX   :
                                        TEL   :
```

```
        DATE,TIME              03/07  18:06
        FAX NO./NAME           818476887039
        DURATION               00:01:08
        PAGE(S)                02
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```

FBI000059

FD-748 (Rev. 2-16-95)

Case 1:08-cv-00220 — Document — Filed 04/28/2008 — Page 62 of 64

# FBI REGIONAL TRAINING CENTER
## FBI Chicago
## 890 Foss Park
## North Chicago, Illinois
## 847 688-0667 or 0668
## 847 688-0669 (fax)



**PRECEDENCE**

☐ Immediate
☑ Priority
☑ Routine

**CLASSIFICATION**

☐ Top Secret
☐ Secret
☐ Confidential
☐ Sensitive
☑ Unclassified

Time Transmitted: (P)
Sender's Initials: 
Number of Pages: 2
(including coversheet)

To: _Great Lakes Police Dept._  Date: 2/3/05
Name of Office

Facsimile Number: (P)

Attn: _Front Desk_
Name    Room    Telephone

From: **CHICAGO DIVISION – FIREARMS RANGE**
Name of Office

Subject: _Weekend & Night Schedule For FBI Firearms Range Use February 2005_

Special Handling Instructions: _____

Originator's Name: _Donald Henke_  Telephone: (P)

Originator's Facsimile Number: (P)
_DCH_

Approved: (P)

Brief Description of Communication Faxed: _Please call (P) at (P) to confirm receipt of this Calendar – Thanks_

**FBI000060**

Exhibit 2

# February 2005

February 2005
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28

March 2005
S M T W T F S
1 2 3 4 5
6 7 8 9 10 11 12
13 14 15 16 17 18 19
20 21 22 23 24 25 26
27 28 29 30 31

| Monday | Tuesday | Wednesday | Thursday | Friday | Sat/Sun |
|--------|---------|-----------|----------|--------|---------|
| | | | | | MGLPD 0600-2400 |
| | | | | | Rosemont PD 0800-1800 |
| | | | | | Rosemont PD 0800-2400 |
| | | | | | MGLPD 1600-2400 |
| | | | | | Zion PD 0600-2400 |
| | | | | | GLPD 0600-2400 |
| | | | | | GLPD 0600-2400 |
| | | | | | |

(P)

(CG) (FBI)                                  2                        2/3/2005 2:32 PM

FBI000061

# Exhibit 2

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT       │
└─────────────────────────────────────────┘
```

```
                              TIME  :  02/02/2005 23:44
                              NAME  :
                              FAX   :
                              TEL   :
```

```
┌──────────────────────────────────────────────────────────────┐
│                                                                │
│   DATE,TIME                      02/02  23:43                   │
│   FAX NO./NAME                   818476887039                   │
│   DURATION                       00:01:11                       │
│   PAGE(S)                        02                             │
│   RESULT                         OK                             │
│   MODE                           STANDARD                       │
│                                  ECM                            │
│                                                                │
└──────────────────────────────────────────────────────────────┘
```

FBI000062