UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Steven B. Pollack and ) | |
| Blue Eco Legal Council, ) | |
| ) | |
| Plaintiffs, ) | Case Number:   08-cv-320 |
| ) | Assigned Judge:   Guzman |
| v. ) | Magistrate Judge:   Brown |
| ) | |
| United States Department of Justice, ) | |
| United States Coast Guard, ) | CWA, RCRA, CERCLA, AND |
| United States Navy, ) | PUBLIC NUISANCE FTCA CASE |
| United States Marines, and ) | |
| United States Department of Defense, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   Matthew Oakes, Esq.
         U.S. Dept. of Justice, ENRD/EDS
         P.O. Box 23986
         Washington, DC 20026-3986

PLEASE TAKE NOTICE that on **May 1, 2008**, at 9:30 a.m., I will appear before Judge Guzman in the courtroom usually occupied by him, Room 1219, in the Everett McKinley Dirkson Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his stead, and then and there present:

PLAINTIFFS MOTION TO COMPEL PRODUCTION OF TWO ENVIRONMENTAL STUDIES BY THE US NAVY,

PLAINTIFFS MOTION TO COMPEL PRODUCTION OF AMMUNITION USE RECORDS,

PLAINTIFFS MOTION TO COMPEL PRODUCTION OF THREE YEARS OF VIP RECORDS AT THE FBI RANGE IN NORTH CHICAGO, AND

PLAINTIFFS MOTION FOR DISCOVERY SANCTIONS PURSUANT TO RULE 37

                                                            Respectfully submitted,

                                                            s/ Steven B. Pollack
                                                            Steven B. Pollack, Attorney
                                                            Executive Director, Blue Eco Legal Council

                                              3390 Commercial Ave
                                              Northbrook, IL 60062
                                              847-436-9566

Dated: April 22, 2008

1