# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STEVEN B. POLLACK AND BLUE ECO LEGAL COUNCIL,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, UNITED STATES COAST GUARD, UNITED STATES NAVY, UNITED STATES MARINE CORPS, AND UNITED STATES DEPARTMENT OF DEFENSE,<br><br>    Defendants. | No. 08 C 320<br>Judge Guzmán |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT

    PLEASE TAKE NOTICE that on Thursday May 8, 2008, at 9:30 a.m., the parties will appear before Judge Ronald A. Guzmán in courtroom 1219 in the Everett McKinley Dirkson Building, 219 South Dearborn Street, Chicago, Illinois, and present Defendants' Motion to Dismiss Second Amended Complaint in the above-captioned case.

    Respectfully submitted,

    RONALD J. TENPAS
    Assistant Attorney General
    Environment and Natural Resources Division

Dated: April 30, 2008                /s/ David S. Gualtieri
    David S. Gualtieri
    Environmental Defense Section
    P.O. Box 23986
    Washington, DC 20026-3986
    (202) 514-2219; (202) 514-8865 (fax)

David.Gualtieri@usdoj.gov