**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Steven B. Pollack, et al.

                                 Plaintiff,

v.                                                         Case No.: 1:08–cv–00320
                                                            Honorable Ronald A. Guzman

United States Department of Justice, et al.

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman:Motion hearing held on 5/1/2008. Motion by plaintiffs to compel Two Environmental Studies by US Navy [41] is granted. Motion by plaintiffs to compel ammunition use records [42] is granted in part as stated in open court. Motion to compel VIP records [43] is granted in part as stated in open court. Motion by plaintiffs for sanctions [44] is denied. Status hearing set for 5/8/08 is reset to 5/21/2008 at 09:30 AM. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.