UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Steven B. Pollack, et al.
                                                Plaintiff,

v.                                                                       Case No.: 1:08−cv−00320
                                                                             Honorable Ronald A. Guzman

United States Department of Justice, et al.
                                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman:Minute entry dated 5/1/08 is amended to include the following: Plaintiffs' reply to defendants' response to plaintiffs' motion for preliminary injunction is due 5/15/08. Set deadlines as to by Defendants United States Navy, United States Marines, United States Department of Defense, United States Department of Justice, United States Coast Guard to dismiss Second Amended Complaint [47] : Response due 6/2/08. Reply due 7/2/08. (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.