**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Steven B. Pollack, et al.

                                              Plaintiff,

v.                                                               Case No.: 1:08−cv−00320
                                                                         Honorable Ronald A. Guzman

United States Department of Justice, et al.

                                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 12, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman:Minute entry dated 5/1/08 [doc. no. 51] is corrected as follows: "Motion by Plaintiffs to compel Ammunition Use Records [doc. no. 42] is withdrawn." Minute order stands in all other respects. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.