Affidavit – Blue Eco

Affidavit – by Steven Pollack
As Executive Director for
Blue Eco Legal Council

**BEFORE ME**, the undersigned Notary, Darren Miller, on this 14th day of May, 2008, personally appeared Steven Pollack, known to me to be a credible person and of lawful age, who being by me first duly sworn, on his oath, deposes and says:

1. The Blue Eco Legal Council (Blue Eco) was founded in 2004.
2. Blue Eco is a grass-roots all volunteer organization and is not set up as a formal not-for-profit corporation for purposes of soliciting funds or conferring tax free status for donations.  As such, there are no organizing documents. Blue Eco does not charge its members any dues.
3. Blue Eco is an environmental advocacy and pro bono legal services organization. It focuses on watchdog litigation against the executive branch of government when it, through its extensive operations, violates the environmental laws it is sworn to enforce.  Blue Eco will also litigate against private polluters when there are lapses in enforcement by the executive branch. Blue Eco also reaches out to other environmental advocacy groups to offer pro bono legal services as requested.
4. Blue Eco's watchdog activities center around threats to water resources in the United States although other environmental threats will be considered on a case by case basis.
5. Blue Eco does not have any formal structure except that all volunteer efforts are coordinated by executive director Steven Pollack.  The members volunteer their time as available and as needed.  Many members are attorneys and volunteer their time and expertise for legal proceedings including drafting court documents, attending court hearings, and giving counsel.  Other members have a scientific background and volunteer their expertise as needed.  Finally, there are members who join simply because they support Blue Eco's purpose and efforts.
6. Blue Eco's membership is in a constant state of flux.  New members join via the internet or by calling.  Sometimes members give up their membership when called upon to volunteer beyond their comfort level such as being deposed by the government.  Blue Eco's purpose is not to attain large numbers of passive members but rather to create an organization where members can help ensure the environmental laws are enforced by volunteering as they see fit.
7. The following is Blue Eco's current list of members:

| | | | |
|---|---|---|---|
| DiPiano, Mick | Sparta | NJ | 07871 |
| Barcita, Pamela | Chesapeake | VA | 23323 |
| Becker, Joel | Virginia Beach | VA | 23452 |
| Donour, Frederic | Norfolk | VA | 23518 |
| Charles, Joan | Hampton | VA | 23669 |
| Breedlove, Lilian | Girard | OH | 44420 |
| Futrell, Holly | Chesterton | IN | 46304 |
| Wilmore, Sandra | Gary | IN | 46403 |
| Powers, Stephanie | Waterford | MI | 48328 |
| Bruce, Christi | Clintonville | WI | 54929 |

| Hansell, R. Stephen | Florence | MT | 59833 | Attorney |
| Pollack, Steven | Highland Park | IL | 60035 | Attorney |
| Darren Miller | Highland Park | IL | 60035 | Attorney |
| Harris, David | Highland Park | IL | 60035 | |
| Pollack, Gerald | Highland Park | IL | 60035 | Attorney |
| Amy Strege | Highwood | IL | 60040 | Attorney |
| Leon Rockingham Jr. | North Chicago | IL | 60064 | N.Ch. Mayor |
| Theodore Wilder | North Chicago | IL | 60064 | |
| Devon Mosesel | North Chicago | IL | 60064 | |
| Kenneth Robinson | North Chicago | IL | 60064 | |
| Kitt, Michael | Park Ridge | IL | 60068 | Reverend |
| Marks, Jeffrey | Buffalo Grove | IL | 60089 | Attorney |
| Greg Miller | Glen Ellyn | IL | 60138 | Jeweler |
| Kybartas, Stashu | Chicago | IL | 60613 | |
| Tersch, Walter | Chicago | IL | 60625 | Law Student |
| Nimrod Warda | Chicago | IL | 60640 | N.Ch. City Planner |
| James, Walter | Grapevine | TX | 76051 | Attorney |
| Rutherford, Karen | Wenatchee | WA | 98801 | |

_[signature of affiant]_

Steven Pollack, Executive Director
Blue Eco Legal Council
3390 Commercial Ave
Northbrook, IL 60062
steve@ecoesq.com

Subscribed and sworn to before me, this _____14 th_____ _[day of month]_ day of
_____May_____ _[month]_, 20_08_ .

_[Notary Seal:]_

_[signature of Notary]_

 Darren Miller
_[typed name of Notary]_

NOTARY PUBLIC

My commission expires: ___6/28___, 20_08_.

Official Seal
Darren K. Miller
Notary Public State of Illinois
My Commission Expires 06/28/08