Affidavit – James Barton 2 (May 15, 2008)

```
                    James Barton
                    Affidavit
              RANGE VISIT TRACER TEST
```

**BEFORE ME**, the undersigned Notary, Wendy Seymour, on this 14th day of May, 2008, personally appeared James Barton, known to me to be a credible person and of lawful age, who being by me first duly sworn, on his oath, deposes and says:

```
After inspecting the FBI range facility on Monday, April 28
I made the following report:
```

**Conclusions**

```
Bullets are leaving the shoot house on the edge of the bluff and
may present an endangerment to adjacent properties.

Evidence of ricochets in the south fence separating the range
from Foss Park, including multiple embedded fragments and a
bullet lying at the base of the fence, support my previous
conclusion that the bullets I found in Foss Park on March 26,
2008 were the result of ricochets from the range.

A lack of sufficient onsite buffer property required to
establish a safe exclusion zone for ricocheted bullets and
bullet fragments makes this site unsuitable for live-fire
training operations.

This facility should therefore be relocated to a site with
enough land to maintain a safe exclusion zone for ricochets, and
one which does not involve a body of water as an impact area.

Upgrading the current facility is not feasible.
For instance while replacing the face of the earthen impact berm
with a layer of modern energy absorbing material will reduce the
number of ricochets leaving the range, it does nothing to
prevent ricochets bouncing off hard surfaces in front of it or
stopping errant rounds from going over.

The full enclosure of all weapons discharge areas is not
recommended. While this would eliminate stray and ricochet
bullets from escaping the range, it does nothing to eliminate
lead contaminated soils and associated surface water run off
from entering Lake Michigan.
```

**Observations:**

1. The facility appears well organized and efficient. This report addresses the impact of the range on adjacent properties.

2. Stray and ricochet lead bullets and high velocity bullet fragments discharged from this facility present a danger to persons on the adjacent property to the north, south, and eastern shoreline, and results in discharges into Lake Michigan.

3. Bullets discharged from this facility into Lake Michigan occurs directly over two potable water intake cribs that supply drinking water to the City of North Chicago.

4. Lead bullets and high velocity fragments are imbedded in wooden protective fences and barricades on both the north and south range from top to bottom, an indication that higher ricochets would be leaving the facility.

5. A large earthen berm on the south section of the range appears well maintained, while the northern section of the range has a smaller, less maintained earthen berm.

6. The north section of the range utilizes a large steel bulwark housing the mechanism used to stage and reset round steel plate knock down targets, and steel pivot mounts for paper targets.

    Stored in the immediate area of the north section of the range are several free-standing steel plate targets of various sizes and shapes. The grass foreground in front of the target area is slightly irregular as are some of the steel bases attached to the free-standing steel plate targets.

    The ability of the flanking protective walls, therefore, to contain ricochets from ad hoc placement of moveable steel plate targets is highly variable and dependant on their angle of placement.

7. The south section of the range has a flat grass covered foreground interlaced with concrete walkways at marked distances from which shooters discharge their weapons.

    Directly in front of the steel target stands on the south range section is a grass covered concrete slope leading up to the top of a pair of wooden rail road ties used to shield the bottom portion of the vertical metal stand supporting the steel target mounts; the majority of the vertical support stand above the rail road ties is protected with a reinforced V shaped deflector plate assembly.

    Despite an attempt to cosmetically conceal evidence of numerous bullet strikes on some exposed metal surfaces, bullet strikes were still visible; bullet strikes were also observed on concrete walkway surfaces, railroad ties, steel deflector plates, and various other metal appendages located in front of the earthen impact berm.

8. Behind the earthen impact berm are two large structures known as shoot houses, which are used for live fire tactical training; the northern structure appears brand new and unused, while the southern structure appears to have been used extensively in the past.

9. The roofs of both shoot houses are raised several feet above the outer most walls, providing an unrestricted 360° escape vector for projectiles emanating from within. The metal roof of the southern shoot house currently in use reflects the velocity of these projectiles, as both the east and west slope bear numerous holes through which daylight can be seen.*

*Note: Even the frangible bullets in use at the southern shoot house are lethal projectiles; some penetrate multiple layers of 1/2 inch plywood, and may turn to dust only after hitting a steel plate or concrete surface.

**Results of the tracer test:**

While preparing my weapons for the live fire test using tracer ammunition, I was informed by the defendant's attorney that contrary to what had been previously arranged, my shots were only to be fired onto the paper targets provided; that under no circumstances was I to intentionally fire off target.

This resulted in all my shots being directed onto the freshly groomed face of the earthen berm, and away from objects prone to

create ricochets when hit, such as concrete walkways, rail road ties, reinforced steel deflector plates, metallic support structures, and fixed or free standing plate steel targets, all of which showed clear evidence of a large number of bullet strikes over a sustained period of time.

The purpose of this test was to give a visual indication as to where bullets traveled after striking various exposed hard surfaces down range. The restrictions imposed by defendants substantially reduced the value of the test and together with the wet conditions that day, no ricochets were observed.

Figure with site layout map of the FBI Great Lakes Firing Range, North Chicago, Illinois. Labeled features include:

- North Shore Sanitation Treatment Plant (north boundary)
- Foss Park Avenue, Railroad (west boundary)
- Lake Michigan (east boundary)
- Foss Park (south boundary)
- Unpaved Parking Lot
- Area of Old Building Foundation
- Trailer/Trucks
- Pavilion
- North Garage
- Driveway
- Ammunition Magazine
- Gun Cleaning Building
- Skeet/Trap Area
- Firing Range (north)
- East Garage
- Dumpsters
- Track/Obstacle Course
- Range Tower
- Ballistic Backstop
- Firing Range (south)
- Classroom/Office Building
- Rapelling Tower
- Warming Room/Storage Building
- Shoot Houses

Handwritten annotations (in blue):
- 203' Property line to Northernmost wooden fence
- 132' Northernmost wooden fence to 1st shooting pos'n
- 37.5'
- 72.5'
- 118' fence to fence
- 8'
- 253' 1st to last shooting pos'n
- 225' center wood fence to S. wood fence
- 35'
- 60'  59'  Shoot Houses
- 15'
- 72'  63'
- 36'
- 83'
- 28' last shooting pos'n to S. wood fence
- 22' S. wood fence to prop. line

Title block:
EAC — Events Analysis Corporation
11911 Freedom Drive Suite 900
Reston, Virginia 20190
(P) [redacted]

Figure 2
Site Layout
FBI Great Lakes Firing Range
North Chicago, Illinois

8699040LDWG

Not to Scale

FBI001927



Ricochet area based on NSSD worker being struck and equal area mirrored onto Foss Park



Ricochet on inside of south fence near Foss Park



Ricochet on inside of south fence near Foss Park



Ricochet on inside of south fence near Foss Park



Ricochet on inside of south fence near Foss Park



Bullet on inside of south fence near Foss Park



Ricochet on inside of south fence near Foss Park



Ricochet on inside of south fence near Foss Park


Ricochet on inside of south fence near Foss Park


Ricochet on inside of south fence near Foss Park


Ricochet on inside of south fence near Foss Park


Bullet on ground inside south fence near Foss Park


Ricochet on inside of south fence near Foss Park


Ricochet on inside of south fence near Foss Park


Ricochet plates near south fence


Ricochet plates and target holders showing indications of having been struck



Shoot house



Shoot house with holes in roof



Shoot house with holes in roof



Shoot house with holes in roof



Shoot house with holes in roof



Railroad tie with ricochet mark



Railroad tie with ricochet mark

Railroad tie with ricochet mark


Looking towards berm


Looking at shotgun range with lake in background


Foss Park to left, south fence to right


On top of berm facing Foss Park


Looking up towards shoot house


Looking towards North Shore Sanitary District


On top of berm looking towards NSSD


On lake side of berm looking towards Foss Park



Knock down targets on north range



North range



Ricochets in north range fence



Ricochets in north range fence



Ricochets in north range fence



Ricochets in north range fence



Ricochet marks in lower right ricochet plates
Picture from 2006 FBI Chicago Facility Lead
Recovery Project. Bates Stamped FBI001023



Ricochet plates showing indication of patching
and painting. Picture from April 28, 2008 range visit

_____
[signature of affiant]

Fill in here name/address

JAMES VAUGHN BARTON

P.O. BOX 14003 NORFOLK, VA 23518

Subscribed and sworn to before me, this __15__ [day of month] day of __May__ [month], 20_08_.

[Notary Seal:]

WENDY L. SEYMOUR
Notary Public
Commonwealth of Virginia
7131088
My Commission Expires May 31, 2011

_____
[signature of Notary]

Wendy L Seymour
[typed name of Notary]

NOTARY PUBLIC

My commission expires: __May 31__, 20_11_.