Affidavit – Darren Miller

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Steven B. Pollack and Blue Eco Legal Council, | ) |
| | ) |
| Plaintiffs, | ) Case Number: 08 C 320 |
| | ) Assigned Judge: Guzman |
| v. | ) Magistrate Judge: Brown |
| | ) |
| United States Department of Justice, et al., | ) |
| | ) |
| Defendants. | ) |

### Affidavit of Darren Miller

Darren Miller, being first duly sworn under oath, deposes and states as follows:

1. I am a member of Blue Eco Legal Council and have been since its founding in 2004.

2. I am a citizen of the state of Illinois. I highly value the submerged lands in Lake Michigan that the state of Illinois holds in trust for my benefit and I am concerned that the lead munitions on the submerged land are degrading the environmental value my property.

3. I currently reside in Highland Park, Illinois, a suburb north of Chicago along the shore of Lake Michigan which draws its potable drinking water supply from Lake Michigan.

4. I drink water drawn from Lake Michigan and I am concerned that the discharges of lead munitions by the federal defendants into Lake Michigan is negatively affecting the drinking water supply of Highland Park and other local municipalities I visit that draw their drinking water from Lake Michigan.

5. I enjoy watching the wildlife in the Great Lakes watershed and I am concerned that the lead munitions discharged by federal defendants that are sitting on open land and in shallow water near the FBI Range in North Chicago will harm local shorebirds and waterfowl; and lessens the enjoyment I get observing them migrate between seasons.

6. I use and enjoy the public areas along the Illinois portion of Lake Michigan and I am concerned that the lead munitions discharged by federal defendants that is sitting on open land at Foss Park and the beach below the FBI Range will harm visitors to these public areas who may come into contact with this hazardous material and therefore makes it less likely I will visit these public areas myself or with my children.

7. It is important to me that federal law limits the discharge of pollutants into the waters of the United States and I am concerned that the executive branch of the United States does not admit its discharges of lead munitions into the waters of the United States violate federal law or enforce their own violations and my enjoyment and use of these waters is lessened by the knowledge that these discharges continue in violation of the law.

_Darren Miller_

**BEFORE ME**, the undersigned Notary, Felicia Gillman, on this 18[rd] day of April, 2008, personally appeared Darren Miller, known to me to be a credible person and of lawful age, who being by me first duly sworn, on his oath, stated the foregoing.

Subscribed and sworn to before me, this 18th day of April, 2008.

_[signature of Notary]_

Felicia Gillman
_[typed name of Notary]_

NOTARY PUBLIC

My commission expires: _9/3_, 20_11_.

IMPRESS NOTARY SEAL

OFFICIAL SEAL
FELICIA GILLMAN
Notary Public - State of Illinois
My Commission Expires Sep 03, 2011

Steven Pollack, Executive Director
Blue Eco Legal Council
3390 Commercial Ave
Northbrook, IL 60062
steve@ecoesq.com