Exhibit 1 – Correspondence from Lake County Board to FBI and others



**County of Lake
Board Chairman's Office**
Room A-1002
County Building
Waukegan, Illinois 60085-4351

708

May 25, 1990

Mr. William S. Sessions
Director
Federal Bureau of Investigation
Ninth Street and Pennsylvania Avenue NW
Washington D.C.  20535

RE:  FBI Firing Range, North Chicago, Illinois

Dear Director Sessions:

On behalf of the Lake County Board and the 520,000 residents of Lake County, I am writing to urge the vacation of the North Chicago Lake Michigan shoreline site your Bureau is currently using as a firing range.

While we appreciate the legitimate need of the FBI and other law enforcement agencies to have a place to fire weapons, the enclosed supplement to this letter details four major reasons why we oppose the continued use of this particular site for such purposes.

Essentially, we strongly believe the continued use of the North Chicago waterfront site:

1.  imperils public safety;
2.  is an incompatible land use;
3.  lowers land values in the vicinity; and
4.  acts as a deterrent to redevelopment of the immediate environs.

We look forward to your favorable consideration and action on this issue.

Sincerely,

(P)

LAKE COUNTY BOARD

cc:  Illinois Congressional Delegation
     Lake County Board
     (P)            , Mayor, North Chicago
     Sheriff, Lake County

(BEST COPY)

FBI002205

REQUEST FOR VACATION OF FBI FIRING RANGE
NORTH CHICAGO, ILLINOIS

Four Major Reasons for Vacation

The following list of reasons for vacating the FBI Firing Range in North Chicago are a supplement to the letter signed by Mr. (P)⬛⬛⬛⬛ Chairman of the Lake County Board.

1)  Imperiling Public Safety

    a.  The Risk to Foss Park users above the bluffline

        Firing live ammunition next to a park and playground endangers lives. The risk of children or adults being killed or wounded if the "impossible" happens (such as someone stumbling while firing an automatic weapon) is unacceptable to the residents of the Foss Park area.

        The FBI Firing range is bordered on the south by Foss Park. The children's playground, baseball diamonds, parking lots, picnic shelters and other facilities are immediately adjacent. They are used intensively by the general public.

    b.  Risk to Foss Park users below the bluffline.

        The Foss Park Beach extends for 1,600 feet from the south end of your firing range to the north end of the North Chicago Water Filtration plant. Walking this public beach when live ammunition is being fired nearby is a disconcerting experience.

        See attached map and aerial photos of your firing range and its border with Foss Park, Foss Park Beach, Lake Michigan, Abbott-on-the-Lake and proposed redevelopment area.

    c.  Risk to boating public.

        When your agents and other law enforcement officers discharge firearms aimed in the direction of Lake Michigan, there is a clear risk to boaters. The huge signs facing the lake on your site, warning boaters away from the shoreline, are clearly there for a reason. With two new marinas just built on the Far North Shore, and others on the drawing boards, the presence of your firing range becomes hazardous to more and more boating families. The situation is clearly an accident waiting to happen.

        The number of boats on lower Lake Michigan has doubled every decade since the end of W.W.II. In 1987 there were 388,000 person boating days of Lake County's 25 miles of Lake Michigan shoreline. Since then, the North Point Marina, the largest inland Marina in the U.S., has opened with 1,500 wet ships and 10 launch lanes. It will serve 5,000 boating families a year (counting trailered boat owners). In the 1990s and beyond, the number of person boating days off of our shoreline may approach one million a year. As proposed marina developments in North Chicago and Waukegan are implemented,

generating further increases in boating activity near your firing range there will be an increased risk of accident. Each additional boat operating off of our shoreline increases the inherent conflict between the needs of recreational boaters and your needs for a firing range.

2)   Land Use Incompatibility

   a.   South

   Because of the aforementioned dangers to public safety, your firing range is incompatible with both current and future public using the Foss Park property to the immediate south.

   b.   East

   Similarly, your firing range is hazardous to the increasing number of boaters on Lake Michigan to the east.

   c.   West

   Property to the west of your firing range, between Foss Park Boulevard and Sheridan Road, is proposed for renewal and redevelopment. This includes both the Stone Container property and the area along Sheridan Road south of Abbott Laboratories.

   As access from North Shore and Far North Shore Communities and from Routes 41, 43 and I-94 to the west are improved through the $19 million of Lakefront Parkway now under construction, neighboring properties may be expected to upgrade and be more intensively used. Your continued presence along the lakefront is contrary to our wishes for public and private redevelopment.

   d.   North

   1)   MCL Property.

   350 dockominiums (boat docks with condominiums) designed by Harry Weese are proposed on the 67 acres of old U.S. Steel and Wire property which stretches north for over a mile along the Lake Michigan shoreline. The prospect of leaving their docks and sailing south a few hundred yards only to come within possible range of weapons fire, is not likely to be a pleasing one to the 350 boating families who may soon inhabit the site. Nor can the sound of periodic gunfire so close to their homes be a pleasant prospect.

   2)   Abbott Laboratories

   4,000 people now work at the Abbott facility to the northwest of your firing range. This includes people engaged in high tech manufacturing as well as researchers in fields such as analytical chemistry, molecular biology and biotechnology. They will be augmented by others as the 68 acres purchased by Abbott immediately northwest of your site, just across the EJ&E

FBI002207

tracks and Foss Park Boulevard, is developed for new
facilities. These may include joint venture projects with
international health care firms. As the surroundings become
ever more densely developed with new facilities for health care
researchers and technicians, the incompatibility of your firing
range with its neighbors increases.

3) Lowering of Land values

a) MCL Site

MCL Development Co. purchased the 67 acres of the U.S. Steel and
Wire site in 1989 for $6.5 million ($100,000 an acre). Breakwater
and marina construction and on shore development will add
significantly to that value. Property values are not enhanced by
the presence of your firing range.

b) Proposed Foss Park Marina

On December 17, 1985, the stance of representatives from your office
effectively blocked the implementation of a $500,000 planning grant
from the State of Illinois to prepare plans to build a marina east
of Foss Park, south of your firing range. That action, as viewed by
many throughout this County, thwarted a grass roots effort by the
citizens of North Chicago and their elected representatives to take
their economic destiny in their own hands. Except for the FBI's
blocking action, that marina might well be in place and operational
now.

The consequences of this have had a negative economic impact on the
City of North Chicago in the form of $16-26 million in capital
improvements which were never built, plus an annual negative
economic impact whose range may be estimated between $6 million and
$17 million, due to the loss of that facility to the community.
(Source: Economic Impact of the Zion - Winthrop Harbor Marina, Lake
County IL Economic Development Commission 1985, P.1).

Any positive economic impact which your firing range contributes to
North Chicago is negated by a factor which may be calculated in the
thousands, as a result of what most local government and private
citizens see as the inhibition or outright thwarting of public and
private facilities construction.

4) A deterrent to the economic future of the City of North Chicago and
neighboring communities of Lake County's Far North Shore.

The continued presence of your firing range on the North Chicago's
lakefront shoreline acts as a brake on efforts to redevelop the immediate
environs. This inhibitory effect is one that the City of North Chicago
cannot afford: it's per capita income is too low, its job losses too
high, and its tax base too insufficient.

FBI002208

a)    Low per capita income

Per capita income in North Chicago in 1985 was $8,488, the lowest of
any community in the Lake County (Source: U.S. Census Bureau).
North Chicago ranks 259th economically out of 262 municipalities in
the Six County Chicago area (Source: 1980 Census).

b)    Heavy job losses

North Chicago lost nearly 3,000 jobs when the U.S. Steel and Wire
mill closed in 1979.  In a community of 38,774 people the loss of
nearly 3,000 jobs in one plant alone has a powerful impact.  But
that was not the only loss.  Chicago Hardware Foundry, Goodyear Hose
Division, U.S. Steel Chain Link Division, Ocean Spray cranberry
packing plant, all in North Chicago - all are gone.  But that is not
all.  Layoffs at Johns-Manville, Outboard Marine and other heavy
industries in Waukegan and environs have led to the loss, directly
or indirectly, of 20,000 jobs in recent years.  Those job losses
have hit hardest those who can least afford it:  Blacks and other
minorities.  10,495 of North Chicago's 38,774 residents (one out of
four) are Black (Source:  1980 census).

c)    Tax Poor:  Three-fourths of North Chicago's 4,320 acres are
virtually non-taxable.

Because seventy-five percent (75%) of North Chicago's land is either
public and non-taxable, quasi-public and generally not taxable, or
vacant produces only marginal revenues, North Chicago is tax poor.
The Great Lakes Naval Training Center, the V.A. Hospital, the
University of Health Sciences/Chicago Medial School, the Navy golf
course, the Foss Park golf course and the Greenbelt Forest Preserve
occupy a significant amount of the City's land.  However, these
institutions also either create jobs, contribute to the economic
(and in some cases physical) health of the community, or provide
beauty, recreational amenity and open space.

Your facility, on the other hand, makes none of these positive
contributions.  It's impact is entirely negative.  It pays no taxes.
And it actively inhibits the growth of public and private facilities
which can provide either an increase in the tax base, or add to
public amenity and health, or both.

Apart from the generic benefit of law enforcement officers who may
become more proficient in the use of firearms, there are virtually
no positives to your presence here.  And even that generic benefit
is of far greater value to communities outside of North Chicago, or
even Lake County for that matter.  The Lake County sheriff's office,
after all, has its own firing range in an unpopulated area where it
doesn't bother anybody.  Lake Countians, and especially the citizens
of North Chicago are then, left with a broad range of negative
impacts as a consequence of the continued presence of your firing
range in our midst, and with little that is positive to show for it.

FBI002209

## Summary

The FBI firing range is an obstacle to the growth of the economic life of the City of North Chicago and to the development of a new economic base to fill the vacuum caused by the decline of heavy industry on Lake County's northeast shoreline.   By impeding private investment, your firing range further constricts an already diminished tax base.  That in turn, negatively impacts the already underfunded public schools and the delivery of a broad range of services to the residents of North Chicago.  This is in a low income community with a significant minority population who can ill-afford impediments to their efforts to better their own economic, educational and social life.

As neighboring land uses change from heavy industry to research and high tech manufacturing, as lakefront factories are demolished and new marinas, public and private, are planned for the shoreline, as land values increase in the vicinity, and new, more valuable uses are proposed, neither the City of North Chicago nor Lake County wish to be thwarted in their efforts to improve the lakefront and its environs by the continued presence of the firing range.

Finally, Lake County is concerned for the safety of its citizens and visitors. Waukegan and North Chicago are the largest cities in Lake County.   The northeast lakeshore is the most densely populated part of the County.  More and more boating families ply the shoreline, and their numbers continue to increase.   The firing of lethal weapons next to public parks, into recreational waters, and adjacent to land which is in desperate need of upgrading, is no longer rational, logical or tolerable.

FBI002210



**County of Lake**
**County Board Office**
Room A-1002
County Building
Waukegan, Illinois 60085-4351

(P)

May 9, 1990

The Honorable (P)
United States Representative

(P)

Re:  FBI Firing Range of Foss Park – City of North Chicago

Dear Representative (P)

After the surrendering of the Naval Firing Range at Foss Park by the United States
Navy to the Federal Bureau of Investigation, requests to remove the firing range
next to a park by the City of North Chicago Officials to the F.B.I. were turned
down.  It is quite apparent that this facility is in the wrong place in the middle
of a city and its presence is at best obnoxious from a standpoint of noise pol-
lution – a danger to citizens using the park and to boaters using Lake Michigan.

There is, however, a solution to the dilemma with regards to the F.B.I.'s need for
a training facility and that is the eighty acre facility on Russell Road in Lake
County, which could accommodate the needs of the F.B.I.  This facility which was
recently constructed, is owned by the County of Lake for the purpose of training
police officers.

This is, in my mind, an equitable solution to the problem of meeting the needs of
the F.B.I. and the Citizens of North Chicago and would be beneficial to both
parties concerned.

The present firing range at Foss Park is in my County Board District "2" and I
find it necessary to intervene on behalf of my constituency which can utilize all
the cooperation from other governmental entities it can possibly receive.

I have enclosed a Resolution regarding the county-owned firing range passed May 8,
1990 to further support my request.

Thank you for giving consideration to this matter.

Sincerely

(P)

District 2 Representative
Lake County Board

(P)

enclosure

cc: (P)

(BEST COPY)

FBI002213

Honorable (P)

Dear Senator

    Reference is made to your letter dated June 28, 1990, expressing concern over the continued use of the FBI's training facility and firing range in North Chicago, Illinois. In addressing your concerns, I would offer the following observations and background information.

    During mid-1986, the FBI commissioned an independent appraiser to prepare a "Real Estate and Related Studies" analysis for our North Chicago range facility. This study included an analysis of the current facility, and probable costs involved in relocating the facility. The following information has been extracted from that study.

    The property in question has been used as a practice range for various weapons since 1918. During this time, expended and live ammunition of various kinds and sizes has been mixed into the soil mantel. While the exact extent of the contamination with such hazardous wastes is unknown, a prior study indicated very high levels of lead and copper. A current analysis of the level of the contamination could cost in excess of $25,000 and subsequent costs of decontamination, based on the level of contamination found, could range from $670,000 to $2,000,000. This process would involve stripping off one foot of the soil mantel and transporting the lead waste and possible live rounds to an acceptable dumping facility.

    In addition to the decontamination process it would also be necessary to demilitarize the site. Demilitarization would involve the sifting and screening of the soil to a depth of

1 - SAC, Chicago





NOV - 8 1990

(P)

FBI002219

Honorable (P) ███████████████

three feet for the purpose of removing unfired ordinance.  The
1986 estimated cost for demilitarizing the site is $554,000.
Additionally, it should be noted that the firing range also
includes 2,975 acres in Lake Michigan that serve as an impact
area.  This same area was used during World War II for firing
three-inch naval guns at targets in Lake Michigan.  Because of
this historical use there is a possibility of unexploded
ordinance on the lake bottom, and while estimates for locating
and removing such ordinance are not available, it is a logical
assumption that the Navy would want to make sure that this area
was demilitarized before it was turned over to the development.
One final point regarding demilitarization and decontamination
must be made.  These processes would have to be completed before
the land is sold in order to protect the Government from possible
later injury claims resulting from the contamination and/or
militarization of the property.  In addition, the 2,975-acre area
of Lake Michigan used as an impact zone for the firing range is
clearly marked on Lake Michigan navigational charts as being an
area restricted to boaters.

        In its contaminated state the land is not considered to
hold any value; however, if the steps noted above were taken, it
is estimated that the land would be valued, from 1987 estimates,
at $440,000; the main range building at $194,145; and the other
structures and land improvements at $168,686.  The total value of
the land, structures and improvements would easily exceed
$1,000,000 today.

        The "Real Estate Appraisal and Related Studies"
analysis conducted for the FBI also included an evaluation of the
potential costs involved in relocating the firearms range.  It
was first determined, based on an analysis of FBI requirements,
that minimum area required for a firing range facility is
approximately 2,990 acres (approximately the same size as the
current facility).  Based on this requirement a search was
instituted for suitable replacement land along Lake Michigan from
the site of the current range north to the Wisconsin/Illinois
state line.  No vacant land was found that had sufficient depth
for rifle firing and sufficient width for pistol, shotgun, and
other special weapons.  None of the vacant land seen was in areas
where a firing range would be compatible with existing uses.
Additionally, numerous other sites were inspected to include
properties in Lake County, Vernon Hills, and Joliet, Illinois;
however, these properties were determined to be totally
unsuitable for our purposes.

        In addition to the above, the possibility of assembling

-2-

FBI002220

Honorable (P)

adjacent farmland properties that are located away from urban
influence was addressed. Since current values of farmland in
Northern Illinois exceed $5,000 per acre, the total purchase
price for the necessary acreage (2,990) would top $14,950,000.
This amount would then be increased to include other acquisition
costs such as administrative costs for negotiations, appraisals,
title insurance, relocation costs for persons, businesses,
utilities, and roads compensable under the law, and adverse
condemnation awards. Finally, there would be the cost of
processing an "Environmental Impact Statement" which is not only
costly, but requires several years to complete providing there
are no delays in the passage of a law authorizing and funding the
project.

Apart from the cost of the land and associated costs
noted above, it is estimated that land improvements (fencing,
grading, etc.) would cost approximately $173,466 and new
buildings $219,626 (1987 estimate).

As is evident from the above, any relocation of the
FBI's existing firearms range would likely take several years and
be extremely expensive. Additionally, it must be taken into
consideration that the property, in its current condition, serves
a highly important and useful function for Federal, state, and
local law enforcement agencies. The range is used to provide
basic and advanced weapons training to FBI personnel and for the
training by the FBI of other Federal, state, and local law
enforcement agencies. It is the primary training site for our
emergency response teams which are trained to respond to
terrorist incidents, hostage situations, kidnapings, snipers,
barricade situations, hijackings, and other situations requiring
the use of sophisticated weapons or techniques. This type of
training can only be conducted at an outdoor facility.

The range is also used by numerous other law
enforcement agencies including the Lake County Police Department,
Schaumburg Police Department, Des Plaines Police Department,
Evanston Police Department, Lake Bluff Police Department, and the
Chicago Police Department to name a few. This training by the
FBI of local enforcement agencies fosters mutual respect and
cooperation, enhances the capabilities of the local agencies, and
permits rapid joint responses to dangerous situations. Our
Chicago Office is a leader in the development of local training,
and facilities at the current firearms range are essential to
those programs as there are no comparable facilities in the area

-3-

FBI002221

Honorable (P)

at the present time.  The FBI firing range has an enviable safety
record, and safety is our paramount concern at the range.  The
range is used seldom, if ever, after dusk, and we have found the
noise generated by our training at the range to be minimal when
set against the industrial and railroad noise in the immediate
area.

          I hope that the above information helps you to
understand the many problems that are inherent in relocating our
present range, and the strong reasons that exist for keeping the
facility at its present location.  I also extend an invitation to
you to tour our range facility in Chicago to observe firsthand
how the facility is utilized.  Please contact Special Agent in
Charge Delbert N. Dilbeck in Chicago at (312) 431-1333 if you
would be interested in such a tour.

                              Sincerely yours,


                              William S. Sessions
                                   Director

-4-

FBI002222



# Village of Arlington Heights

**MUNICIPAL BUILDING • 33 S. ARLINGTON HEIGHTS ROAD 60005**

Area (P) ████████

August 13, 1990

Lieutenant (P) ████████████
Arlington Heights Police
33 S. Arlington Hts. Rd.
Arlington Heights, Il. 60005

Honorable (P) ████████
Member of Congress

(P) ████████████████████████████████

Sir:

I have been made aware that officials from Lake County and
North Chicago, Illinois are undertaking efforts to relocate
the Federal Bureau of Investigation Regional Training
Center from its present location in North Chicago to another
site in extreme northern Lake County. A site that abuts
the Wisconsin border.

As you may know, the Regional Training Center is operated
and managed by the Chicago office of the F.B.I. However,
local law enforcement receives the greater benefits from
this facility. Its present location allows for officers
to receive on-going training in firearms and tactics. To
force these officers to travel further for training may not
be possible with the restrictive training budgets munici-
palities live with. Additionally, the Northern Illinois
Chapter of F.B.I. National Academy graduates meets and trains
at the facility each month. This association is comprised
of local, county, and state command level law enforcement
officers.

To force such a move would adversely effect police training
for all law enforcement in metropolitan Chicago. I ask that
you oppose any such efforts, and allow the training center
to remain in its present location. Thank you for your
understanding and help in this matter.

(P) ████████████████████████████

FBI002214

(P)
**Chief of Police**

# Village of ████ Roselle
## YY

(P)
**Mayor**

### DEPARTMENT OF POLICE

## August 13, 1990

The Honorable (P) ████████
Member of Congress

(P) ████████████████████

Dear Congressman:

It has come to my attention that there are plans to change the
location of the FBI firing range at Great Lakes.  It is my opinion
that this would be a disservice both to law enforcement and to the
tax payers.

This facility is in place and functioning with not only adequate
firing ranges for high-powered rifles and pistols, but also a
classroom on site.  To duplicate this facility would be quite
expensive and unnecessary.  With the present attitude of most
constituents being "not in my back yard," an attempt to move the
range would only result in public hearings and further unnecessary
controversy.  At its present location, adjacent to the Naval
facility and municipal water treatment plant, no citizens are
disturbed by the training that is ongoing.

As a local law enforcement officer, a substantial portion of my
Department has been trained at that range.  I would encourage you
to take whatever action is necessary to maintain this facility at
its present location.  Thank you for your attention to this
matter.

Sincerely,

(P) ████████████████████

**Police Operations**

(P) ████████

103 South Prospect Street
Roselle, Illinois 60172
Administrative (P) ████████
Emergency

**FBI002215**

**Memorandum**



---

To : **SAC, CHICAGO**                                    Date **7/11/90**

From : **SA** (P) ██████████████████████

Subject: **FBI RANGE & TRAINING CENTER**
**RANGE SAFETY**

On 7/10/90, (P) ████████████ Director, Lake County Safety
Commission, Lake County, Illinois, telephone (P) ██████████ was
contacted telephonically by writer.

Writer explained that (P) ████████████ Senior Range
Officer, Lake County Sheriffs Office, telephone (P) ████
called and explained that a letter from the FBI regarding a lack
of safety at the Lake County Range caused much consternation to
Mr. (P) ████ Mr. ████ was then advised that the Lake County range
did not meet the FBI standards for safety for its use by the FBI.

Writer was emphatic that the FBI made no comment as to
the safety for its use by Lake County.

At this time, Mr. (P) ████ requested he be furnished with a
listing of safety standards required by the FBI so he might
consider applying them to the Lake County Range.

Writer advised he would recontact Mr. (P) ███ regarding his
request.

At this time, (P) ████ explained that the Lake County Range
is subject to a conditional use permit based on NRA standards
patterned after a range built by the U.S. Marine Corps. He
further advised that he, too, was concerned about the range
because of future development of the area.

(P) ██████████████

(1)

JUL 11 1990

Mr. (P) ███████████████

County of Lake
County Board Office
Room A-1002
County Building
Waukegan, Illinois  60085-4351

Dear Mr. (P) ██████████

     I received your letter, dated May 25, 1990, in which
you requested that the FBI discontinue firearms training at the
North Chicago Lake Michigan shoreline site.

     I fully appreciate your concern for the issues you
raise regarding the location of the range.  I am sure you can
also appreciate my concern that FBI Agents receive adequate
firearms training in order to carry out their duties with a
minimum of risk to themselves and the communities they serve.
The availability of suitable range facilities is a major problem
throughout the country.  The volume of necessary law enforcement
training places a heavy premium on the available training sites.

     I can assure you that the FBI places the highest value
on safety in the selection of firearms training sites.  To my
knowledge, there has never been an incident to support the safety
concerns that you raised.  As to the remaining issues, I do not
have sufficient information to assess their weight.  Accordingly,
I am instructing representatives from the FBI's Firearms Training
Unit at the FBI Academy to conduct an on-site assessment of the
North Chicago ranges and report their findings to me regarding
the issues of safety, other factors that may negatively impact on
the surrounding community, and the availability of alternate
training sites.  Whe████████mation is available to me, I will
respond fully to you██

(P)

                            ely yours,

                            m S. Sessions
                            irector

(1)- SAC, Chicago

| SEARCHED | INDEXED |
|---|---|
| SERIALIZED | FILED |

JUL 16 1990

SEE NOTE PAGE 2.

(P)

**FBI002201**

Mr. (P) █████████

NOTE:  This letter is in response to a letter from the Chairman,
Lake County, Illinois, Board, complaining about the Chicago
Division's use of firearms ranges located on the Great Lakes
Naval Base.  The writer urges the FBI to discontinue firearms
training for reasons of alleged public safety, alleged
incompatible land use, alleged lowering of land values in the
vicinity, and the alleged impact of same on redevelopment of the
area.  The Director's response is to direct the Firearms Training
Unit to conduct an on-site assessment of the ranges, the
allegations, and available alternatives, after which a fuller
response will be made.

          This response has been coordinated with Chicago
Division.

FBI002202

(4/16/90)

# FEDERAL BUREAU OF INVESTIGATION
## Associate Deputy Director
### Investigations

Date _____ 6/4 _____

| | |
|---|---|
| ___Director, #7176 | ___Mr. (P) |
| ___Mr. Clarke, #7142 | ___Mr. |
| ___Mr. Greenleaf, #7110 | ___Mr. |
| ___Mr. Revell, #7116 | ___Mr. |
| ___Mr. Burke, DEAHQ | ___Mr. |
| ___Mr. Baker, #5012 | |
| ___Mr. Bayse, #7159 | |
| ___Mr. Christensen, #5829 | ___Mr. (P) |
| ___Mr. Daniels, Quantico | ___Mr. |
| ___Mr. Davis, #7427 | ___Mr. |
| ___Mr. Gow, #4026 | ___Mrs. |
| ___Mr. Hicks, #3090 | ___Mr. |
| ___Mr. Kennedy, #6012 | ___Mrs. |
| ___Mr. Toohey, #7125 | |
| ___Mr. York, #11255 | |
| ___Mr. DuHadway, WMFO | |
| ___Mr. Davenport, #7222 | ___Mr. (P) |
| ___Mr. Hale, #7443 | ___Mr. |
| ___Mr. Collingwood, #7240 | |
| | ___Miss (P) |
| | ___Ms. |
| | ___Mrs. |

| | |
|---|---|
| ___For appropriate action | |
| ___For your approval | |
| ___Initial & return | |
| ___Please call me | ___Filing, #5648 |
| ___For information | ___Mail Room, #1B327 |
| ___Per conversation | ___Reading Room, #6248 |
| ___Please see me | ___Teletype Room, #6247 |
| ___Per your request | |

_Mr. _____          Room _____

Remarks: Consult with Chicago &
Prepare proposed response.
Our range is entirely enclosed
within the Great Lakes Naval
Reservation.

Oliver B. Revell
Room 7116, T.L. 235
Ext. 3333

(BEST COPY)

FBI002203

FEDERAL BUREAU OF INVESTIGATION
INTERNAL ROUTING SLIP

SIGNATURE MAIL

_____ Immediate
__✓__ Priority
_____ Routine

RE:

Attached letter is from
the Chairman of the Lake County
Board, Lake County Illinois &
requests the FBI to vacate our
Firearms Range which is located
on Lake Michigan in their city.
(reasons for request are set forth on
first page 1-4)
I recommend that the Training
Division with the Chicago Division
& prepare a response

William D. Gore

(BEST COPY)

June 22, 1990

Honorable ████ (P)
Member of Congress
████ (P)

Dear Congressman (P)████

    I am writing in further response to your May 14th
inquiry directed to our Chicago Office on behalf of Mr. ████ (P)
(P)████ District 2 Representative, Lake County Board, who wrote to
you and other Members of Congress about our training facility in
North Chicago, Illinois.  Mr. (P)████ enclosed a copy of a Resolu-
tion recommending other governmental entities be authorized to
use the outdoor shooting range constructed and operated by the
County of Lake.

    Over the past several years, there have been numerous
inquiries from Lake County, Illinois, officials regarding closure
and/or relocation of our training facility in North Chicago.
These inquiries have resulted from attempts by various groups to
develop the property for recreational purposes, to put a road in
along the bluff area which runs through our firearms range, or to
construct an incinerator facility on the property.  An extensive
study has been completed concerning this facility, to include
reviews of the history of our training facility, improvements to
the property, utilization of the facility, and relocation
problems.  We believe to close this facility, without another
facility available immediately to take over all its functions,
would severely hamper our efforts, and the efforts of the
numerous state, local and other Government agencies which look to
us for training in effectively fulfilling our respective law
enforcement missions.

    Chicago FBI Agents recently inspected the Lake County
Firearms Range and determined that this facility does not meet
our safety requirements or our training needs.

1 - Chicago
    Reconversation between Mrs. (P)████ OPA, and
    SSA (P)████, 6/15/90.



SEARCHED_____ INDEXED_____
SERIALIZED_____ FILED_____
JUN 2 ∙ 1990
FBI — CHICAGO

(P)

FBI002196

Honorable (P)

Congressman (P) also received an inquiry from
Mr. (P) and recently toured our training facility. We would be
glad to make arrangements to have you or a representative of your
staff tour this facility as well. You may contact Supervisory
Special Agent (P) of my staff here in Washington
at telephone number (P) who will be happy to make the
necessary arrangements.

Sincerely yours,


John E. Collingwood
Inspector-in-Charge
Congressional Affairs Office

- 2 -

FBI002197

June 22, 1990

Honorable (P) ███████████
United States Senator
(P) ███████████████████
███████████████████████

Dear Senator

        I am writing in further response to your May 15th
inquiry on behalf of Mr. (P)█████████ District 2 Representa-
tive, Lake County Board, who wrote to you and other Members of
Congress about our training facility in North Chicago, Illinois.
Mr. (P)█████ enclosed a copy of a Resolution recommending other
governmental entities be authorized to use the outdoor shooting
range constructed and operated by the County of Lake.

        Over the past several years, there have been numerous
inquiries from Lake County, Illinois, officials regarding closure
and/or relocation of our training facility in North Chicago.
These inquiries have resulted from attempts by various groups to
develop the property for recreational purposes, to put a road in
along the bluff area which runs through our firearms range, or to
construct an incinerator facility on the property.  An extensive
study has been completed concerning this facility, to include
reviews of the history of our training facility, improvements to
the property, utilization of the facility, and relocation
problems.  We believe to close this facility, without another
facility available immediately to take over all its functions,
would severely hamper our efforts, and the efforts of the
numerous state, local and other Government agencies which look to
us for training in effectively fulfilling our respective law
enforcement missions.

        Chicago FBI Agents recently inspected the Lake County
Firearms Range and determined that this facility does not meet
our safety requirements or our training needs.

1 - Chicago
    Reconversation between Mrs. (P)█████ OPA, and
    SSA (P)███████████ 6/15/90.



| SEARCHED_____ | INDEXED_____ |
|---|---|
| SERIALIZED_____ | FILED_____ |

JUN 2 9 1990

FBI — Chicago

FBI002198

Honorable (P) ███████████████

        Congressman (P) ███████████ also received an inquiry from Mr. (P) ██████ and recently toured our training facility.  We would be glad to make arrangements to have you or a representative of your staff tour this facility as well.  You may contact Supervisory Special Agent (P) ████████████ of my staff here in Washington at telephone number ██████████████ who will be happy to make the necessary arrangements.

                                        Sincerely yours,


                                        John E. Collingwood
                                        Inspector-in-Charge
                                        Congressional Affairs Office

FBI002199





MEMBER OF CONGRESS
12TH DISTRICT OF ILLINOIS

**WAYS AND MEANS
COMMITTEE**

SUBCOMMITTEES:
TRADE
(VICE CHAIRMAN)

HEALTH

**REPUBLICAN STUDY COMMITTEE
EXECUTIVE COMMITTEE**

**Congress of the United States
House of Representatives**

**Washington, DC 20515**

August 17, 1990

Mr. Delbert N. Dilbeck
Special Agent in Charge
Federal Bureau of Investigation
219 S. Dearborn Street
Room 905
Chicago, Illinois   60604

Dear Mr. Dilbeck:

Mr. (P)                    District 2 Representative of the Lake County
Board, has contacted my office  concerning the inappropriateness
of the location of the F.B.I. Firing Range in North Chicago.  A
copy of Mr. (P)        correspondence is enclosed as well as copies
of letters from three village offices who support maintaining
the facility at it's present location.

Members of my staff recently visited the facility and were most
impressed with the high caliber of training and tactics used.
Therefore, I have contacted Mr. (P)        and suggested to him that
he consider meeting with you to discuss his concerns as to the
location of the F.B.I. Firing Range.

Thank you for your interest in handling this matter.  If there
is any way I can be of further assistance, please do not
hesitate to contact me.

Sincerely,



*1-8 Sub D*

| SEARCHED | INDEXED |
|----------|---------|
| SERIALIZED | FILED |

**AUG 2 2 1990**

02211