Exhibit 2 – FBI Surface Danger Zone Diagram

REAL ESTATE APPRAISAL AND RELATED STUDIES

FOR

FEDERAL BUREAU OF INVESTIGATION
ROOM 6875, JEH F.B.I. BUILDING
10TH & PENNSYLVANIA AVENUES, N.W.
WASHINGTON, D.C. 20535

OF

FBI FIREARMS TRAINING FACILITY
IN
NORTH CHICAGO, ILLINOIS

AS OF

APRIL 25, 1986

BY



(BEST COPY)

## LIST OF EXHIBITS

Exhibit "A" - Engineering Report: "Assess the extent of Environmental Contamination and Consequences of the Proposed Disposal of the Rifle Range"

Exhibit "B" - Portion of U.S. Government Navigation Chart, showing extent of danger zone in Lake Michigan.

Exhibit "C" - Portion of Copy of National Rifle Association pamphlet: "High Power Rifle Ranges"

Exhibit "D" - Map showing location of 65 acre Lake County property.

Exhibit "E" - Map showing location of Vernon Hills Military Reservation.

Exhibit "F" - Map showing location of Fox Valley Rifle Range, Inc.

Exhibit "G" - Data on four representative rural acreage sales.

Exhibit "H" - Brochure depicting existing and planned development of Waukegan lakefront.

Exhibit "I" - Chamber of Commerce brochures giving county and area data.

Exhibit "J" - Architectural floor plans, construction cross sections, and details.

Exhibit "K" - Warranty Deed for Sale No. 1.

Exhibit "L" - Sales depicted on Waukegan - Lake County Street Map and Directory.

Exhibit "M" - List of contractors that furnished current cost data for this report.

Exhibit "N" - Zoning Map and Zoning Description.

Exhibit "O" - Experience and Qualifications of Leo R. Mayers, M.A.I.

Exhibit "P" - Photographs of two possible sites for relocating firing range.

Exhibit "Q" - Current list of schools taught at the FBI Range.

Exhibit "R" - Additional aerial photographs of subject property and nearby areas.



# NATIONAL RIFLE ASSOCIATION
## FIELD SERVICES DIVISION
# HIGH POWER RIFLE RANGES



Produced by the National Rifle Association of America, 1600 Rhode Island Ave., N.W., Washington, D.C. 20036.

Up-to-date information and drawings on the building and operation of shooting ranges are but a few of the services and benefits enjoyed by NRA members.

Membership in the NRA is available to any reputable citizen of the United States upon nomination by a current member.

(BEST COPY)

$1.50



