Exhibit 5 – Sale of Range from Navy to FBI

AUG 8 1986

Ms. Kathryn A. Capone
Head, Realty Section B
Real Estate Division
Northern Division, Naval Facilities Engineering Command
Philadelphia, Pennsylvania  19112-5094

Dear Ms. Capone:

Your report of excess real property dated January 24, 1985, covered 14.15 acres of land improved with 4 buildings known as the Rifle Range, Great Lakes Naval Training Center, Great Lakes, Illinois, GSA Control Number 5-N-IL-444T.

As set forth in the enclosed copy of letter, the property has been transferred for a nominal consideration of $1.00 to the Federal Bureau of Investigation.

Custody and accountability of the property together with any necessary documentation should be transferred to the Federal Bureau of Investigation by your agency as soon as practicable and we will appreciate your prompt advice as to the date such action is accomplished. We understand that Mr. Edwin J. Sharp, Assistant Director, Administrative Services, Federal Bureau of Investigation, 9th and Pennsylvania Avenue, Room 6012, Washington, DC 20535 will represent the Federal Bureau of Investigation in these matters.

Please acknowledge receipt of this communication in the space provided on the enclosed copy of this letter and return it to this office.

Sincerely,

*Barbara M. Leonard*

BARBARA M. LEONARD
Regional Administrator

Enclosure



AUG 8 1986

Mr. Edwin J. Sharp
Assistant Director, Administrative Services
Federal Bureau of Investigation
9th and Pennsylvania Avenue, Room 6012
Washington, DC 20535

Dear Mr. Sharp:

On June 9, 1986, you requested transfer to the Federal Bureau of Investigation of 14.15 acres of land known as the Rifle Range, Great Lakes Naval Training Center, Great Lakes, Illinois, and the improvements thereon, reported as excess to the needs of the Department of the Navy. This property has General Services Administration (GSA) Control No. 5-N-IL-444T. The legal description is attached as Exhibit A.

Accordingly, pursuant to the Federal Property and Administrative Services Act of 1949, as amended, and acting under authority delegated to me, I hereby transfer the property for nominal consideration of $1.00 to the Federal Bureau of Investigation.

The Department of the Navy will act for GSA in arranging for the transfer of custody and accountability of the property and in other matters related to the transfer.

It is requested that you acknowledge receipt of this communication in the space provided on the enclosed copy of this letter and return it to this office.

Sincerely,

(Signed) Barbara M. Leonard

BARBARA M. LEONARD
Regional Administrator

Enclosure

Courtesy copy to:

Commanding Officer, Northern Division
Naval Facilities Engineering Command
Philadelphia, PA 19112-5094