Exhibit 11 – FBI Discontinuation of skeet shooting

# DEPARTMENT OF JUSTICE

# FEDERAL BUREAU OF INVESTIGATION



**DELETION CODES**

H. THE LAW ENFORCEMENT PRIVILEGE - THE DISCLOSURE OF THIS INFORMATION WOULD IMPEDE OR IMPAIR THE EFFECTIVENESS OF AN INVESTIGATIVE TECHNIQUE, METHOD OR PROCEDURE OF THE FBI.

I. INFORMATION, THE DISCLOSURE OF WHICH WOULD DIVULGE OPINIONS, RECOMMENDATIONS, AND ADVICE GENERATED IN THE DECISION-MAKING PROCESS OF THE GOVERNMENT.

J. INFORMATION, THE DISCLOSURE OF WHICH IS PROHIBITED BY FEDERAL STATUTE (WITH CITATION TO THE APPROPRIATE STATUTE).

K. INFORMATION PROTECTED UNDER THE ATTORNEY-CLIENT PRIVILEGE.

L. INFORMATION OR MATERIAL PROTECTED UNDER THE WORK PRODUCT DOCTRINE.

M. INFORMATION WHICH IS NOT RESPONSIVE.

N. INFORMATION ORIGINATING WITH ANOTHER GOVERNMENT AGENCY WHICH MUST BE REFERRED TO THAT AGENCY FOR REVIEW. THE USE OF THIS CODE DOES NOT WAIVE ANY APPLICABLE PRIVILEGE WHICH MAY BE APPLIED BY THE ORIGINATING AGENCY.

O-1. DELETIONS NOT MADE BY CIVIL DISCOVERY REVIEW UNIT.

P. THE PRIVACY ACT OF 1974, 5 U.S.C. § 552a

P-1 INFORMATION, THE DISCLOSURE OF WHICH WOULD BE AN UNWARRANTED INVASION OF PERSONAL PRIVACY.

S. PERSONAL IDENTIFYING INFORMATION RELATED TO LAW ENFORCEMENT PERSONNEL AND THEIR FAMILY MEMBERS, THE DISCLOSURE OF WHICH IS ROUTINELY GUARDED FOR SECURITY REASONS.

(Rev. 06-04-2007)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE                                   **Date:** 01/18/2008

**To:** Chicago

**From:**  Chicago
           Squad ODC
           **Contact:** ▮(P)▮

**Approved By:** Grant Robert D
                 ▮(P)▮

**Drafted By:** ▮(P)▮

**Case ID #:** 321F-CG-126967    (Pending)

**Title:** FIREARMS TRAINING MATTERS
           CHICAGO DIVISION

**Synopsis:** Any firearms training involving skeet shooting at the FBI Chicago firearms range shall be immediately discontinued.

**Details:** AGC ▮▮▮ advised DOJ attorneys (who are familiar with the Chicago firearms facility as a result of ongoing litigation) have opined, based on recent court decisions, that any firearms training involving skeet shooting be discontinued since the shotgun is fired toward Lake Michigan without the benefit of an intervening earthen berm. To be clear, skeet shooting at the range is not a mandated part of the firearms training program and is incorporated very infrequently. The skeet loads are comprised of steel shot, not lead, and it is unlikely that pellets reach the lake water after being fired. Out of an abundance of caution, however, it is directed that any training involving the use of the skeet facility, or any other proposed firearms training scenarios where discharged ammunition could reach the lake, be discontinued until further notice.

♦♦

(Rev. 06-04-2007)

# FEDERAL BUREAU OF INVESTIGATION

Precedence: ROUTINE                                    Date: 03/28/2008

        Chicago                               Attn: SSA ▮(P)

From: Chicago
        Squad ODC
        Contact: ▮(P)

Approved By: ▮

Drafted By: ▮

    ID #: 321F-CG-126967    (Pending)

Title: FBI REGIONAL TRAINING FACILITY
       FBI FIREARMS RANGE
       FACILITIES MATTER

Synopsis: The mechanism(s) used to launch the clay pigeons for skeet/trap shooting must be removed from the skeet/trap facility

Details: Recently the policy decision was made to discontinue any use of the skeet/trap facility at the FBI range. To further enforce that decision, it is directed that the mechanism(s) used to launch clay pigeons from the skeet/trap houses be physically removed from the houses. SAC Chicago concurs with this action, which should be carried out immediately.

♦♦

FBI002427

(Rev. 06-04-2007)

# FEDERAL BUREAU OF INVESTIGATION

**Precedence:** ROUTINE     **Date:** 04/3/2008

**To:** Chicago     **Attn:** CDC (P)

**From:** Chicago
       NRA1 (Range)
       **Contact:** (P)

**Approved By:** (P)

**Drafted By:** (P)

**Case ID #:** 321F-CG-A126967     (Pending)

**Title:** FBI REGIONAL TRAINING FACILITY
       FBI FIREARMS RANGE
       FACILITIES MATTER

**Synopsis:** The removal of the trap and skeet devices at the FBI Chicago Regional Training Facility.

**Reference:** 321F-CG-126967-71, dated 03/28/2008.

**Details:** On 04/03/2008, SA (P) and SSA (P) SR disarmed and removed the trap thrower from the trap house. SA (P) and SSA (P) also disarmed and moved the two skeet throwers from the north and south skeet towers. There is no longer a mechanism in place to launch clay pigeons from the trap and/or skeet structures located at the FBI Chicago Regional Training Facility.

♦♦

FBI002428