Plaintiffs Motion for Preliminary Injunction - Reply
List of Exhibits and Affidavits


Affidavit – Blue Eco

Affidavit – James Barton 1 (March 26, 2008)

Affidavit – James Barton 2 (May 15, 2008)

Affidavit – Steven Pollack

Affidavit – Darren Miller


Exhibit 1 – Correspondence from Lake County Board to FBI and others

Exhibit 2 – FBI Surface Danger Zone Diagram

Exhibit 3 – U.S. Army Range Safety Manual

Exhibit 4 – U.S. Navy environmental property assessments

Exhibit 5 – Sale of Range from Navy to FBI

Exhibit 6 – US EPA Determination of imminent and substantial threat – Lake Geneva, Wisconsin

Exhibit 7 – US EPA GUIDANCE ON THE USE OF SECTION 7003 OF RCRA

Exhibit 8 – Coast Guard Ongoing Violations, Camp Perry

Exhibit 9 – Coast Guard Ongoing Violations, PSU 309

Exhibit 10 – Army Magazine article on green bullets

Exhibit 11 – FBI Discontinuation of skeet shooting

Exhibit 12 – Letter from FBI informing US EPA of cleanup plan