**CERTIFICATE OF SERVICE**

I hereby certify that on the date below the foregoing **PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO DISMISS** was filed electronically for case number 08-cv-320. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Dated: June 2, 2008 | /s/Steven B. Pollack |
| | Counsel for Plaintiffs |