## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Steven B. Pollack and<br>Blue Eco Legal Council,<br><br>      Plaintiffs,<br><br>v.<br><br>United States Department of Justice,<br>United States Coast Guard,<br>United States Navy,<br>United States Marines, and<br>United States Department of Defense,<br><br>      Defendants. | )<br>)<br>)<br>) Case Number:   08-cv-320<br>) Assigned Judge:  Guzman<br>) Magistrate Judge: Brown<br>)<br>)<br>) CWA, RCRA, CERCLA, AND<br>) PUBLIC NUISANCE FTCA CASE<br>)<br>)<br>)<br>) |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF TO DEFENDANTS' MOTION TO DISMISS

    Plaintiffs request leave of Court to file a supplemental brief to Defendants' motion to dismiss because a Seventh Circuit opinion issued Monday, August 11, 2008 is relevant to the instant case. *Village of Depue v. Exxon Mobil Corporation*, No. 07-2311 (7th Cir. 8/11/2008) (7th Cir., 2008).

    As explained in Plaintiffs' supplemental brief, *Depue* teaches that the 113(h) bar to review does not apply before any remedial action is selected. In the instant case, Defendants improperly try to invoke 113(h) before any remedial action has been selected.

    This Court should therefore allow Plaintiffs to file a supplemental brief because it is instructive to the facts of this case.

                                                          Respectfully submitted,

                                                           s/ Steven B. Pollack
                                                           Steven B. Pollack, Attorney
                                                           Executive Director, Blue Eco Legal Council
                                                           3390 Commercial Ave
                                                           Northbrook, IL 60062
                                                           steve@ecoesq.com
                                                           847-436-9566