UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Steven B. Pollack and ) | |
| Blue Eco Legal Council, ) | |
| ) | |
| Plaintiffs, ) | Case Number:   08-cv-320 |
| ) | Assigned Judge:   Guzman |
| v. ) | Magistrate Judge:   Brown |
| ) | |
| United States Department of Justice, ) | |
| United States Coast Guard, ) | CWA, RCRA, CERCLA, AND |
| United States Navy, ) | PUBLIC NUISANCE FTCA CASE |
| United States Marines, and ) | |
| United States Department of Defense, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF TO DEFENDANTS' MOTION TO DISMISS

PLEASE TAKE NOTICE that on Tuesday August 26, 2008, at 9:30 a.m., the parties will appear before Judge Ronald A. Guzmán in courtroom 1219 in the Everett McKinley Dirkson Building, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiffs' motion for leave to file a supplemental brief to Defendants' motion to dismiss in the above-captioned case.

Respectfully submitted,

s/ Steven B. Pollack
Steven B. Pollack, Attorney
Executive Director, Blue Eco Legal Council
3390 Commercial Ave
Northbrook, IL 60062
steve@ecoesq.com
847-436-9566

## CERTIFICATE OF SERVICE

I hereby certify that on the date below the foregoing <u>Plaintiff's Motion for Leave to File a Supplemental Brief</u> and <u>Plaintiffs Supplemental Brief</u> were filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: August 13, 2008                               /s/Steven B. Pollack
                                                     Counsel for Plaintiffs