## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Steven B. Pollack, et al.
                                    Plaintiff,
v.                                                  Case No.: 1:08−cv−00320
                                                    Honorable Ronald A. Guzman
United States Department of Justice, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

MINUTE entry before the Honorable Ronald A. Guzman: Motion by Plaintiffs Steven B. Pollack, Blue Eco Legal Council for leave to file supplement to Defendants' motion to dismiss [61] is granted. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.