# United States District Court
## Northern District of Illinois
### Eastern Division

POLLACK, et al                                    **JUDGMENT IN A CIVIL CASE**

      v.                                         Case Number: 08 C 320

U.S. DEPARTMENT OF JUSTICE, et al

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the Court grants defendants' motion to dismiss the second amended complaint for lack of subject matter jurisdiction [doc. no. 47]. This case is terminated.

                                                             Michael W. Dobbins, Clerk of Court

Date: 9/12/2008                                    _____

                                                             /s/ Carole Gainer, Deputy Clerk